(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TERRY G. DAVIS,

Plaintiff,

V.

R. EDMOND SPRAYBERRY, et al.,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1235-T

TO: (Name and address of Defendant)

Alphonso Jackson
Secretary of the U.S. Department of Housing & Urban Development
451 7th Street S.W.,
Washington, D.C. 20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: Debra P. Hackett

(By) DEPUTY CLERK: [signature]

DATE: 1/3/06

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TERRY G. DAVIS,

Plaintiff,

V.

R. EDMOND SPRAYBERRY, et al.,

Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05CV1235-T

TO: (Name and address of Defendant)
C. Michael McInnish
7607 Mossy Oak Drive
Montgomery, Alabama 36116

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 1/3/06

# UNITED STATES DISTRICT COURT

MIDDLE        District of        ALABAMA

TERRY G. DAVIS,

Plaintiff,

V.

**SUMMONS IN A CIVIL ACTION**

R. EDMOND SPRAYBERRY, et al.,

CASE NUMBER: 2:05CV1235-T

Defendants.

TO: (Name and address of Defendant)

The Housing Authority of the City of Montgomery
1020 Bell Street
Montgomery, Alabama 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/3/06

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TERRY G. DAVIS,

Plaintiff,

v.

R. EDMOND SPRAYBERRY, et al.,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1235-T

TO: (Name and address of Defendant)

Lu An Long
Board of Commissioners of the
    Housing Authority of the City of Montgomery
323 Adams Avenue
Montgomery, Alabama  36105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama  36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  Debra P. Hackett

(By) DEPUTY CLERK

DATE  1/3/06

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TERRY G. DAVIS,

    Plaintiff,

v.

R. EDMOND SPRAYBERRY, et al.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1235-T

TO: (Name and address of Defendant)

R. Edmond Sprayberry
Director for Public Housing
U.S. Department of Housing & Urban Development
Medical Forum Building
Suite 900
Birmingham, Alabama 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

1/3/06
DATE