**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

R. Edmond Sprayberry
Suite 900
950 22nd Street, N
Birmingham, Alabama 35203

2:05cv1235-T

7001 1140 0002 5552 8985

4b. Service Type
☐ Registered
☐ Express Mail
☒ Certified
☐ Insured
☒ Return Receipt for Merchandise
☐ COD

7. Date of Delivery

5. Received By: (Print Name)
A. Nomen

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

SCANNED

PS Form **3811**, December 1994            Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.