AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

TERRY G. DAVIS,

      PLAINTIFF,

          V.

R. EDMOND SPRAYBERRY, ET AL.,

      DEFENDANTS.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05CV1235-MHT

TO: (Name and address of Defendant)

Alberto Gonzalez
United States Attorney General
U.S. Department of Justice
10th Constitutional Avenue
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne Brown, Esq.
5925 Carmichael Road
Montgomery, Alabama  36117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK _____

(By) DEPUTY CLERK _____

DATE 1/10/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | | |
| --- | --- | --- |
| | District of | Alabama |

TERRY G. DAVIS

    PLAINTIFF,

        V.

R. EDMOND SPRAYBERRY, ET AL.,

    DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: *2:05 CV 1235 -MHT*

TO: (Name and address of Defendant)

Leura Garrett Canary
United States Attorney
One Court Square
Post Office Box 197
Montgomery, Alabama  36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Dwayne Brown, Esq.
        5925 Carmichael Road
    Montgomery, Alabama  36117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

| | |
| --- | --- |
| CLERK | DATE  1/10/06 |

(By) DEPUTY CLERK