**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

2:05cv1235-T
SVC

Leura Garrett Canary
United States Attorney
One Court Square
Post Office Box 197
Montgomery, Alabama 36101-0197

4a. Article Number
7001 1140 0002 2552 900[ ]

4b. Service Type
☐ Registered           ☑ Certified
☑ Express Mail         ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Nancy Yarn

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Nancy Yarn

PS Form **3811**, December 1994          Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.