**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TERRY G. DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1235-T |
| | ) |
| **R. EDMOND SPRAYBERRY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and gives notice of his appearance as additional counsel for Defendant, The Housing Authority of the City of Montgomery, and requests that further service and notice be transmitted to the undersigned via the CM/ECF system.

Respectfully submitted this the 24th day of January, 2006.

                                                   s/ Michael J. Cohan
                                                 ASB-6887-A56M

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
 COLE & BLACK, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36101
Telephone: (334) 834-7600
Facsimile: (334) 832-7419
mcohan@hillhillcarter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Dwayne Brown, Esq.<br>Post Office Box 230205<br>Montgomery, Alabama 36123-0205<br>dbrown@dbrownatty.com | [counsel for plaintiff] |
| Angela R. Rogers, Esq.<br>Bradley Arant Rose & White, LLP<br>The Alabama Center for Commerce<br>401 Adams Avenue, Suite 780<br>Montgomery, Alabama 36104<br>arogers@bradleyarant.com | [counsel for The Housing Authority for the City of Montgomery] |

M. Wayne Sabel, Esq.
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, Alabama 36106
mwsabl@mindspring.com

Dorman Walker, Esq.
Balch & Bingham, LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
dwalker@balch.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    C. Michael McInnish, Esq.
    7607 Mossy Oak Drive
    Montgomery, Alabama 36116

    Lu An Long, Esq.
    323 Adams Avenue
    Montgomery, Alabama 36105

                                                                     s/ Michael J. Cohan
                                                                     OF COUNSEL