IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | )    2:05-cv-01235-MHT-DRB |
| R. EDMUND SPRAYBERRY, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE DISCOVERY PLAN**

Come now Defendants R. Edmund Sprayberry, individually and in his official capacity as Director for Public Housing for the United States Department of Housing and Urban Development, and Alphonso Jackson, in his official capacity as Secretary of the United States Department of Housing and Urban Development (hereinafter "the Federal Fefendants"), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move the Court for an extension of time within which the parties are required to prepare and submit a Rule 26(f) discovery plan. In support of this Motion, the Federal Defendants show unto the Court the following:

1.

The Federal Defendants received Plaintiff's Complaint on or about or about January 4, 2006. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, the Federal Defendants have sixty days to file a response to Plaintiff's Complaint. Accordingly,

Defendants' answer or other response is not due to be filed until March 6, 2006.

2.

Plaintiff has also named other defendants in this action who are not federal officials. These other defendants were afforded 20-day response times under the Federal Rules, and they filed their responses on January 24, 2006 and January 30, 2006.

3.

Based on the responsive pleadings filed by the non-federal defendants, this Court issued an Order on January 26, 2006, directing the parties to hold their scheduling conference and file a Rule 26(f) discovery plan by February 17, 2006.

4.

Pursuant to this Order, the parties' discovery plan is currently due before the Federal Defendants are required to file a response to Plaintiff's Complaint. In addition, since Rule 26(a)(1) requires that initial disclosures be made within 14 days of the parties Rule 26(f) scheduling conference, the parties initial disclosures will also be due before the Federal Defendants are required to respond to Plaintiff's Complaint.

5.

The Federal Defendants would be prejudiced by having to prepare a discovery plan and file initial disclosures before the Federal Rules require them to respond to Plaintiff's Complaint. They would also be prejudiced if the other parties prepared and submitted a discovery plan without their input or involvement.

6.

Furthermore, judicial and party efficiency and economy would be adversely impacted if the Federal Defendants prepared a separate discovery plan after their responsive pleadings were filed. This situation would result in there being two separate discovery plans, with potentially separate deadlines, instead of the one discovery plan contemplated by Rule 26(f).

7.

Accordingly, in the interest of judicial economy and efficiency, and to avoid any potential prejudice to the Federal Defendants, the Federal Defendants request that the date for the parties to submit a discovery plan be moved from February 17, 2006, to March 20, 2006, so that the parties can file one joint discovery plan with the Court.

Therefore, for the reasons set forth above and for good cause, the Federal Defendants respectfully request an extension of time, to and including March 20, 2006, for the parties to file a discovery plan with the Court.

Respectfully submitted this the 1st day of February, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**
    Counsel for the Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of same to Plaintiff's counsel, Dwayne L. Brown, and Defendants' counsel Maricia D. Woodham; Mark W. Sabel, Jr., Mark W. Sabel, Sr.; Dorman Walker; Charles A. Stewart; Randall C. Morgan; Angela R. Rogers; and Michael J. Cohan.

/s/ James J. DuBois
Assistant United States Attorney