## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRY G. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 2:05cv1235T** |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LUAN LONG'S MOTION TO DISMISS CLAIM FOR CONVERSION

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court to deny Defendant's motion to dismiss his claim for conversion, and in support thereof states:

1. Defendant Lu An Long has moved the Court to dismiss Plaintiff's claim for conversion.

2. Defendant Lu An Long is unable to meet her burden of showing beyond doubt that the Plaintiff can prove no set of facts in support of his claim that would entitle Plaintiff to relief. *Conley v. Gibson, 355 U.S. 41, 45-46 (1957).*

3. On the face of the complaint, it is clear that if Plaintiff proves the alleged facts, Plaintiff is entitle to relief on his claim for conversion. Therefore, Defendant Lu An Long's motion to dismiss must fail in this regard.

4. In lieu of the foregoing, Defendant Lu An Long's motion to dismiss must fail as a matter of law.

Respectfully submitted,

/s/ Dwayne L. Brown
DWAYNE L. BROWN 9BRO149)

Attorney for Plaintiffs

OF COUNSEL:

**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

### CERTIFICATE OF SERVICE

    I hereby certify that on **February 17, 2006,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:    **M. Wayne Sabel, Sr., M. Wayne Sabel, Jr., Dorman Walker, Charles A. Stewart, Angela R. Raines, Michael Cohan, Randall Morgan, James DuBois**.

/s/Dwayne L. Brown
Of Counsel