IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1235-T |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
|     Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1.   Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

   Dwayne L. Brown, representing Terry G. Davis, the Plaintiff;

   James Joseph DuBois, representing R. Edmond Sprayberry and Alphonso Jackson, Defendants;[1]

   M. Wayne Sabel, Sr., representing C. Michael McInnish, Defendant;

   Dorman Walker, representing Lu An Long, Defendant; and

   Angela R. Rogers, representing the Housing Authority of the City of Montgomery, Alabama, Defendant.

2.   **Pre-Discovery Disclosures**. The parties, with the exception of Defendants Sprayberry and Jackson who have not yet filed their Rule 12 responsive pleading, shall exchange the information required by Rule 26(a)(1) within 21 days of the entry of the Court's scheduling order. Defendants Sprayberry and Jackson shall exchange the information required by Rule 26(a)(1) within 14 days of the filing of their Answer.

3.   **Discovery Plan**. The parties jointly propose the following discovery plan:

---

[1] Defendants Sprayberry and Jackson have not yet filed their Rule 12 responsive pleadings, and they anticipate filing a motion to dismiss raising, among other things, immunity and other 12(b)(6) defenses that should be resolved prior to them being subject to any discovery. Accordingly, while Defendants Sprayberry and Jackson participate in this discovery plan for the sake of judicial economy and efficiency, they are not consenting to engage in full discovery and reserve the right to file appropriate objections to any discovery requests and/or appropriate pleadings with the Court.

1/1424070.1

  (1) All discovery commenced in time to be completed by December 31, 2006.

  (2) Maximum of 10 depositions for each party, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition.

  (3) Maximum of 40 Interrogatories by each party, with responses due within thirty days after service.

  (4) Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

  (5) Maximum of 25 Requests for Production by each party, with responses due within thirty days after service.

  (6) Supplements under Federal Rule of Civil Procedure 26(e) are due 30 days before the close of discovery.

4. **Other Items**.

  (1) Defendant Sprayberry's and Jackson's Motion to Extend the Time to File a Discovery Plan should be denied as moot.

  (2) The parties do not request a conference with the Court before entry of the scheduling order.

  (3) Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) are due from the Plaintiff by July 1, 2006, and any such experts shall be made available for deposition by no later than July 31, 2006. Reports from retained experts from the Defendants are due by August 15, 2006, and any such experts shall be made available for deposition by not later than September 15, 2006.

  (4) The parties request a pretrial conference in January 2007.

  (5) All potentially dispositive motions should be filed by October 30, 2006.

  (6) Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

  (7) Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

(8) Final list of trial witnesses and exhibits under Federal Rule of Civil Procedure 26(a)(3) must be served and filed:

    a. By the Plaintiff: 30 days before trial; and

    b. By the Defendants: 30 days before trial.

(9) Objections are to be filed within 15 days after receipt of final list.

(10) This case should be ready for trial at the Spring 2007 term.

(11) Trial is expected to last 4-5 days.

The attorneys for all parties prepared this Report of the Parties' Planning Meeting, and the attorneys for all parties have reviewed this report. Counsel for all parties have given permission to the undersigned to file this report electronically with the Court on behalf of the parties.

Respectfully submitted this the 17th day of February, 2006.

/s Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for The Housing Authority of the City of Montgomery, Alabama**

James J. DuBois
U.S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101
Telephone: 334-223-7280
Facsimile: 334-223-7418
Email: james.dubois2@usdoj.gov
**Attorney for Defendants R. Edmond Sprayberry and Alphonso Jackson**

        Maricia Danielle Woodham
        Mark W. Sabel, Jr.
        M. Wayne Sabel, Sr.
        Sabel & Sabel, P.C.
        2800 Zelda Road
        Suite 100-5
        Montgomery, AL  36106
        Telephone: 334-271-2770
        Facsimile: 334-277-2882
        Email: mwoodham@sabellaw.com
        Email: mksabel@mindspring.com
        Email: mwsabl@mindspring.com
        **Attorneys for Defendant C. Michael McInnish**

        Dorman Walker
        Balch & Bingham
        P. O. Box 78
        Montgomery, AL  36101-0078
        Telephone: 334-834-6500
        Facsimile:  334-269-3155
        Email: dwalker@balch.com
        **Attorney for Defendant Lu An Long**

        Dwayne L. Brown
        Dwayne L. Brown PC
        P. O. Box 230205
        Montgomery, AL  36123-0205
        Telephone: 334-277-3757
        Facsimile:  334-277-3613
        Email: dbrown@dbrownatty.com
        **Attorney for Terry G. Davis, Plaintiff**