IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY, ) | |
| ) | |
|   Defendant. ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 12) is denied. The issue raised is better addressed on summary judgment or at trial.

DONE, this the 17th day of February, 2006.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE