IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRY G. DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| **R. EDMOND SPRAYBERRY,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion for extension of time (Doc. No. 18) is denied pursuant to ¶ 4(1) of the Rule 26(f) report (Doc. No. 21).

DONE, this the 17th day of February, 2006.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE