IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:05-cv-01235-MHT-DRB** |
| **R. EDMUND SPRAYBERRY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT**

Come now the Defendants, Edmond Sprayberry and Alphonzo Jackson, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure moves the Court for a 21-day extension of time, to and including March 27, 2006, within which to file an answer or other response in the above-styled case. In support of this motion, counsel shows unto the Court the following:

1. Defendants received the Complaint in this matter on or about January 11, 2006. Pursuant to Rule 12(a)(3) of the Federal Rules of Civil Procedure, the current deadline for filing an answer of other response is March 6, 2006.

2. The Department of Housing and Urban Development is in the process of collecting documents and information necessary to prepare its litigation report in this case. The agency's litigation report is essential in this office's compilation of an answer or other response. It is not expected that the agency's litigation report will be completed and received

within enough time to thoroughly and adequately prepare a response by the current deadline.

3. Additionally, counsel for Defendants is preparing for a jury trial in another case set for the week of March 13, 2006. In connection with this trial, Defendants' counsel is scheduled to be out of the office for most of the week of February 27, 2006, meeting with witnesses in Washington, D.C. Preparation for this upcoming trial will significantly restrict counsel's time and availability.

4. Counsel for Plaintiff has been advised of this request for an extension, and he has no opposition to it.

Therefore, for cause shown above, Defendants request an additional 21 days to prepare and file an answer or other response in this matter.

Respectfully submitted this 21st day of February, 2006.

                                        LEURA G. CANARY
                                        United States Attorney

                        By: s/James J. DuBois
                            JAMES J. DUBOIS
                            Assistant United States Attorney
                            GA Bar Number: 231445
                            Post Office Box 197
                            Montgomery, AL  36101-0197
                            Telephone No.: (334) 223-7280
                            Facsimile No.: (334) 223-7418
                            E-mail: **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

                                        s/James J. DuBois
                                        Assistant United States Attorney