IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,              )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>R. EDMOND SPRAYBERRY,         )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:05cv1235-MHT |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 25) is granted.

DONE, this the 22nd day of February, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE