IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:05-cv-01235-MHT-DRB |
| R. EDMUND SPRAYBERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d) (1) the United States is substituted as party defendant for R. Edmond Sprayberry in relation to Plaintiff's breach of contract and wanton conversion claims (Counts I and III). In support of this Notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. R. Edmond Sprayberry is a Defendant in this case. The Complaint alleges, among other things, that Mr. Sprayberry breached a contract and converted money owed to Plaintiff by refusing to compensate him for legal services rendered. (Pl. Comp., First and Third Causes of Action, at ¶¶ 20, 23-24).

2. R. Edmond Sprayberry is Director of the Office of Public Housing for the Birmingham Field Office Hub for the United States Department of Housing and Urban Development. Pursuant to 28 U.S.C. § 2679 (d)(1), the United States Attorney for the Middle District of Alabama has certified that Mr. Sprayberry was acting within the scope of his federal office or employment at the time of the incident out of which plaintiff's claims arise. *See* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the Attorney

General's scope-of-employment certification is filed with this Notice as Exhibit 1.

3. Substitution of the United States as party defendant for Mr. Sprayberry has occurred by operation of law, and Plaintiff's wanton conversion claims shall proceed as claims solely against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(1).

WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (1), the United States has been substituted as party defendant for Mr. Sprayberry in relation to Plaintiff's breach of contract and wanton conversion claims.

Respectfully submitted this 27th day of March, 2006.

        LEURA G. CANARY
        United States Attorney

By:  s/James J. DuBois
      JAMES J. DUBOIS
      Assistant United States Attorney
      Georgia Bar No. 231445
      United States Attorney's Office
      Post Office Box 197
      Montgomery, AL 36101-0197
      Telephone: (334) 223-7280
      Facsimile: (334) 223-7418
      E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

        s/James J. DuBois
        Assistant United States Attorney