IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-01235-MHT-DRB |
| R. EDMUND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that I have been apprised of the facts giving rise to this action. On the basis of the information now available to me with respect to the incident referred to therein, I find that Defendant, R. Edmond Sprayberry, who is Director of the Office of Public Housing for the Birmingham Field Office for the United States Department of Housing and Urban Development, was acting within the scope of his employment as a federal official at all times relative to the allegations in the Complaint.

Dated this 27th day of March, 2006.

*Leura G. Canary*
LEURA G. CANARY
United States Attorney
SJIS #GAR030