IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) |   2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
|    Defendants. ) | |

## FEDERAL DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants R. Edmond Sprayberry and Alphonso Jackson (hereinafter "the Federal Defendants"), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move to dismiss this lawsuit pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants show that Plaintiff's claims must be dismissed because the Federal Defendants are protected by sovereign immunity and this Court lacks subject matter jurisdiction. The Federal Defendants also assert that Plaintiff's claims should be dismissed because he failed to state claims upon which relief could be granted.

A memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, the Federal Defendants' Motion is due to be and should be granted, this matter should be dismissed, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 27th day of March, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    Georgia Bar No. 231445
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone: (334) 223-7280
    Facsimile: (334) 223-7418
    E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

        s/James J. DuBois
        Assistant United States Attorney