IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>R. EDMOND SPRAYBERRY individually )<br>and in his official capacity as Director for )<br>Public Housing for U.S. Department of )<br>Housing and Urban Development; )<br>ALPHONSO JACKSON in his official )<br>capacity as Secretary of the U.S. )<br>Department of Housing and Urban )<br>Development; C. MICHAEL MCINNISH; )<br>LU AN LONG individually and in )<br>her capacity as Commissioner of the )<br>Housing Authority of the City of )<br>Montgomery, Alabama; THE HOUSING )<br>AUTHORITY OF THE CITY OF )<br>MONTGOMERY, ALABAMA. )<br>)<br>Defendants. ) | CIVIL ACTION NO. <u>2 05CV1235-T</u> |

I, Thomas Rodick, pursuant to 28 U.S.C. Section 1746, declare and state as follows:

1.   I am the Deputy Regional Counsel for the New England Region for the United States Department of Housing and Urban Development.

2.   Pursuant to a delegation of authority effective January 4, 2000, my office, within HUD's Federal Tort Claims Center, is authorized to adjust, determine, compromise and settle claims filed under the Federal Tort Claims Act, 28 U.S.C. § 2871 *et seq.*

3. In this position I am responsible for supervising the review and processing of all tort claims filed with the United States Department of Housing and Urban Development. The processing of administrative claims is handled in accordance with the Department's regulations set forth at 24 C.F.R. Part 17, Subpart A.

4. A search of the files in my office indicates that there is no record that the named plaintiff, Terry G. Davis, filed a claim for injury or damages with the U.S. Department of Housing and Urban Development.

Executed on this 17th day of March, 2006.

Thomas Rodick
Deputy Regional Counsel for New England
U.S. Department of Housing and Urban Development
10 Causeway Street, Room 310
Boston, MA 02222