IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TERRY G. DAVIS,                    )
                                   )
    Plaintiff,                     )
                                   )        CIVIL ACTION NO.
    v.                             )        2:05cv1235-MHT
                                   )
R. EDMOND SPRAYBERRY,              )
                                   )
    Defendant.                     )

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 30) is set for submission, without oral argument, on April 14, 2006, with all briefs due by said date.

DONE, this the 28th day of March, 2006.


              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE