## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05-CV-1235-T |
| | ) |
| **R. EDMOND SPRAYBERRY,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT LONG'S RESPONSE

Defendant LuAn Long states in response to the Court's order of March 28, 2006, doc. no. 32, and to the motion to dismiss, doc. no. 30, filed by defendants Sprayberry and Jackson, that she has no objection to the motion.

Respectfully submitted this the 4th day of April, 2006.

s/Dorman Walker
Attorney for Defendant LuAn Long

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334/834-6500
334/269-3115 (fax)

166914.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4th, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following or that I have mailed a copy of same by United States mail, first class postage prepaid, and properly addressed to the following:

Dwayne Brown
Post Office Box 230205
Montgomery, AL  36123-0205

Wayne Sabel
Sabel & Sabel
2800 Zelda Road
Suite 100-5
Montgomery, AL  361106

Charles A. Stewart, III
Angela R. Rogers
Bradley, Arant, Rose & White
401 Adams Avenue
Montgomery, AL  36104

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL  36101

James DuBois
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

                                                  s/Dorman Walker
                                                  Of Counsel