IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:05-cv-1235-MHT |
| | ) |
| R. EDMOND SPRAYBERRY, , et al. | ) |
| | ) |
|    Defendants. | ) |

### DEFENDANT McINNISH'S RESPONSE

Defendant C. Michael McInnish states in response to the Court's Order of March 28, 2006, doc. no. 32, and to the Motion to Dismiss, doc. no. 30, filed by Defendants Sprayberry and Jackson, that he has no objection to the motion.

Respectfully submitted this the 4th day of April, 2006.

                                                 /s/ M. Wayne Sabel
                                               M. Wayne Sabel (SAB002)
                                               Maricia Woodham (BEN050)
                                               Mark W. Sabel, Jr.   (SAB004)
                                               Attorneys for Defendant McInnish

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:    (334) 271-2770
Facsimile:    (334) 277-2882

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4th, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following or that I have mailed a copy of same by United States mail, first class postage prepaid, and properly addressed to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101

Leura Garrett Canary
James DuBois
U. S. Attorney's Office
One Court Square
Room 201
Montgomery, AL 36104

                                          /s/ M. Wayne Sabel
                                            M. Wayne Sabel