IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1235-T |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
|     Defendants. | ) |

## RESPONSE TO MOTION TO DISMISS

Defendant **The Housing Authority of the City of Montgomery** ("MHA") states in response to the Court's order of March 28, 2006, Document No. 32, and to the Motion to Dismiss, Document No. 30, filed by Defendants Sprayberry and Jackson, that MHA has no objection to the motion.

Respectfully submitted,

  s/ Angela R. Rogers
_____
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

**Attorneys for The Housing Authority
of the City of Montgomery**

1/1440236.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104
Telephone: (334) 834-7600
Facsimile: (334) 832-7419
Email: mcohan@hillhillcarter.com
Email: rmorgan@hillhillcarter.com

Dwayne Brown
Post Office Box 230205
Montgomery, AL 36123-0205
Email: dbrown@dbrownatty.com

M. Wayne Sabel
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Email: mwsabl@mindspring.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Email: dwalker@balch.com

Maricia Danielle Woodham
Mark W. Sabel, Jr.
M. Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Email: mwoodham@sabellaw.com

James J. DuBois
U.S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101
Email: james.dubois2@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

                                                s/ Angela R. Rogers
                                                Angela R. Rogers (RAI017)
                                                Bradley Arant Rose & White LLP
                                                The Alabama Center for Commerce
                                                401 Adams Avenue, Suite 780
                                                Montgomery, AL 36104
                                                Telephone: (334) 956-7700
                                                Facsimile: (334) 956-7701
                                                E-mail: arogers@bradleyarant.com