IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRY G. DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** |
| | ) | **2:05-cv-01235-MHT-DRB** |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT SPRAYBERRY'S MOTION TO DISMISS CLAIM FOR QUALIFIED IMMUNITY**

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court to deny Defendant's motion to dismiss Plaintiff's claim based on qualified immunity, and in support thereof states:

**PLAINTIFF'S RESPONSE TO DEFENDANT SPRAYBERRY'S MOTION TO DISMISS CLAIM FOR QUALIFIED IMMUNITY**

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court to deny Defendant's motion to dismiss Plaintiff's claim based on qualified immunity, and in support thereof states:

1. Defendant Sprayberry has moved this Court to dismiss Plaintiff's claim based on qualified immunity.

2. Defendant Sprayberry's claim for qualified immunity through his motion to dismiss is inappropriate at this stages in the proceedings and is due to be stricken.

3. Defendant Sprayberry is unable to meet his burden of showing beyond a doubt that the Plaintiff can prove no set of facts in support of his claim that would entitle Plaintiff to relief. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

4. On the face of the complaint, it is clear that if Plaintiff proves the alleged facts,

Plaintiff is entitled to relief on his claim.  Therefore, Defendant Sprayberry's motion to dismiss must fail in this regard.

5. The complaint alleges that Defendant Sprayberry acted in concert to impede the investigation conducted by Plaintiff Davis into the activities of Defendant McInnish, and that Sprayberry directly retaliated against Plaintiff during his employment with the Montgomery Housing Authority.

6. At the December, 2004 meeting of the Board of Commissioners of the Montgomery Housing Authority, the Board approved Plaintiff's Davis' continued employment as counsel for the Board.  This decision followed the customary bid and evaluation process. (See Attachment 1)

7. Defendant Sprayberry unilaterally countermanded the decision of the Board to employ Plaintiff and provided no reason for doing so.  Defendant Sprayberry subsequently approved the employment of a white male as counsel for the Board.

8. Defendant Sprayberry rescinded the Board's decision to employ Plaintiff even though he has knowledge that it is and has remained the <u>exclusive province</u> of the local housing authority to make the decision as to who serves as it counsel. (emphasis added)

9. <u>Defendant Sprayberry also unilaterally refused to pay Plaintiff for <u>any</u> services related to the investigation of his personal friend, Defendant McInnish.  Defendant Sprayberry had full knowledge that the payment for the services was due and there was no legal basis for refusing to pay Plaintiffs' invoice. (Attachment 2)

10. Defendant Sprayberry also had personal knowledge and approved the drastically higher payment to white male employment attorneys employed by the Montgomery Housing Authority as compared to the rates being paid by MHA to Plaintiffs, who is African-American. (See Attachment 3)

11. There is sufficient evidence to defeat the motion to dismiss that Defendant Sprayberry was working in concert with Defendant McInnish to impede and retaliate against the Plaintiff.  (See Attachment 4)

12. In lieu of the foregoing, Defendant Sprayberry's motion to dismiss must fail as a matter of law.

                                      Respectfully submitted,

                                      /s/ Dwayne L. Brown
                                      DWAYNE L. BROWN 9BRO149)

                                              Attorney for Plaintiff

OF COUNSEL:

**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com


## CERTIFICATE OF SERVICE

      I hereby certify that on **April 14, 2006,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **M. Wayne Sabel, Sr., M. Wayne Sabel, Jr., Dorman Walker, Charles A. Stewart, Angela R. Raines, Michael Cohan, Randall Morgan, James DuBois**.


                                             /s/Dwayne L. Brown
                                             Of Counsel