/52

Commissioner Long seconded the motion and the "AYES" and "NAYS" were as follows:

  AYES:  Richard N. Bollinger
      Anne B. Upchurch
      Thomas Taylor
      Eddie Davis
      Bettie Barnett
      LuAn Long

  Nays:  None

The presiding Chairman thereupon declared said motion carried and said resolution adopted this seventeenth day of December 2003.

Commissioner Davis further stated that there was some discussion on reducing staffing in the Resident Initiatives department. The Personnel Committee recommends that staffing remain as is for now. The Executive Director pointed out that the community workers are doing a great job for our residents.

The Personnel Committee chairperson then referred to the Request For Proposals (RFP) received for the Attorney positions. These had been evaluated and reviewed by several board members. The Personnel Committee recommends that the Montgomery Housing Authority contract with Attorney Terry Davis of the Law Firm of Davis & Hatcher, LLC to be the Attorney for the Board. Mr. McInnish stated that the salary for this is negotiable and he estimates that two/three hours per month is what will be needed. Attorney Davis will attend all board meetings and be available to answer any questions the board may have.

The Personnel Committee also recommended the Montgomery Housing Authority contract with Attorney Bradley Arant of the Law Firm of Brantley Arant Rose & White, LLP to represent the Authority

in all legal matters. The Executive Director estimates approximately four/six hours per month is what will be required. The Personnel Committee further recommended the Montgomery Housing Authority contract with Attorney John Holloway of the Law Firm of Holloway, Elliot & Moxley, LLP to be the Authority's Evictions/Collections attorney. Mr. McInnish pointed out that this Law Firm is currently doing the Authority's evictions/collections and has done a fine job. To summarize, the following is the motion offered by Commissioner Davis on behalf of the Personnel Committee, and moved for adoption:

RESOLUTION NO. 5019

BE IT RESOLVED by the Board of Commissioners of The Housing Authority of the City of Montgomery, Alabama that based on the foregoing recommendations, the Executive Director of the Montgomery Housing Authority is hereby authorized to enter into suitable contracts with 1) Attorney Terry Davis of the Law Firm of Davis & Hatcher, LLC to be the Attorney for the Board; 2) Attorney Bradley Arant of the Law Firm of Bradley Arant Rose & White, LLP to be the Attorney for the Montgomery Housing Authority and, 3) Attorney John Holloway of the Law Firm of Holloway, Elliott & Moxley, LLP to be the Authority's Evictions/Collections attorney.

Commissioner Upchurch seconded the motion and the "AYES" and "NAYS" were as follows:

AYES:   Richard N. Bollinger
        Anne B. Upchurch
        Thomas Taylor
        Eddie Davis
        Bettie Barnett
        LuAn Long

15233

  Nays:  None

  The presiding Chairman thereupon declared said motion carried and said resolution adopted this seventeenth day of December 2003.

  Commissioner Davis further addressed the request received by the Executive Director to hire an additional Investigator. Mr. McInnish pointed out that what is to be considered is that his position will be funded out of the drug elimination grant monies that the Authority will run out of in the Fall; also, City-County Personnel will need to establish a list for this position. Chief Aikens then addressed the board. He informed that the Investigative Unit is working at a 30% reduction in staff for the past 10/12 months. All he is asking is that he be allowed to fill one of the existing slots. There is already a post certified law enforcement officer and is currently working with the Dannely Field Airport police. The hire can be done by lateral exchange. He has a specific skill as a canine handler and this will benefit the Investigative Unit. He has been fully trained as a canine handler and will be ready to start. He has been advised the Authority's funding for this position is expected to run out some time in August. He is willing to come on board. With his skills, the Investigative Unit envisions the capture of any type of drugs, weapons, etc. The County is currently working with the Investigative Unit to train a dog (the Authority will need to purchase) to work with the handler.

  After brief comments, Commissioner Davis offered the following motion and moved its adoption: