

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

RECEIVED

MAR 1 2005

Per..............

Mr. Lemuel E. Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

SUBJECT: Requests for Proposals (RFP) for Audit Services – Revised

Dear Mr. Boggs:

    This responds to the PHA's fax dated March 4, 2005, transmitting a request for approval for the PHA to pay a bill for services rendered by Terry G. Davis during the months of October, November, and December 2004.

    Based on the request in your fax that the October bill be reduced to reflect 15.3 hours as indicated by the attorney's contract, we have no objection to the PHA paying the October bill in the amount of $2,718.25.

    We are reducing the bills for November and December to remove expenses related to the investigation of Mr. McInnish. Our letter dated December 9, 2004, denied budgetary approval of $35,000 for legal costs for several reasons, some of which are restated below. Our letter dated January 12, 2005, advised that expenditures incurred by Mr. Davis other than those previously approved would be ineligible and could not be made retroactive. Our January 27, 2005, letter further emphasized the previous letters and denied the request for approval of the $65,000 in legal fees requested.

    In accordance with the Annual Contributions Contract (ACC), the PHA shall not incur expenditures except pursuant to and in accordance with an approved operating budget. As stated previously, HUD regulations dictate that costs for professional services be reasonable in relation to the services rendered and that allowable costs under HUD programs be necessary and reasonable for the administration of the program(s).

    We requested information from you reflecting the Board's approval of the investigation as well as information on the issues to be investigated relating to the mismanagement, fraud and abuse of HUD programs at the Montgomery Housing Authority. Since we did not receive the

requested information, it could not be determined that these costs were reasonable or that the services rendered would be necessary for the administration of the programs.

The bills are reduced as follows:

| Total Hours | Reduced Hours | Total Hours Allowed |
|---|---|---|
| 168.95 | 146.20 | 22.75 |
| Amount Billed | Amount Reduced | Amount Allowed |
| $29,566.25 | $25,585 | $3981.25 |
| Office Supplies Billed | Office Supplies Reduced | Office Supplies Allowed |
| 403.55 | $338.98 | $64.57 |

The number of hours allowed must be reduced by 3 hours per month each for November and December according to the attorney's contract with the PHA (6 x 175 = 1050). Reducing the amount by 6 hours for the two months (3981.25 – 1050) brings the allowable hourly amount to $2931.25. The total amount that is eligible for payment is $3,334.80, which includes both the acceptable hours and the prorated office supplies (2931.25 + 403.55). We have provided an analysis of the rate reduction and an analysis of the reduction of the office supplies for your information.

Should you like to discuss the matter further, please do not hesitate to contact me at (205) 731-2630, extension 1101.

Sincerely,

R. Edmond Sprayberry
Director
Office of Public Housing

Enclosure (2)

Analysis of Rate Reduction

| November/December 2004 | Rate | Hours | Total Reduced |
|---|---|---|---|
| 11/16 | 175.00 | 3 | 525 |
| 11/17 | 175.00 | 7 | 1225 |
| 11/18 | 175.00 | 8 | 1400 |
| 11/19 | 175.00 | 7.5 | 1312.5 |
| 11/22 | 175.00 | 8.7 | 1522.5 |
| 11/23 | 175.00 | 6 | 1050 |
| 11/24 | 175.00 | 6.75 | 1181.25 |
| 11/25 | 175.00 | 7 | 1225 |
| 11/29 | 175.00 | 8.5 | 1487.5 |
| 12/07 | 175.00 | 1 (4-3) | 175 |
| 12/08 | 175.00 | 7 | 1225 |
| 12/09 | 175.00 | 8 | 1400 |
| 12/13 | 175.00 | 8 | 1400 |
| 12/14 | 175.00 | 7.5 | 1312.5 |
| 12/15 | 175.00 | 5.75 | 1006.25 |
| 12/16 | 175.00 | 3.75 | 656.25 |
| 12/17 | 175.00 | 4 | 700 |
| 12/18 | 175.00 | 6.75 | 1181.25 |
| 12/20 | 175.00 | 7 | 1225 |
| 12/22 | 175.00 | 8 | 1400 |
| 12/23 | 175.00 | 7 | 1225 |
| 12/27 | 175.00 | 6 | 1050 |
| 12/29 | 175.00 | 3 (6-3) | 525 |
| 12/30 | 175.00 | 1 | 175 |
|  |  | 146.2 | 25585 |

| November/December 2004 | Rate | Hours | Total Allowed |
|---|---|---|---|
| 11/10 | 175.00 | 3.75 | 656.25 |
| 11/11 | 175.00 | 1 | 175 |
| 11/12 | 175.00 | 1.5+3.5=5 | 875 |
| 11/15 | 175.00 | 3 | 525 |
| 12/7 | 175.00 | 3 | 525 |
| 12/21 | 175.00 | 4 | 700 |
| 12/29 | 175.00 | 3 (6-3) | 525 |
|  |  | 22.75 | 3981.25 |

### Analysis of Reduction of Office Expenses

Expenses prorated based on the percentage of allowed expenses to total expenses - 3981.25/25585 = 15.56 or 16%

| November/ December 2004 | Office Charges | 16% of Total Expenses |
|---|---|---|
| 12/31 | 161.25 | 25.80 |
| 12/31 | 40.50 | 6.48 |
| 12/31 | 64.57 | 10.33 |
| 12/31 | 137.23 | 21.96 |
|  | 403.55 | 64.57 |

Total Expenses Allowed: $64.57