ATTACHMENT - 3



MICHAEL McINNISH
ICUTIVE DIRECTOR

1020 BELL STREET ♦ MONTGOMERY ♦ ALABAMA ♦ 36104-3006
(334) 206-7200 ♦ (334) 206-7222 Fax ♦ MHAToday.org

CLIFFORD HOLMES
CHAIRMAN

May 3, 2004

Hon. Barbara Ethredge
Chief Counsel
U.S. Dept. of Housing and Urban Development
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, AL 35203

RE: MHA DECLARATORY JUDGMENT

Dear Ms. Ethredge:

Please find enclosed a copy of a letter sent to me by the attorney for the board of commissioners about the action we have filed to determine whether a board member can be removed and as amended to include who has appointment power. A copy of the answer has also been enclosed for your review.

The court has set a hearing for June 30, 2004. I will continue to keep you informed as the case progresses.

When this case was filed, I did not anticipate fees in excess of $10,000.00. I informed the MHA attorney of the limitations and he proceeded with that information. At our April board meeting, the attorney who attends board meetings discussed the case with the board and he, at their request, is now very actively involved in the case. He has submitted a bill for services in excess of $8,000.00. Therefore, the total is now above the $10,000 limit. We procured their services through competitive proposals and both have contracts for retainers and hourly rates. I sent Mr. Sprayberry an email on the 13th of May about this issue.

I am working on authorizing payment to the two attorneys based upon our contracts with them for retainers and a hourly rates for work in excess. The attorneys were selected by competitive procurement. I am enclosing a copy of their contracts for your review. Please let me know if any additional information is required.

Thank you for your help and assistance.

Sincerely,

C. Michael McInnish
Executive Director

THOMAS TAYLOR, Vice-Chair    RICHARD N. BOLLINGER    JOHN F. KNIGHT Jr.    ANNE B. UPCHURCH
BETTIE BARNETT              LUAN LONG               RON DRINKARD          DAVID B. BARLEY, II