

.EL. McINNISH  
VE DIRECTOR

1020 BELL STREET • MONTGOMERY • ALABAMA • 36104-3006  
(334) 206-7200 • (334) 206-7222 Fax • MHAToday.org

THOMAS TAYLOR  
CHAIRMAN

ATTACHMENT -5

January 3, 2005

Mr. R. Edmond Sprayberry  
Director, Office of Public Housing  
HUD Birmingham Office  
Suite 900  
950 22nd Street, N  
Birmingham, Alabama 35203

RE:   C. Michael McInnish Investigation

Dear Mr. Sprayberry:

    I must once again express my dismay and disappointment regarding your telephone call last week and at what clearly appears to be another attempt to derail the Montgomery Housing Authority's investigation of Mickey McInnish. In all the HUD conferences I have attended and materials read, I have never heard of someone at your level becoming so embroiled in the efforts of a local public housing authority to determine whether disciplinary actions are appropriate for its executive director. Also, I know of no HUD regulation that gives you the authority to question or chastise me, as you did during your telephone call, for the Board's decision not to hold an executive session at Board member LuAn Long's request so that she could discuss the investigation of Mr. McInnish. I do not understand why you continue to work against the MHA Board on the word of one board member when the Board (majority) has followed all HUD guidelines and procedures and kept you informed throughout this process.

    Your final statement to me was that you plan to attend the hearing if Mr. McInnish elects to open the hearing to the public. Your tone suggested to me that you would be here as an advocate for Mr. McInnish. However, I would hope you would agree to attend to provide support for the Montgomery Housing Authority rather than an employee who is facing charges of misconduct and insubordination.

LUAN LONG, Vice-Chair    RICHARD N. BOLLINGER    JOHN F. KNIGHT Jr.    ANNE B. UPCHURCH  
BETTIE BARNETT           CLIFFORD HOLMES         RON DRINKARD          DAVID S. BARLEY, II

Mr. R. Edmond Sprayberry
January 3, 2005
Page 2

      You have been provided with a copy of the charges and informed that the hearing has been set for January 19, 2005. As a senior HUD representative, my position is that you are entitled to attend the hearing even if Mr. McInnish elects to close the hearing to the public. I am certain the Board would agree with this position. This Board has nothing to hide.

      Sincerely,

      Thomas Taylor
      Chairman

xc:    Hon. Barbara Etheridge

      Lane Boggs
      Interim Executive Director

      MHA Board of Commissioners