IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRY G. **DAVIS**

    Plaintiff,

vs.                                                  Case No.: 2:11Scv1235MHT

**R. EDMOND SPRAYBERRY, et al.**

    Defendants.

## NOTICE OF FILING OF DISCOVERY

Comes Now, Plaintiff Terry G. Davis, by and through counsel and hereby gives notice of filing of the following discovery, by hand-delivery, on this the 14th day of June, 2006 upon all counsel of record:

      (a) Plaintiffs Request for Admissions

      (b) Plaintiffs lntcrrogatories to Defendants C. Michael Mclnnish, Housing Authority of the City of Montgomery, Alabama and Lu An Long

      (c ) Plaintiffs lntcrrogatories to Defendant R. Edmond Sprayberry

DONE this the 15'ʰ day of June, 2006.

                                               Respectfully submitted,

                                               Is/ Dwayne Brown_____
                                               Dwayne Brown
                                               ASB-9396-B59D
                                               Attorney for Plaintiff
                                               **Law Office of Dwayne** L. **Brown, PC**
                                               Post Office Box 230205
                                               Montgomery, Alabama 36123-0205
                                               Telephone: (334) 277-3757
                                               Fax: (334) 277-3613
                                               E Mail: dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2006. I electronically filed the foregoing Notice of Filing of Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Wayne Sabel, Sr.,Esc.
Sabel & Sabel
Millwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery. AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/ Dwayne Brown
Of Counsel