IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | )   2:05-cv-1235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS'**
**MOTION FOR A PROTECTIVE ORDER**

COME NOW Defendants, by and through undersigned counsel, and move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order preventing Plaintiff from proceeding with depositions noticed for the week of July 17, 2006. In support of this Motion, Defendants show that Plaintiff has noticed nine depositions on days that he was specifically advised were not suitable for defense counsel and has refused to reasonably discuss alternative dates for the depositions. Defendants request a protective order and a scheduling conference with the Court.

A supporting memorandum is being filed contemporaneously herewith.

Although this Motion is being filed by James DuBois, counsel for the Federal Defendants, all Defendants' counsel have participated in the preparation of this Motion and the supporting Memorandum and have given their consent to Mr. DuBois to file it on behalf of all.

**WHEREFORE**, Defendants' Motion is due to be and should be granted and a protective order should be issued.

Respectfully submitted this 14th day of July, 2006.

LEURA G. CANARY
United States Attorney

| | |
|---|---|
| By: s/James J. DuBois | s/M. Wayne Sabel |
| James J. DuBois, Esq. | M. Wayne Sabel, Sr., Esq. |
| Counsel for Federal Defendants | Mark Wayne Sabel, Jr., Esq. |
| Assistant United States Attorney | Maricia Danielle Woodham, Esq |
| GA Bar Number: 231445 | Counsel for Defendant McInnish |
| Post Office Box 197 | Sabel & Sabel |
| Montgomery, AL 36101-0197 | Hillwood Office Center |
| Telephone No.: (334) 223-7280 | 2800 Zelda Road, Suite 100-5 |
| Facsimile No.: (334) 223-7418 | Montgomery, AL 36106 |
| E-mail: **James.DuBois2@usdoj.gov** | |

| | |
|---|---|
| s/Dorman Walker | s/Charles Stewart |
| Dorman Walker, Esq. | Charles A. Stewart, III, Esq. |
| Counsel for Defendant Long | Angela Raines Rogers, Esq. |
| Balch & Bingham | Counsel for Defendant Housing Authority |
| Post Office Box 78 | Bradley Arant Rose & White, LLP |
| Montgomery, AL 36101 | 401 Adams Avenue, Suite 780 |
| | Montgomery, AL 36104 |

s/Michael Cohan
Michael Cohan, Esq.
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

                                                      s/James J. DuBois  
                                                      Assistant United States Attorney