# EXHIBIT 1

**From:** Wayne Sabel [mailto:mwsabl@mindspring.com]
**Sent:** Wednesday, May 31, 2006 10:01 AM
**To:** dwayne brown
**Cc:** Walker, Dorman; charles stewart; angela rogers; Dubois, James J. (USAALM); Mike Cohan
**Subject:** Terry Davis vs. MHA / depo dates

Dear Mr. Brown :

　　I have consulted with the other attorneys in this case and the first block of time available for everyone to take depositions is July 25- 28. Mickey will be available for depo on July 25 if you can make Mr. Davis available later that same week. Please advise as soon as possible if this is ok b/c these dates may become unavailable shortly. Also , we would like to know your availability for setting aside a block of time in August & September for taking depos of commissioners and MHA employees. Wayne Sabel

6/14/2006