# EXHIBIT 2

Case 2:05-cv-01235-MHT-TFM    Document 42-3    Filed 07/14/2006    Page 1 of 4



**LAW OFFICE OF**
# Dwayne L. Brown
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To:  P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail  dbrown@dbrownatty.com

June 14, 2006

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106

RE:    Terry G. Davis vs. R. Edmond Sprayberry, et al.

Dear Wayne:

Please accept my apology for not getting back to you sooner regarding the deposition of Mr. Davis and other prospective deponents. This will acknowledge receipt of your Notice of Deposition scheduling Mr. Davis for July 27, 2006. Mr. Davis will be available on that date.

I have discussed this matter with my client and we do not feel we can delay putting off discovery and depositions until the fall. In that regard, enclosed you will find Plaintiff's ten (10) notices to take deposition together with Request for Production of Documents, Plaintiff's Request for Admissions and Plaintiff's Interrogatories to Defendants.

Because we have not discussed convenient dates for depositions to be conducted, I remain flexible to conduct these depositions at times that can be conveniently scheduled. However, I will expect that prior to any depositions of the deponents that I receive responses to the Interrogatories, Requests for Production of Documents and Request for Admissions.

I look forward to hearing from you and other counsel.

Sincerely,

Dwayne Brown

cc: Dorman Walker, Esq.
    Charles A. Stewart, III, Esq.
    Michael Cohan, Esq.
    James DuBois, Esq.
    Terry Davis, Esq.

RECEIVED 2006 JUN 14 A 11:59

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| TERRY G. DAVIS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No.: 2:05cv1235MHT |
| R. EDMOND SPRAYBERRY, et al. | ) | |
| Defendants. | ) | |

## SCHEDULE OF DEPOSITIONS

| Date | Time | Deponent |
|---|---|---|
| July 17, 2006 | 9:00 a.m.<br>1:00 p.m.<br>3:00 p.m. | Charles Stewart<br>Scott B. Smith<br>LuAn Long |
| July 18, 2006 | 9:00 a.m.<br>1:00 p.m. | R. Edmond Sprayberry<br>Cindy Yarbrough |
| July 19, 2006 | 1:00 p.m. | Alphonso Jackson |
| July 20, 2006 | 9:00 a.m. | C. Michael McInnish |
| July 21, 2006 | 9:00 a.m.<br>1:00 p.m.<br>3:00 p.m. | Dan Labrie,<br>Stephanie Warner,<br>Douglas G. Dzema |
| July 27, 2006 | 9:00 a.m. | Terry G. Davis |

DONE this the 13th day of June, 2006.

Respectfully submitted,

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 13th day of June, 2006.

Charles A. Stewart, III, Esq.
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Of Counsel