# EXHIBIT 3



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700  FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

July 6, 2006

Dwayne L. Brown, Esq.  
Post Office Box 230205  
Montgomery, AL 36123-0205

*Via Facsimile Transmission and U.S. Mail*  
*277-2882*

Re: *Terry G. Davis v. R. Edmond Sprayberry, et al.*  
*Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

I have your letter of June 29, 2006. I cannot give my deposition on July 20, and neither can Scott Smith. Terry Davis' deposition is set for July 26. We are going to insist on taking his deposition first. Even if I did not take that position, I have pre-existing plans to depose a witness in Birmingham on July 20.

As I understand it, all Defendants have attempted to meet with you and discuss scheduling depositions. I think that it is required under the Middle District rules. In other words, I feel we need to have a face to face meeting to discuss these discovery issues before moving forward. If I am wrong, please enlighten me.

In light of the fact that we are not available for depositions before Mr. Davis gives his deposition, I would ask that you not send a process server to deliver subpoenas.

Thank you for your attention to this matter.

Yours very truly,

Chuck

Charles A. Stewart III

CAS/arm

cc: Maricia Danielle Woodham  
Mark W. Sabel, Jr.  
M. Wayne Sabel, Sr.  
Dorman Walker  
James J. DuBois  
Angela R. Rogers, Esq.

BIRMINGHAM   CHARLOTTE   HUNTSVILLE   JACKSON   MONTGOMERY   WASHINGTON, DC



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

July 11, 2006

Dwayne L. Brown, Esq.  *Via Facsimile Transmission and U.S. Mail*
Post Office Box 230205  *277-2882*
Montgomery, AL 36123-0205

    Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
           *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

    I was subpoenaed yesterday to give my deposition on July 20, 2006, at 9:00 a.m. As I pointed out in my letter of July 6, I am scheduled to take a deposition in Birmingham on July 20 and cannot be available on that date. Attached is a copy of my letter to you.

    Further, I am surprised that you feel the need to subpoena me. I am willing to give my deposition voluntarily, so it is unnecessary to subpoena me to depositions and I have returned Terry Davis' $40.00 check to him.

    I believe that the Middle District rules require the parties to get together and work toward an agreement on discovery. With all due respect, I do not feel that you have discharged your obligation under this rule. Defendants' counsel has repeatedly attempted to work together in getting this discovery scheduled. I am willing to work with you on dates. I still find it difficult to say what, if any, information of a non-privileged nature I can testify to in this case. However, setting that concern aside, I am simply unable to attend the deposition on July 20. Please let me know whether it will be necessary to file a motion to quash this subpoena.

    I look forward to hearing from you and hope that we can work out all issues regarding discovery without involving the court.

                                                  Yours very truly,

                                                  Chuck

                                                  Charles A. Stewart III

CAS/arm
cc:   Maricia Danielle Woodham
       Mark W. Sabel, Jr.
       M. Wayne Sabel, Sr.
       Dorman Walker
       James J. DuBois