# EXHIBIT 4

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

| | |
|---|---|
| One Court Square, Suite 201 | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36101-0197 | Fin Lit Fax: 334/223-7201 |
| | Civil Fax 334/223-7418 |
| | Criminal Fax: 334/223-7135 |

June 20, 2006

Dwayne Brown, Esq.
Law office of Dwayne Brown
Post Office Box 230205
Montgomery, Alabama 36123-0205

    Re:   **Davis v. Sprayberry**
            Civil Action No.: 2:05-cv-1235-T

Dear Dwayne:

    This letter responds to your June 14, 2006 letter, deposition notices, and written discovery in the above-referenced case. Three of your deposition notices concern federal officials, and I will address each of them in turn. I will also address your written discovery.

    First, as you were advised by Mr. Sabel via email, Mr. Sprayberry is available for deposition during the last week of July, namely July 25, 26, 27, or 28, 2006. This is also when other defense counsel have indicated their availability. Since these are the most convenient dates for everyone involved in this case, I will make him available on any of those four days for a deposition. Please let me know which day is best for your schedule. If none of those days work, please call me so we can work out another mutually-convenient time for the deposition. Pursuant to standard practice, the deposition will take place at either the Office of the U.S. Attorney or one of the other defendants' offices (if we have other depositions scheduled during that day and they have larger offices).

    Second, I will not make Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, available for deposition absent a court order. Mr. Jackson, who is a Cabinet level Executive official in Washington, D.C., has been named in this lawsuit only in his official capacity and has no personal knowledge of the matters in this case. The Federal Defendants currently have a pending motion to dismiss that will dispose of all the claims against Mr. Jackson on the basis of lack of jurisdiction and sovereign immunity. Given Mr. Jackson's Cabinet-level position, the pending motion, and the circumstances of this case, Plaintiff has no valid factual or legal basis to take Mr. Jackson's deposition in this matter. Accordingly, the deposition notice for Mr. Jackson is overly

Dwayne Brown, Esq.
Page 2
June 20, 2006


burdensome and beyond the scope of permissible discovery and I ask that you withdraw it by July 5, 2006. If it is not withdrawn by that date, I will file the necessary motion for a protective order with the Court.

Third, I will not make Cindy Yarbrough, Field Office Director of the Birmingham Field Office of the United States Department of Housing and Urban Development, available for deposition absent a court order. Ms. Yarbrough has not been named as a defendant in this case and has no personal knowledge of the facts of this case. Indeed, she has not been mentioned in any document in this lawsuit and was not identified in any of the initial disclosures filed in this case, including those filed by Plaintiff. Given that she is a high-ranking government official, the law is clear that Plaintiff must show that she has personal knowledge or information that cannot be obtained from any other source before she may be deposed. Moreover, a party seeking such a high-level deposition must show that they cannot use less burdensome means (such as written discovery) to obtain the desired information. Plaintiff has not made, and cannot make, any of the necessary showings to take Ms. Yarbrough's deposition. Accordingly, I also ask that you withdraw the deposition notice for Ms. Yarbrough by July 5, 2006. If this matter is not resolved by that date, I will file the appropriate motion for a protective order.

On another matter, while Defendant Sprayberry will make all efforts to timely comply with your written discovery requests, please understand that given the voluminous nature of your interrogatories, requests for production, and requests for admission, it may not be possible to fully respond within the prescribed period. Once I evaluate a response time, I will contact you to discuss a possible short extension.

Finally, I am in agreement that we should try to schedule the depositions at mutually convenient times. It is my understanding that the depositions you have noticed during the week of July 17th are not convenient for everyone. I propose moving those depositions to the following week or in September, as per Mr. Sabel's email to you earlier this month.

Dwayne Brown, Esq.
Page 2
June 20, 2006

Please call me to discuss the matters addressed in this letter.

Sincerely yours,

FOR THE UNITED STATES ATTORNEY
Leura G. Canary

James J. DuBois
Assistant United States Attorney

LGC:JJD

cc:   Dorman Walker, Esq.
      Charles Stewart, Esq.
      Angela Rogers, Esq.
      Michael Cohen, Esq.
      Terry Davis, Esq.
      M. Wayne Sabel, Sr., Esq.



**LAW OFFICE OF**
**Dwayne L. Brown**
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To: P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail dbrown@dbrownatty.com

RECEIVED
2006 JUL -3 P 1:41

June 28, 2006

James J. DuBois, Esq.
Assistant U.S. Attorney
One Court Square
Post Office Box 197
Montgomery, Alabama 36101-0197

RE:   Davis vs. Sprayberry
      Civil Action No.: 2:05-cv-1235-T

Dear James:

I am in receipt of your letter dated June 20, 2006 regarding depositions and written discovery requests.

As I mentioned previously, I am flexible in terms of trying to arrange convenient deposition dates. Except for July 26, 2006, which is the date we have scheduled the depositions of Mr. McInnish and Mr. Davis, the remaining three dates offered do not work for us. I should also mention that it is my plan to depose each of the identified deponents before the deposition of Mr. Davis and my notices of deposition reflect that desire. I have no objection to finding a convenient time for Mr. Sprayberry, but I have noticed him for a date before Mr. Davis.

Regarding Alphonso Jackson, I will insist that he be made available as a defendant in the case. Mr. Jackson is knowledgeable regarding the procedures for hiring of counsel, policies against discrimination and procurement procedures for payment of invoices. As you know, there is a claim in this case that Mr. Sprayberry acted beyond the scope of his authority. The Secretary of HUD, in my opinion, would be the best person to testify as to the limits of that authority and procedures related to Mr. Sprayberry's action.

I have been provided with information that Cindy Yarbrough is Mr. Sprayberry's supervisor. It is Mr. Sprayberry's direct supervisor that I seek to depose. If my information is incorrect, please provide the name of the correct person and I will release Ms. Yarbrough and prepare a subpoena if you will not make him or her available without one. Mr. Sprayberry's supervisor will have direct knowledge of events surrounding Sprayberry's decision to overrule the Montgomery Housing Authority decision to employ Mr. Davis as counsel and direct knowledge about Sprayberry's decision to refuse payment of Mr. Davis' invoices. Mr. Sprayberry is also required to file reports to his supervisor of his actions.

7/5/06
:: Marquetta Brown

James DuBois, Esq.
June 28, 2006
Page 2

      Regarding Plaintiff's interrogatories, requests for production and request for admissions, I do not waive the requirements under the Federal Rules relating to request for admissions. As it relates to responses to interrogatories and requests for production of documents, I am willing to agree to additional time, if needed, as long as all information is received prior to the deposition of each deponent and Mr. Davis. Your responses are all due on July 14, 2006.

      Thank you.

                                                Sincerely,

                                                Dwayne Brown

DB/tw

cc:    Dorman Walker, Esq.
        Charles A. Stewart, Esq.
        Angela R. Rogers, Esq.
        Michael J. Cohan, Esq.
        M. Wayne Sabel, Sr., Esq.
        Terry Davis, Esq.

```
         LAW OFFICE OF                                    5925 Carmichael Road, Suite C
DLB                                                          Montgomery, Alabama 36117
         Dwayne L. Brown                                  Reply To:  P.O. Box 230205
         A PROFESSIONAL CORPORATION                          Montgomery, Alabama 36123-0205
                                                                 Phone (334) 277-3757
                                                                   Fax (334) 277-3613
                                                           e-mail dbrown@dbrownatty.com
```

June 29, 2006

Honorable Charles A. Stewart, III
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

RE:  Davis vs. Sprayberry
     Civil Action No.: 2:05-cv-1235-T

Dear Chuck:

    This will acknowledge receipt of your letter dated June 21, 2006 regarding notices of depositions. July 20th is an acceptable date for your deposition and that of Scott Smith. If LuAnn Long is available that day, I would propose that she be scheduled for the same day and time as originally proposed.

    Regarding your suggestion that Mr. Davis be deposed prior to other depositions, I understand that plaintiffs sometimes get deposed before defendants, however, I am not obligated to make Mr. Davis available first. It has specifically been my plan to depose all identified deponents before Mr. Davis is deposed to the extent that is reasonably possible. The deposition schedule reflects that desire. However, I will continue to work with all counsel to schedule depositions at times that are convenient. I need to note that it is incumbent upon me to press to complete discovery so that I am not placed at a disadvantage when the defendants begin filing motions for summary judgment.

    As a courtesy, unless you want to make other arrangements, please expect a process server to deliver subpoenas to you and Scott on Wednesday or Thursday of next week.

    Finally, Mr. Davis is contemplating entering an appearance and conducting some depositions with me once we complete our research on his participation as counsel in this case.

Sincerely,

Dwayne Brown

DB/tw

7/5/06
C: Marquetta Brown

Charles A. Stewart, III
June 28, 2006
Page 2

cc:    Dorman Walker, Esq.
       James DuBois, Esq.
       Angela R. Rogers, Esq.
       Michael J. Cohan, Esq.
       M. Wayne Sabel, Sr., Esq.
       Terry Davis, Esq.



U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

|  |  |
|---|---|
| One Court Square, Suite 201 | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36101-0197 | Fin Lit Fax: 334/223-7201 |
|  | Civil Fax 334/223-7418 |
|  | Criminal Fax: 334/223-7135 |

July 10, 2006

**VIA FACSIMILE & U.S. MAIL**

Dwayne Brown, Esq.
Law office of Dwayne Brown
Post Office Box 230205
Montgomery, Alabama 36123-0205

Re:   **Davis v. Sprayberry**
       Civil Action No.: 2:05-cv-1235-T

Dear Dwayne:

This letter responds to your June 28, 2006, letter, and addresses various discovery issues in this case. While I had hoped to discuss the issues in this letter with you over the telephone, I have yet to hear from you in response to several messages that I left last week.

First, we have to reschedule Mr. Sprayberry's deposition since July 18, 2006, is not a convenient date for all the parties in this litigation. I do not plan on having Mr. Sprayberry spend valuable government work time and money traveling to Montgomery for a deposition unless all the parties agree on a mutually-convenient deposition date. It is clear, from both Mr. Sabel's May 31, 2006 email to you and Mr. Stewart's June 21, 2006 letter that this date is not workable with the schedules of the other defendants. Accordingly, at this juncture, I think that it is in every party's best interest to discuss scheduling issues so that we can come up with a mutually-agreeable discovery plan for the remaining depositions in this case. I am fairly flexible, and do not see why we cannot agree on a few days to finish the remaining depositions in this case. If it is not possible for us to reach agreement after meeting and discussing the matter, then I propose we request a scheduling conference with the Court.

Second, I must request for the final time that you withdraw your notice for the deposition of Aphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"). As a Cabinet-level official, Secretary Jackson has numerous responsibilities and cannot be expected to give depositions in every case filed against HUD. If you research the issue, you will see that depositions of high-ranking government officials such as Secretary Jackson are only allowed in "exceptional circumstances." This is clearly

Dwayne Brown, Esq.
July 10, 2006
Page 2 of 2

not such a case, and your continued effort to depose him is without any factual or legal support. I do not wish to involve the Court in this dispute, but will file a Motion for Protection Order on Thursday, July 13, 2006, if I do not hear from you on this issue.

Third, as I previously indicated, Cindy Yarbrough, Field Office Director of the Birmingham Field Office of HUD, is not Defendant Sprayberry's supervisor and will not be available for deposition on July 18, 2006. You indicated in your letter of June 28, 2006, that you meant to take Defendant Sprayberry's supervisor's deposition and would substitute the supervisor once you received the proper information. Per your request, I will provide you with Mr. Sprayberry's supervisor's contact information in response to Plaintiff's Interrogatory No. 3, and I expect that you will accordingly withdraw Ms. Yarbrough's deposition notice. Please note that any HUD officials besides Mr. Sprayberry whom you wish to depose will have to be served with subpoenas.

Finally, I have to request a one-week extension for responding to Plaintiff's Interrogatories and Requests for Production. Given the large number of documents sought by the requests, I need to spend some time in Birmingham, Alabama, reviewing documents and copying them to make them available for inspection here in Montgomery. Please let me know whether you would agree to accept the responses on July 21, 2006.

Please call me to discuss the issues in this letter. I trust that we can resolve them, and look forward to talking to you soon.

Sincerely yours,

FOR THE UNITED STATES ATTORNEY
Leura G. Canary

James J. DuBois
Assistant United States Attorney

LGC:JJD:dmc

cc: Dorman Walker, Esq.
    Charles Stewart, Esq.
    Angela Rogers, Esq.
    Michael Cohen, Esq.
    M. Wayne Sabel, Sr., Esq.