# EXHIBIT 5

## **CERTIFICATE OF GOOD FAITH**

We hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that we have tried in good faith to confer with Plaintiff's counsel in an attempt to resolve the issues raised by Defendants' Motion for a Protective Order without seeking Court intervention. The efforts, however, were unsuccessful.

LEURA G. CANARY
United States Attorney

By: s/James J. DuBois
James J. DuBois, Esq.
Counsel for Federal Defendants
Assistant United States Attorney
GA Bar Number: 231445
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**

s/M. Wayne Sabel
M. Wayne Sabel, Sr., Esq.
Mark Wayne Sabel, Jr., Esq.
Maricia Danielle Woodham, Esq
Counsel for Defendant McInnish
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

s/Dorman Walker
Dorman Walker, Esq.
Counsel for Defendant Long
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

s/Charles Stewart
Charles A. Stewart, III, Esq.
Angela Raines Rogers, Esq.
Counsel for Defendant Housing Authority
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

s/Michael Cohan
Michael Cohan, Esq.
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116