IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:05-cv-1235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### FEDERAL DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

COME NOW Defendants R. Edmond Sprayberry and Alphonso Jackson (hereinafter "the Federal Defendants"), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order preventing Plaintiff from deposing Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"). In support of this Motion, the Federal Defendants show that Plaintiff's deposition notice for Secretary Jackson's deposition is oppressive and unduly burdensome because Secretary Jackson was named only in his official capacity and lacks personal knowledge of the issues in this case, Plaintiff could obtain discovery through less burdensome means than a deposition of the highest-ranking HUD official, and Plaintiff could obtain discovery from other sources besides the highest-ranking HUD official. Accordingly, Plaintiff has failed to show that the "exceptional circumstances" required by the Eleventh Circuit exist to compel Secretary Jackson's deposition in this matter.

A supporting memorandum is being filed contemporaneously herewith.

**WHEREFORE**, the Federal Defendants' Motion is due to be and should be granted and a protective order should be issued.

Respectfully submitted this 14th day of July, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: s/James J. DuBois
>JAMES J. DUBOIS
>Assistant United States Attorney
>Georgia Bar No. 231445
>United States Attorney's Office
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone: (334) 223-7280
>Facsimile: (334) 223-7418
>E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

>s/James J. DuBois
>Assistant United States Attorney