# EXHIBIT 2



**LAW OFFICE OF**
**Dwayne L. Brown**
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To:  P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail  dbrown@dbrownatty.com

RECEIVED
2006 JUL -3 P 1:41

June 28, 2006

James J. DuBois, Esq.
Assistant U.S. Attorney
One Court Square
Post Office Box 197
Montgomery, Alabama  36101-0197

RE:   Davis vs. Sprayberry
      Civil Action No.: 2:05-cv-1235-T

Dear James:

    I am in receipt of your letter dated June 20, 2006 regarding depositions and written discovery requests.

    As I mentioned previously, I am flexible in terms of trying to arrange convenient deposition dates.  Except for July 26, 2006, which is the date we have scheduled the depositions of Mr. McInnish and Mr. Davis, the remaining three dates offered do not work for us.  I should also mention that it is my plan to depose each of the identified deponents before the deposition of Mr. Davis and my notices of deposition reflect that desire.  I have no objection to finding a convenient time for Mr. Sprayberry, but I have noticed him for a date before Mr. Davis.

    Regarding Alphonso Jackson, I will insist that he be made available as a defendant in the case.  Mr. Jackson is knowledgeable regarding the procedures for hiring of counsel, policies against discrimination and procurement procedures for payment of invoices.  As you know, there is a claim in this case that Mr. Sprayberry acted beyond the scope of his authority.  The Secretary of HUD, in my opinion, would be the best person to testify as to the limits of that authority and procedures related to Mr. Sprayberry's action.

    I have been provided with information that Cindy Yarbrough is Mr. Sprayberry's supervisor. It is Mr. Sprayberry's direct supervisor that I seek to depose.  If my information is incorrect, please provide the name of the correct person and I will release Ms. Yarbrough and prepare a subpoena if you will not make him or her available without one.  Mr. Sprayberry's supervisor will have direct knowledge of events surrounding Sprayberry's decision to overrule the Montgomery Housing Authority decision to employ Mr. Davis as counsel and direct knowledge about Sprayberry's decision to refuse payment of Mr. Davis' invoices.  Mr. Sprayberry is also required to file reports to his supervisor of his actions.

7/5/06
'S: Marquetta Brown

James DuBois, Esq.
June 28, 2006
Page 2


      Regarding Plaintiff's interrogatories, requests for production and request for admissions, I do not waive the requirements under the Federal Rules relating to request for admissions. As it relates to responses to interrogatories and requests for production of documents, I am willing to agree to additional time, if needed, as long as all information is received prior to the deposition of each deponent and Mr. Davis. Your responses are all due on July 14, 2006.


    Thank you.

                                                          Sincerely,

                                                         Dwayne Brown

DB/tw

cc:    Dorman Walker, Esq.
        Charles A. Stewart, Esq.
        Angela R. Rogers, Esq.
        Michael J. Cohan, Esq.
        M. Wayne Sabel, Sr., Esq.
        Terry Davis, Esq.