# EXHIBIT 3



U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

---

| | |
|---|---|
| One Court Square, Suite 201 | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36101-0197 | Fin Lit Fax: 334/223-7201 |
| | Civil Fax 334/223-7418 |
| | Criminal Fax: 334/223-7135 |

July 10, 2006

**VIA FACSIMILE & U.S. MAIL**

Dwayne Brown, Esq.
Law office of Dwayne Brown
Post Office Box 230205
Montgomery, Alabama 36123-0205

    Re:    **Davis v. Sprayberry**
             Civil Action No.: 2:05-cv-1235-T

Dear Dwayne:

    This letter responds to your June 28, 2006, letter, and addresses various discovery issues in this case. While I had hoped to discuss the issues in this letter with you over the telephone, I have yet to hear from you in response to several messages that I left last week.

    First, we have to reschedule Mr. Sprayberry's deposition since July 18, 2006, is not a convenient date for all the parties in this litigation. I do not plan on having Mr. Sprayberry spend valuable government work time and money traveling to Montgomery for a deposition unless all the parties agree on a mutually-convenient deposition date. It is clear, from both Mr. Sabel's May 31, 2006 email to you and Mr. Stewart's June 21, 2006 letter that this date is not workable with the schedules of the other defendants. Accordingly, at this juncture, I think that it is in every party's best interest to discuss scheduling issues so that we can come up with a mutually-agreeable discovery plan for the remaining depositions in this case. I am fairly flexible, and do not see why we cannot agree on a few days to finish the remaining depositions in this case. If it is not possible for us to reach agreement after meeting and discussing the matter, then I propose we request a scheduling conference with the Court.

    Second, I must request for the final time that you withdraw your notice for the deposition of Aphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"). As a Cabinet-level official, Secretary Jackson has numerous responsibilities and cannot be expected to give depositions in every case filed against HUD. If you research the issue, you will see that depositions of high-ranking government officials such as Secretary Jackson are only allowed in "exceptional circumstances." This is clearly

Dwayne Brown, Esq.
July 10, 2006
Page 2 of 2

not such a case, and your continued effort to depose him is without any factual or legal support. I do not wish to involve the Court in this dispute, but will file a Motion for Protection Order on Thursday, July 13, 2006, if I do not hear from you on this issue.

    Third, as I previously indicated, Cindy Yarbrough, Field Office Director of the Birmingham Field Office of HUD, is not Defendant Sprayberry's supervisor and will not be available for deposition on July 18, 2006. You indicated in your letter of June 28, 2006, that you meant to take Defendant Sprayberry's supervisor's deposition and would substitute the supervisor once you received the proper information. Per your request, I will provide you with Mr. Sprayberry's supervisor's contact information in response to Plaintiff's Interrogatory No. 3, and I expect that you will accordingly withdraw Ms. Yarbrough's deposition notice. Please note that any HUD officials besides Mr. Sprayberry whom you wish to depose will have to be served with subpoenas.

    Finally, I have to request a one-week extension for responding to Plaintiff's Interrogatories and Requests for Production. Given the large number of documents sought by the requests, I need to spend some time in Birmingham, Alabama, reviewing documents and copying them to make them available for inspection here in Montgomery. Please let me know whether you would agree to accept the responses on July 21, 2006.

    Please call me to discuss the issues in this letter. I trust that we can resolve them, and look forward to talking to you soon.

                                        Sincerely yours,

                                        FOR THE UNITED STATES ATTORNEY
                                               Leura G. Canary

                                               James J. DuBois
                                             Assistant United States Attorney

LGC:JJD:dmc

cc:    Dorman Walker, Esq.
       Charles Stewart, Esq.
       Angela Rogers, Esq.
       Michael Cohen, Esq.
       M. Wayne Sabel, Sr., Esq.