# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-1235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF GOOD FAITH**

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that I have in good faith conferred with Plaintiff's counsel in an attempt to resolve the issues raised by the Federal Defendants' Motion for a Protective Order without seeking Court intervention. My unsuccessful attempts to resolve these issues before filing this Motion are discussed in more detail in the accompanying Memorandum in Support of the Federal Defendants' Motion for a Protective Order and the exhibits attached thereto.

s/James J. DuBois_____
Assistant United States Attorney