IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:05-CV-1235-MHT |
| v. ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTIONS

*Defendants' Motion for a Protective Order (Doc. 41)* and *Federal Defendants' Motion for a Protective Order (Doc. 43)*, each filed with supporting briefs *on July 14, 2006, came to this court's* attention around noon this day following completion of a scheduled docket. Review indicates that emergency relief is necessary and warranted prior to considering any response from Plaintiff. It is, therefore, **ORDERED** that each *Motion* is hereby **GRANTED to the extent that the depositions noticed and subpoenaed by Plaintiff for July 17, 18, 19, 20, and 21 are QUASHED**.

It is further **ORDERED** that Plaintiffs' counsel and Defendants' counsel **appear in District Courtroom 4A** at **3:30 p.m. on Tuesday, July 18, 2006**, for a scheduling conference. Plaintiffs' counsel shall be prepared to respond to the substance of Defendants' motions, specifically showing any good cause for the scheduling of these depositions. **All counsel shall come with calendars and knowledge of deponents' schedules sufficiently to reschedule these depositions**.

DONE THIS 17TH DAY OF JULY, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE