IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomeryy__, ALABAMA

DATE COMMENCED __7-18-2006__ AT __3:30__ A.M./**P.M.**

DATE COMPLETED __7-18-2006__ AT __4:02__ A.M./**P.M.**

TERRY G. DAVIS              )
                            )
    vs.                     )           (~~Criminal~~) x
                            )                              Case No. 2:05cv1235-MHT
ALPHONSO JACKSON, ET AL.    )           (Civil
                            )
                            )

| PLAINTIFF/~~GOVERNMENT~~ x | | DEFENDANT |
|---|---|---|
| Dwayne Brown | ) | James DuBois |
| | ) | Wayne Sabel |
| | ) | Dorman Walker |
| | ) | Chuck Stewart |
| | | Michael Cohan |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk
Michele Dearing, Law Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __SCHEDULING CONFERENCE__

3:30 pm: Court convenes.
Court addresses Attorneys
4:02 pm, Court is recessed.