IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | )    2:05-CV-1235-MHT |
| v. | ) |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

By Order entered July 17, 2006, the court granted the *Federal Defendants' Motion for a Protective Order (Doc. 45)* to the extent of quashing the depositions noticed by Plaintiff for two federal defendants on July 18 and 19, 2006. After due consideration of these defendants' supporting memorandum and Plaintiff's oral response that he cannot presently demonstrate the "extraordinary circumstances" required to justify deposing Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, it is now

**ORDERED** that the *Motion for a Protective Order* is also GRANTED to the extent that Cabinet Secretary Jackson is protected from a deposition in this litigation.

DONE THIS 19TH DAY OF JULY, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE