IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 2:05-cv-1235-MHT** |
| ) | |
| **R. EDMOND SPRAYBERRY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO STRIKE, TO SEAL
AND FOR PROTECTIVE ORDER**

Defendant McInnish moves this Court for a Protective Order, to strike certain material, and to seal the record as to certain material for the following reasons:

1. The Plaintiff has moved for reconsideration of this Court's Order granting a Protective Order for Alphonso Jackson.

2. Attached to Plaintiff's Motion are exhibits that contain a litany of lies, immaterial, impertinent, or scandalous matters, for which there is no basis in fact, all directed at and for the sole purpose of harassing and oppressing Defendant McInnish.

3. In violation of FRCP Rule 11(b), this material was filed for an improper purpose, including to harass, menace, and needlessly increase the cost of litigation.

4. This material was filed in bad faith as demonstrated by the following:

    (a) While on the hot seat for possible unethical conduct, Plaintiff's counsel announced in open court that he intended to accept this Court's ruling in the matter of Alphonso Jackson's Motion for a Protective Order. Instead, Plaintiff

filed this Motion and attached exhibits which do not have the slightest relevance to the issue Plaintiff purports to raise.

(b)   A review of each exhibit filed by Plaintiff clearly demonstrates the point:

Plaintiff Exhibit 1: This exhibit purports to be the Affidavit of Ken Groves. However, the "Affidavit" was drafted by Plaintiff and, as Plaintiff admits, Mr. Groves refused to sign it.

Plaintiff Exhibits 2 and 3: These exhibits are self-serving documents, probably drafted by Plaintiff, on behalf of Plaintiff and Thomas Taylor, with whom he worked closely to circumvent HUD requirements for the payment of attorney fees to Plaintiff.

Plaintiff Exhibit 4: This exhibit contains a litany of baseless charges against Defendant McInnish drafted by Plaintiff and which have been dismissed with prejudice by the Montgomery Housing Authority.  All the charges have been answered in writing by Defendant McInnish and thoroughly repudiated and exposed for the falsehoods they contain.

Plaintiff Exhibit 5: This is the most egregious example.  This exhibit contains Plaintiff's self-serving responses to Defendant McInnish's Interrogatories.  This exhibit contains numerous lies and rumors filed to defame Plaintiff while attempting to avoid exposure to liability.  This exhibit is totally irrelevant to the matter at hand.

5.  Defendant McInnish contacted all parties and none, including Plaintiff, object to the sealing of Exhibit 5, at least until a hearing can be had on these matters. Further, Defendants do not object to sealing all of Plaintiff's exhibits until that time.

WHEREFORE, Defendant McInnish requests that this Court act immediately to seal the exhibits attached to the Plaintiff's motion, particularly Exhibit 5, until a hearing may be had on Defendant McInnish's Motion to Strike, to Seal and for Protective Order.

Respectfully submitted,

/s/ M. Wayne Sabel
M. WAYNE SABEL *(SAB002)*
MARK SABEL *(SAB004)*
MARICIA WOODHAM *(BEN050)*
Attorneys for Defendant McInnish

OF COUNSEL:
**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
Telephone:   (334) 271-2770
Facsimile:   (334) 277-2882

## CERTIFICATE OF SERVICE

I do hereby certify that on 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205
E-Mail: dbrown@dbrownatty.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
E-Mail: dwalker@balch.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
E-Mail: cstewart@bradleyarant.com
          arogers@bradleyarant.com

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101
E-Mail: mcohan@hillhillcarter.com

Leura Garrett Canary
James J. Dubois
U. S. Attorney's Office
One Court Square
Room 201
Montgomery, AL 36104
E-mail: Leura.canary@usdoj.gov
          James.dubois2@usdoj.gov


                                                    /s/ M. Wayne Sabel
                                                        M. Wayne Sabel