IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRY G. DAVIS, )
)
Plaintiff, )
) 2:05-CV-1235-MHT
v. ) wo
)
R. EDMOND SPRAYBERRY, et al., )
)
Defendants. )

**ORDER ON MOTIONS**

After conceding in oral arguments on July 18, 2006, his inability to demonstrate the "extraordinary circumstances" required to justify deposing Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, ***and after declining the opportunity afforded for additional time to file a formal response in opposition*** to the Motion for Protective Order, Plaintiff filed on July 31, 2006, his *Motion for Reconsideration of Order Granting Protective Order for Alphonso Jackson* (Doc. 48), attaching therewith as supporting exhibits four unverified writings along with his response to interrogatories from Defendant McInnish.

Defendant McInnish responded by filing on August 1, 2006, his *Motion to Strike, To Seal, and for Protective Order* (Doc. 49). For good cause, after due consideration and for good cause shown, it is

**ORDERED** as follows:

1. *Plaintiff's Motion for Reconsideration* (Doc. 48) is DENIED.

2. Defendant McInnish's *Motion to Strike, To Seal, and for Protective Order* (Doc. 49) is GRANTED to the following extent: each of the five exhibits attached to Plaintiff's Motion (Doc.

48) is hereby STRICKEN from the record, and accordingly, the Clerk is INSTRUCTED immediately to seal them or otherwise to undertake the appropriate action to ensure that they are barred from viewing and dissemination on the CM/ECF system.

DONE THIS 2nd day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE