IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:05-cv-1235-MHT |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR ENTRY
OF STIPULATED PROTECTIVE ORDER**

Come now Plaintiff and Defendants, by and through counsel of record, and move this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to enter the attached protective order to govern the disclosure of confidential documents in this litigation. In support of this request, the parties show as follows:

The parties, after discussion, recognize that some of the discovery requests in this case may concern confidential information covered by the Privacy Act, 5 U.S.C. § 552a, proprietary information, trade secrets, and/or other material that should be protected from general disclosure to the public outside the confines of this litigation. Accordingly, to facilitate discovery of this material and to limit its disclosure to the parties in this litigation, the parties have stipulated and agreed that such confidential information should only be produced in this case subject to the terms of the protective order attached as Exhibit A.

Wherefore the parties jointly move the Court to approve and enter the attached stipulated protective order.

Respectfully submitted this 8th day of August, 2006.

LEURA G. CANARY
United States Attorney

| | |
|---|---|
| By: /s/James J. DuBois | /s/M. Wayne Sabel |
| James J. DuBois, Esq. | M. Wayne Sabel, Sr., Esq. |
| Counsel for Federal Defendants | Mark Wayne Sabel, Jr., Esq. |
| Assistant United States Attorney | Maricia Danielle Woodham, Esq |
| GA Bar Number: 231445 | Counsel for Defendant McInnish |
| Post Office Box 197 | Sabel & Sabel |
| Montgomery, AL 36101-0197 | Hillwood Office Center |
| Telephone No.: (334) 223-7280 | 2800 Zelda Road, Suite 100-5 |
| Facsimile No.: (334) 223-7418 | Montgomery, AL 36106 |
| E-mail: **James.DuBois2@usdoj.gov** | |
| | |
| /s/Dorman Walker | /s/Charles Stewart |
| Dorman Walker, Esq. | Charles A. Stewart, III, Esq. |
| Counsel for Defendant Long | Angela Raines Rogers, Esq. |
| Balch & Bingham | Counsel for Defendant Housing Authority |
| Post Office Box 78 | Bradley Arant Rose & White, LLP |
| Montgomery, AL 36101 | 401 Adams Avenue, Suite 780 |
| | Montgomery, AL 36104 |
| | |
| /s/Dwayne Brown | /s/Michael Cohan |
| Counsel for Plaintiff | Michael Cohan, Esq. |
| Law Office of Dwayne L. Brown, PC | Randall C. Morgan |
| Post Office Box 230205 | Counsel for Defendant Housing Authority |
| Montgomery, AL 36123-0205 | Hill, Hill, Carter, Franco, Cole & Black |
| | Post Office Box 116 |
| | Montgomery, AL 36101-0116 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed above.

                                                      s/James J. DuBois  
                                         Assistant United States Attorney