IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-01235-MHT |
| R. EDMUND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DEADLINES**

COMES NOW the parties, by and through counsel of record, and respectfully request that the Court extend the dispositive motion deadline in this case by ninety (90) days, from October 31, 2006 to January 31, 2007, move the trial to a subsequent trial term, and reset all the pretrial deadlines accordingly. As grounds for said motion, the parties show unto the Court the following:

1. This is a breach-of-contract, conversion, and discrimination case brought pursuant to 42 U.S.C. § 1983 and state law. Plaintiff filed the Complaint on December 23, 2005. All the defendants have filed answers except for Defendants Sprayberry and Jackson, who have pending motions to dismiss. Pursuant to the Court's February 21, 2006 Scheduling Order, the dispositive motion deadline is October 31, 2006, the discovery deadline is December 29, 2006, the pretrial conference is January 29, 2007, and the trial is set for the trial term commencing February 26, 2007.

2. On July 18, 2006, Magistrate Judge Boyd held a scheduling conference and a hearing on pending discovery motions. After the hearing, counsel for the parties, at the Court's invitation, held a conference in the jury room to discuss scheduling of depositions. Scheduling had presented difficulties to that juncture because of the large number of parties in the case, the large number of depositions that were requested by the various parties, and conflicts in counsels' schedules.

3. At the meeting, after discussion, the parties agreed to the following discovery plan:

> September 18, 2006 – Deposition of Defendant McInnish
> September 19, 2006 – Deposition of Plaintiff
> September 20, 2006 – Depositions of Defendant Long and Charles Stewart, Esq.
> October 23, 2006 – Deposition of Defendant Sprayberry
> October 24, 2006 – Deposition of John Knight and Thomas Taylor
> October 26, 2006 – Deposition of Lemuel Boggs
> November 13-17, 2006 – additional depositions to be determined.

4. At this time, since out-of-state depositions have been discussed as possibilities for the week of November 13th, the parties believe additional time may have to be set aside for depositions in December 2006.

5. Plaintiff and Defendants have worked in good faith to come up with a deposition schedule for the numerous depositions in this case that will minimize inconvenience to parties, witnesses, and counsel. The parties, however, could not find dates to schedule all the depositions before the dispositive motion deadline of October 31, 2006. Moreover, after the depositions, the Court Reporter will need sufficient time to transcribe the depositions and provide transcripts to counsel. Furthermore, upon receipt of the transcripts, the parties will require adequate time to read and review the transcripts and incorporate the record cites into any pleadings.

6. Accordingly, to provide the parties sufficient time to receive complete and accurate transcripts and finalize the briefing of any dispositive motions, the parties jointly request that the Court extend the dispositive motion deadline by 90 days, to and including January 31, 2007. This extension will enable the parties to conduct the numerous depositions sought in this case at mutually-acceptable times and provide them adequate time to complete dispositive motion briefing.

7.	This extension will make dispositive motions due after the Court's January 29, 2007 pretrial conference. To adhere to this District's practice of having dispositive motions due more than 90 days before any pretrial conference, the parties request that the Court correspondingly extend the other deadlines in the Scheduling Order, including moving the pretrial conference and moving the trial from February 26, 2007 to a date arising during a subsequent trial term. This rescheduling promotes efficient use of the time and resources of the Court and the parties.

In consideration of the foregoing, undersigned counsel respectfully request that this Court extend the dispositive motion deadline for 90 days, continue the trial to a later trial term, and reset all the pretrial deadlines accordingly.

Respectfully submitted this 8th day of August, 2006.

LEURA G. CANARY
United States Attorney

By: /s/James J. DuBois
James J. DuBois, Esq.
Counsel for Federal Defendants
Assistant United States Attorney
GA Bar Number: 231445
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**

/s/M. Wayne Sabel
M. Wayne Sabel, Sr., Esq.
Mark Wayne Sabel, Jr., Esq.
Maricia Danielle Woodham, Esq
Counsel for Defendant McInnish
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

/s/Dorman Walker
Dorman Walker, Esq.
Counsel for Defendant Long
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

/s/Charles Stewart
Charles A. Stewart, III, Esq.
Angela Raines Rogers, Esq.
Counsel for Defendant Housing Authority
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

| | |
|---|---|
| /s/Dwayne Brown | /s/Michael Cohan |
| Counsel for Plaintiff | Michael Cohan, Esq. |
| Law Office of Dwayne L. Brown, PC | Randall C. Morgan |
| Post Office Box 230205 | Counsel for Defendant Housing Authority |
| Montgomery, AL 36123-0205 | Hill, Hill, Carter, Franco, Cole & Black |
| | Post Office Box 116 |
| | Montgomery, AL 36101-0116 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as listed above.

    s/James J. DuBois
Assistant United States Attorney