IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1235-MHT |
| R. EDMUND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

On December 28, 2005, plaintiff Terry G. Davis filed this lawsuit, which contained three claims against defendant R. Edmund Sprayberry, a federal employee. Count 1 was a breach of contract claim; Count 2 was an equal protection claim, as enforced through 42 U.S.C. § 1983; and Count 3 was a wanton conversion claim.

On March 27, 2006, defendant Sprayberry filed a notice of substitution, pursuant to 28 U.S.C. § 2679(d)(1), whereby the United States was substituted as party defendant for defendant Sprayberry on Counts 1 and 3 of the complaint.  The notice of substitution did

not apply to Count 2 of the complaint, the equal protection claim.

However, the clerk of the court terminated defendant Sprayberry as a party altogether and substituted the United States for him as to all counts, including Count 2, the equal protection claim. It is the court's understanding that defendant Sprayberry should still be a party to this case, but only on Count 2 of the complaint.

Accordingly, it ORDERED that the clerk of the court shall change the docket sheet of this case to reflect that defendant R. Edmund Sprayberry is still a party to this case on Count 2 of the complaint.

If the court has misunderstood the procedural posture of this case, the parties should so inform the court in writing within seven days.

DONE, this the 10th day of August, 2006.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE