IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend deadlines (Doc. No. 52) is granted.

(2) The uniform scheduling order (Doc. No. 24) is modified in the following respects:

    (A) The pretrial is reset for April 5, 2007, and the trial is reset for term of court beginning on May 14, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

    (B) The deadline for completing discovery is extended to January 31, 2007.

**(C) All other deadlines are unchanged.**

**DONE, this the 14th day of August, 2006.**


　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**