**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2006

# NOTICE OF DEFICIENCY

To: Dwayne L. Brown
From: Clerk's Office

**Case Style: Davis v. Sprayberry et al**

**Case Number: 2:05-cv-01235-MHT**

**Referenced Pleadings: Amended Complaint- Doc. No. 57**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleading did not contain a signature for the pleading or for the certificate of service page. Please send the document with appropriate signatures.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the above documents.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**