**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRY G. DAVIS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1235 |
| | ) |
| **R. EDMOND SPRAYBERRY, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## DEFENDANT THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY'S JURY DEMAND

Defendant **The Housing Authority of the City of Montgomery** ("MHA" or "Defendant") hereby gives notice of its demand for a jury trial.

                                            Respectfully submitted,

                                            s/Charles A. Stewart III

                                        Charles A. Stewart III (STE067)
                                        Angela R. Rogers (RAI017)
                                        Bradley Arant Rose & White LLP
                                        401 Adams Avenue, Suite 780
                                        Montgomery, AL 36104
                                        Telephone: (334) 956-7700
                                        Facsimile: (334) 956-7701
                                        Email: cstewart@bradleyarant.com
                                        Email: arogers@bradleyarant.com


                                        **Attorneys for The Housing Authority
                                        of the City of Montgomery**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104
Telephone: (334) 834-7600
Facsimile: (334) 832-7419
Email: mcohan@hillhillcarter.com
Email: rmorgan@hillhillcarter.com

Dwayne Brown
Post Office Box 230205
Montgomery, AL 36123-0205
Email: dbrown@dbrownatty.com

M. Wayne Sabel
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Email: mwsabl@mindspring.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Email: dwalker@balch.com

Maricia Danielle Woodham
Mark W. Sabel, Jr.
M. Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Email: mwoodham@sabellaw.com

    James J. DuBois
    U.S. Attorney's Office
    P. O. Box 197
    Montgomery, Alabama 36101
    Email:  james.dubois2@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

                s/ Charles A. Stewart III
                Charles A. Stewart III (STE067)
                Bradley Arant Rose & White LLP
                The Alabama Center for Commerce
                401 Adams Avenue, Suite 780
                Montgomery, AL 36104
                Telephone: (334) 956-7700
                Facsimile: (334) 956-7701
                E-mail: cstewart@bradleyarant.com