IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SPRAYBERRY'S MOTION
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW Defendant R. Edmond Sprayberry, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves to dismiss Plaintiff's claims against Defendant Sprayberry in his Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant shows that Plaintiff's claims must be dismissed because Defendant Sprayberry is protected by absolute immunity from Plaintiff's re-asserted conversion claim and his Alabama Constitution claim, and this Court lacks subject matter jurisdiction over such claims. Defendant Sprayberry also moves to dismiss Plaintiff's Fourth Cause of Action because he fails, as a matter of law, to state a claim upon which relief may be granted.

A memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, Defendant Sprayberry's Motion is due to be and should be granted, these claims should be dismissed, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 31st day of August, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: s/James J. DuBois
>JAMES J. DUBOIS
>Assistant United States Attorney
>Georgia Bar No. 231445
>United States Attorney's Office
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone: (334) 223-7280
>Facsimile: (334) 223-7418
>E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.

>s/James J. DuBois
>Assistant United States Attorney