# EXHIBIT 1



**LAW OFFICE OF**
# Dwayne L. Brown
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To:  P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail  dbrown@dbrownatty.com

August 25, 2006

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

RE:    Davis vs. Sprayberry/ Case No.: 2:05cv1235-MHT

Dear James:

In a letter dated August 3, 2006, you agreed to substitute Rick Hamblin (R. Edmond Sprayberry's supervisor) for Cindy Yarbrough. We expect Mr. Hamblin to be deposed.

It is my opinion that Mr. Hamblin's deposition will not be "quite short" as you suggest in your letter. I plan to depose Mr. Hamblin extensively on his personal knowledge regarding every HUD rule and regulation cited by and relied upon by his subordinate Defendant Sprayberry. I plan to ask him his personal knowledge regarding every letter written by Mr. Sprayberry in this matter and his personal knowledge regarding whether Sprayberry's actions were in compliance with HUD rules and regulations. I plan to ask him about procedures by a local housing authority for investigating activities of its executive director. Mr. Sprayberry cites quite a number of Rules and Regulations. I submit that each of these areas are appropriate topics for questioning of Mr. Hamblin. I reserve the right to depose Mr. Hamblin up to 8 hours, if necessary.

Mr. Davis and I are available to fly to Des Moines, Iowa for the deposition on November 14, 2006. I plan to video tape this deposition so if you have objections, you should let me know now. If you plan to seek to quash the subpoena I issued, you should advise me now as to what those grounds are so we can attempt to resolve them. If these issues cannot be resolved, I suggest that they and all other matters be raised with the Court beforehand so that the deposition will not be delayed.

Also, I would like to take the deposition of Roy Bernardi as soon as it can be scheduled. As you know, Mr. Bernardi has personal knowledge of events relating to the sale of Riverside Heights to the City of Montgomery. I propose to depose him in these areas. I also propose to depose him in areas regarding activities and conduct of Rick Hamblin and R. Edmond Sprayberry. Defendant Sprayberry has Mr. Benardi listed as his and Mr. Hamblin's supervisor. We will not agree to any limitation on areas in which he can be deposed. He is the Deputy

Secretary for HUD and certainly has knowledge of discoverable facts as contemplated by the Amended Complaint. Enclosed you will find an unsigned statement given by Ken Grove regarding Mr. Bernardi's visit to Montgomery. Also, I would suggest that the deposition of Deputy Secretary Roy Bernardi be scheduled for November 15, 2006 and we could fly to D.C., following Mr. Hamblin's deposition. (See Energy Capital Corp. v. United States, 60 Fed. Cl. 315, 2004).

Please let me hear from you at your earliest convenience.

Sincerely,

Dwayne Brown

DB/tw

xc:   M. Wayne Sabel, Sr., Esq.
      Dorman Walker, Esq.
      Charles A. Stewart, III, Esq.
      Michael Cohan, Esq.
      Terry G. Davis, Esq.