IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:05-CV-1235-T |
| | ) |
| R. EDMOND SPRAYBERRY, | )   JURY TRIAL DEMANDED |
| et al., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT LUAN LONG'S
### MOTION TO STRIKE DOC. NO. 64

Comes now defendant LuAn Long and moves the Court to strike from the docket sheet document no. 64, which was filed as a "Notice" on August 31, 2006 and which purports to accept an offer of judgment, but which is in fact a counter-offer, and not an acceptance, and which should not have been filed with the Court.

Respectfully submitted this the 6th day of September, 2006.

                                            s/Dorman Walker
                                            Attorney for Defendant LuAn Long

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334/834-6500
334/269-3115 (fax)

171423.1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 6, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown
Post Office Box 230205
Montgomery, AL  36123-0205
dbrown@dbrownatty.com

Wayne Sable
Maricia Danielle Woodham
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL  361106
mwsabl@mindspring.com
mwoodham@sabellaw.com

Charles A. Stewart, III
Angela R. Rogers
Bradley, Arant, Rose & White
401 Adams Avenue
Montgomery, AL  36104
cstewart@bradleyarant.com
arogers@bradleyarant.com

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco,
   Cole & Black
Post Office Box 116
Montgomery, AL  36101
mcohan@hillhillcarter.com
rmorgan@hillhillcarter.com

Leura Garrett Canary
James J. DuBois
U.S. Attorney for the
Middle District of Alabama
One Court Square
Room 201
Montgomery, AL  36104
Leura.canary@usdoj.gov
james.dubois2@usdoj.gov

                              s/Dorman Walker
                              Of Counsel