IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 65) is set for submission, without oral argument, on September 19, 2006, with all briefs due by said date.

(2) The motion for expedited ruling (Doc. No. 67) is denied.

(3) The alternative motion to stay discovery (doc. no. 67) is set for submission, without oral argument,

on September 19, 2006, with all briefs due by said date.

**DONE, this the 11th day of September, 2006.**

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**