IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:05-CV-1235 MHT |
| | ) | |
| R. EDMOND SPRAYBERRY; | ) | |
| C. MICHAEL McINNISH; | ) | |
| LU AN LONG, Individually and in | ) | |
| Her Capacity as Commissioner of the | ) | |
| Housing Authority of the City of | ) | |
| Montgomery, Alabama; and THE | ) | |
| HOUSING AUTHORITY OF THE | ) | |
| CITY OF MONTGOMERY, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Ernestine S. Sapp, attorney at law, with the law firm of Gray, Langford, Sapp, McGowan, Gray and Nathanson, and notes her appearance as counsel of record for Plaintiff Terry G. Davis in the above styled cause.

                                                                          Respectfully submitted,
                                                                          /s/ Ernestine S. Sapp

OF COUNSEL:                                    One of the Attorneys for Plaintiff
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
P.O. Office Box 830239
Tuskegee, AL  36083-0239
(334) 727-4830

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2006, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

                                          Respectfully submitted,
                                          /s/ Ernestine S. Sapp

                                          E-Mail:  esapp@glsmgn.com