IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRY G. **DAVIS**

    **Plaintiff,**

vs.                                                      Case No.: 2:05ev1235MHT

R. EDMOND SPRAYBERRY, et al.

    **Defendants.**

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court for leave to amend pursuant to Rule 15 of the Federal Rules of Civil Procedures and as grounds therefore, submits the following:

1.    Plaintiff in his original complaint has asserted claims against Defendant R. Edmond Spraybeny.

2.    On August 10, 2006 the Court entered an Order (doc. no. 54) granting Defendant Sprayberry's Motion to Dismiss and further granted Plaintiff Leave to Amend his complaint.

3.    On August 17, 2006, Plaintiff filed an Amended Complaint (doc. no. 57).

4.    By this Motion, Plaintiff seeks leave of Court to amend his complaint to clarify and properly plead the basis upon which this action may be maintained against Defendants, including Defendant Sprayberry.

5. This action is in the preliminary stages of discovery and Defendants, including Defendant Sprayberry will not be prejudice should the Court grant Leave to Amend the Complaint.

6. Plaintiff submits that leave to amend should be freely given "when justice so requires" under Rule 15 of the Federal Rules of Civil Procedure and whether to grant said leave is a matter within the discretion of the Court. *Forman vs. Davis,* 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1967) and *McKinley vs Kaplan,* 177 Fed. 3d 1253 (I Cir. 1999).

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to grant Leave to Amend his complaint.

Respectfully submitted,

/s/ Dwayne L. Brown
DWAYNE L. BROWN 9BRO149)
Attorney for Plaintiffs

OF COUNSEL:

Law Office of Dwayne L. **Brown, PC**
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown(adbrownatty.corn

Ernestine S. Sapp, Esq.
Gray, Langford, Sapp, McGowan, Cray & Nathanson
Post Office Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
Facsimile: (334) 727-4831
e-Mail: esappaglsman.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2006, 1 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: M. Wayne **Sabel, Sr.,** M. **Wayne Sabel, Jr., Dorman Walker, Charles** A. Stewart, Angela **R. Raines, Michael Cohan, Randall Morgan, James DuBois.**

                                /s/Dwayne L. Brown
                                Of Counsel