7/24

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:05cv1235MHT ) ) |
| R. EDMOND SPRAYBERRY, et al. | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:

Charles A. Stewart, III, Esq.
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Please take notice that on September 20, 2006 beginning at 1:30 p.m. **CST**, plaintiff will begin taking the deposition of defendant at the law offices of *Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama 36104*. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Alabama Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

-1-

EXHIBIT A

1. Any and all correspondence, emails, recommendations, memoranda, or written communication of any nature received from C. Michael McInnish or written to C. Michael McInnish by you or on your behalf between January 1, 2004 and December 31, 2005. This request includes all communications of any nature regardless of the employment status of McInnish with the Housing Authority of the City of Montgomery during the requested period, including communication with any individual in the law firm of Sabel and Sabel of Montgomery, Alabama.

2. Any and all correspondence, invoices for payment, emails, recommendations, memoranda, or written communication of any nature to the Housing Authority Insurance Group or any individual employed by the Housing Authority Insurance Group as it relates to services rendered to the Housing Authority of the City of Montgomery between January 1, 2004 and December 31, 2005.

DONE this the 24th day of July, 2006.

Respectfully submitted,

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 24th day of July, 2006.

>Charles A. Stewart, III, Esq.
>**Bradley Arant Rose & White LLP**
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104

>M. Wayne Sabel, Sr., Esq.
>Sabel & Sabel
>Hillwood Office Center
>2800 Zelda Road, Suite 100-5
>Montgomery, AL 36106

>Dorman Walker, Esq.
>Balch & Bingham
>Post Office Box 78
>Montgomery, AL 36101

>Micheal Cohan, Esq.
>Hill, Hill, Carter, Franco, Cole & Black
>Post Office Box 116
>Montgomery, AL 36101-0116

>James DuBois, Esq.
>U.S. Attorney's Office
>Post Office Box 197
>Montgomery, AL 36101

_____
Of Counsel