IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:05-CV-1235-MHT |
| v. ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTIONS

*Defendants' Motion for a Protective Order (Doc. 41)* and *Federal Defendants' Motion for a Protective Order (Doc. 43),* each filed with supporting briefs *on July 14, 2006, came to this court's* attention around noon this day following completion of a scheduled docket. Review indicates that emergency relief is necessary and warranted prior to considering any response from Plaintiff. It is, therefore, ORDERED that each *Motion* is hereby GRANTED to the extent that the depositions noticed and subpoenaed by Plaintiff for July 17, 18, 19, 20, and 21 are QUASHED.

It is further ORDERED that Plaintiffs' counsel and Defendants' counsel **appear in District Courtroom 4A at 3:30 p.m. on Tuesday, July 18, 2006,** for a scheduling conference. Plaintiffs' counsel shall be prepared to respond to the substance of Defendants' motions, specifically showing any good cause for the scheduling of these depositions. **All counsel shall come with calendars and knowledge of deponents' schedules sufficiently to reschedule these depositions.**

DONE THIS 17TH DAY OF JULY, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT B**