

**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 9, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
      *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

In looking at the deposition notice that you sent in this case, I am overwhelmed by the amount of material you are asking for. While I was paid by Montgomery Housing Authority, I also did work for the insurance carrier. During the time period you set forth in your notice, I worked on lead poisoning claims, employment claims, personal injury claims, and a utility allowance case. If you will narrow your request to what you are looking for, then I will see whether your request seeks a reasonable response. As phrased, however, it seeks information which is not relevant, overly broad, unduly burdensome, incapable of a reasonable response, and may call for the production of materials which are protected by the attorney-client privilege or work-product doctrine. Please consider narrowing your request so it is not necessary to file a motion with the court.

I appreciate your attention to this matter.

Yours very truly,

Charles A. Stewart III

CAS/arm
cc:   Angela R. Rogers, Esq.

BIRMINGHAM   CHARLOTTE   HUNTSVILLE   JACKSON   MONTGOMERY   WASHINGTON, DC

**EXHIBIT C**

FROM                                      (MON) AUG 14 2006 16:.../ST. 16:50/No. 6880228397 P  3



**LAW OFFICE OF**
**Dwayne L. Brown**
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To:   P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail  dbrown@dbrownatty.com

August 14, 2006

**VIA FACSIMILE (334) 956-7701**
Charles A. Stewart, III, Esq.
Bradley, Arant, Rose, & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Re:         Terry Davis v. Edmond Sprayberry, et al.
Case No.:   2:05cv1235

Dear Mr. Stewart:

I am in receipt of your letter dated August 9, 2006. I am actively considering the concerns you iterated in said letter, and I intend on getting back with you soon about the same.

I hope that this motion can be resolved without court intervention.

Sincerely,

Dwayne L. Brown

DLB/trw



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700  FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 24, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

*Via Facsimile Transmission and U.S. Mail*
277-~~2882~~ 3613

Re: *Terry G. Davis v. R. Edmond Sprayberry, et al.*
    Middle District of Alabama, CV-05-1235-T

Dear Dwayne:

Please see the two letters I am sending you in addition to this one. The first letter is my letter to you dated August 9, 2006. The second one is your response of August 14, 2006.

I have not heard from you regarding the issues set forth in these letters. I do not want to file a motion for a protective order.

Do you want to extend the time within which to respond, object, or otherwise move regarding your notice so that we can have the time to try to work out the problems with your notice?

Please respond as soon as possible as our response time is upon us.

I look forward to hearing from you.

Yours very truly,

Charles A. Stewart III

CAS/arm
Enclosures
cc:  Maricia Danielle Woodham
     Mark W. Sabel, Jr.
     M. Wayne Sabel, Sr.
     Dorman Walker
     James J. DuBois
     Angela R. Rogers, Esq.

FROM (THU)AUG 24 2006 17:06/ST. 17:05/No. 6880228421 P 2



**LAW OFFICE OF**
**Dwayne L. Brown**
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To: P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail dbrown@dbrownatty.com

August 24, 2006

**VIA FACSIMILE ONLY (334) 956-7808**
Honorable Charles A. Stewart, III
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

RE: Terry G. Davis vs. R. Edmond Sprayberry, et al.
Civil Action No.: 2:05-cv-1235-T

Dear Chuck:

I am in receipt of your letter dated August 9, 2006 regarding your Notice of Deposition. Mr. Sabel is making a similar request of Plaintiff to which I have objections. However, for your deposition, I can agree to limit the request in time to January 1, 2002 through December 31, 2004. I do not distinguish, however, any invoice of documents based upon who paid for the service.

Please let me hear from you at your convenience.

Sincerely,

Dwayne Brown

DB/tw

cc: Dorman Walker, Esq. (via facsimile: 269-3115)
James DuBois, Esq. (via facsimile: 223-7418)
Michael J. Cohan, Esq. (via facsimile: 832-7419)
M. Wayne Sabel, Sr., Esq. (via facsimile: 277-2882)
Terry Davis, Esq. (via facsimile: 279-0362)
Ernestine Sapp, Esq. (via facsimile: 727-5877)



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 28, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

*Via Facsimile Transmission and U.S. Mail*
277-3613

Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
      *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

Just a short note to thank you for speaking with me regarding the notice of deposition that is attached to this letter. As I understand it, this notice was what I expected, a notice for my deposition. When I read the notice, it referred to "the deposition of defendant," but the time of the deposition corresponded with the date we agreed my deposition would take place. I suspected it was for me, but I wanted to clarify that fact.

Additionally, I appreciate your willingness to reexamine the notice. As I explained, the notice seeks correspondence between me and Mickey McInnish for nearly two years. This would include all communications between me and my client's contact person in all of the cases that I handed for them. Additionally, in those cases where there was insurance, the notice seeks communication with the insurance carrier on all cases. It is our position that the documents sought by this notice seek facially privileged information. Additionally, they seek information on all the cases I handled for the Montgomery Housing Authority during a two-year period.

As I explained in our phone conversation, I am perfectly willing to identify the rates that our firm charged on matters. I do not see that this type of evidence gets into privileged information, and I cannot for the life of me see how paragraphs one and two on my deposition notice are relevant to this inquiry.

I understand that you will be reexamining the notice, that you will talk with Terry Davis, and that you will not take the position that any objection or motion for a protective order, should either become necessary, will be untimely as we are still attempting to work out this difference of opinion. Accordingly, neither my client nor the firm will take any action with respect to the notice of deposition until we have heard from you after you have reexamined the notice and spoken with your client.

August 28, 2006
Page 2

    I appreciate your willingness to look at these issues and to attempt to work out our differences. I look forward to hearing from you.

                              Yours very truly,

                              Charles A. Stewart III

CAS/arm

cc:    Maricia Danielle Woodham
        Mark W. Sabel, Jr.
        M. Wayne Sabel, Sr.
        Dorman Walker
        James J. DuBois
        Angela R. Rogers, Esq.