**LAW OFFICE OF**
# Dwayne L. Brown
A PROFESSIONAL CORPORATION

5925 Carmichael Road, Suite C
Montgomery, Alabama 36117
Reply To:  P.O. Box 230205
Montgomery, Alabama 36123-0205
Phone (334) 277-3757
Fax (334) 277-3613
e-mail dbrown@dbrownatty.com

September 6, 2006

**VIA FACSIMILE ONLY (334) 956-7808**
Honorable Charles A. Stewart, III
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

RE:             Terry G. Davis vs. R. Edmond Sprayberry, et al.
Civil Action No.:   2:05-cv-1235-T

Dear Chuck:

In an effort to address your concerns, as expressed your letter dated August 9, 2006, I am willing to amend your notice of deposition on the following conditions:

1. That you provide me with all copies of invoices that you and any member of your firm submitted to the Housing Authority of the City of Montgomery (MHA), and the Housing Authority Insurance Group between January 1, 2004 and December 31, 2005.

I trust and hope that this proposal is acceptable.

Please let me hear from you in this regard.

Sincerely,

Dwayne Brown

DLB/trw

**EXHIBIT D**