

**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

September 8, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

*Via Facsimile Transmission and U.S. Mail*
*277-3613*

Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
      Middle District of Alabama, CV-05-1235-T

Dear Dwayne:

Thank you for your letter of September 6, 2006, as well as your willingness to work with us on this discovery dispute. I appreciate your effort to narrow your notice of deposition. I cannot agree to what you have proposed in your letter of September 6, but I have a recommendation which I believe should be acceptable to you and your client. We propose the following.

1. We will provide you with copies of all invoices that were submitted for payment on the City Council matter, whether those invoices were sent to the Montgomery Housing Authority or Housing Authority Insurance Group. We will provide these documents to you pursuant to a confidentiality agreement, restricting their use to the parties and the Court. I can provide you with a sample protective order.

2. Concerning other matters our firm handled for the MHA which were paid for by MHA, then we will provide a total number of hours as well as the hourly rate expended on these matters. In providing this information to you, I will be prepared to testify in my deposition about these matters, but I must respectfully decline to provide copies of invoices as the detail I use in preparing invoices would necessarily reveal attorney-client privileged information and work-product, as well as reveal trial strategy and the like. Because your client was not co-counsel on any of these matters, and I did not report to him on any of these matters, I do not believe that he is entitled to receive these.

3. We must respectfully decline to provide you with invoices to the Housing Authority Insurance Group for the reasons set forth in our prior correspondence regarding these documents. They are not relevant, as I was hired by the Housing Authority Insurance Group to defend the matters and defended them at a negotiated rate. The rate was negotiated with the Housing Authority Insurance Group, not MHA. Further, these invoices would reveal attorney-client privileged information and work-product. Further, these invoices deal with matters that are totally unrelated to this case or the City Council

**EXHIBIT E**

case. However, I will be prepared to testify in my deposition about the rates charged, as well as the attorneys who worked on these cases.

I hope that you will find this compromise acceptable. I look forward to hearing from you.

Yours very truly,

Charles A. Stewart III

CAS/arm

cc: Maricia Danielle Woodham
Mark W. Sabel, Jr.
M. Wayne Sabel, Sr.
Dorman Walker
James J. DuBois
Michael J. Cohan
Randall C. Morgan
Angela R. Rogers, Esq.