

**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

September 13, 2006

*Via Facsimile Transmission and U.S. Mail*

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

    Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
           *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

    Can you please let me know whether you and I have an agreement on the scope of my deposition set for September 20? I have attached another draft of my letter. I am beginning to feel a need to seek court relief if we do not have an agreement as the deposition is set for next week. I appreciate all your effort in attempting to work out this disagreement.

    I look forward to speaking with you.

                                  Yours very truly,

                                  Charles A. Stewart III

CAS/arm

cc:   Maricia Danielle Woodham, Esq.
       Mark W. Sabel, Jr., Esq.
       M. Wayne Sabel, Sr., Esq.
       Dorman Walker, Esq.
       James J. DuBois, Esq.
       Michael J. Cohan, Esq.
       Randall C. Morgan, Esq.
       Angela R. Rogers, Esq.

**EXHIBIT F**