**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TERRY G. DAVIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO.: 2:05 CV 1235 MHT |
| R. EDMOND SPRAYBERRY, et al., | ) ) ) |
|     Defendants. | ) |

**MOTION FOR PROTECTIVE ORDER AND
OBJECTION TO DOCUMENT REQUEST**

Charles A. Stewart III ("Stewart") and Bradley Arant Rose & White, LLP ("Bradley"), counsel for the Housing Authority of the City of Montgomery (the "Housing Authority"), move the Court for a Protective Order with respect to the Notice of Deposition served in this matter on or about July 24, 2006, and state as grounds the following:

    1.    Stewart is a licensed, practicing attorney in the State of Alabama and a partner in the Bradley Arant law firm. In his professional capacity, Stewart represents the Housing Authority in this and other matters.

    2.    Plaintiff has served a Notice of Deposition purporting to take the deposition of Stewart on September 20, 2006 (the "Notice of Deposition"). A true and accurate copy of the Notice of Deposition is attached hereto as Exhibit "A."

    3.    The Notice of Deposition contains a document request, purportedly pursuant to Federal Rule of Civil Procedure 30(b)(5).

4.     On July 10, 2006, the plaintiff served a subpoena on Stewart with a similar document request. That subpoena and the deposition called for by it was quashed by the Court on July 17, 2006 (Exhibit "B").

5.     The purported Rule 30(b)(5) document request contained in the Notice of Deposition asks for, among other things, "any and all correspondence, invoices for payment, emails, recommendations, memoranda, or written communication of any nature to the Housing Authority Insurance Group . . . as it relates to services rendered to the Housing Authority between January 1, 2004 and December 31, 2005". During the relevant time period, Stewart and Bradley Arant were actively involved in representing the Housing Authority in this and other matters in which insurance coverage or defense was provided by or through the Housing Authority Insurance Group.

6.     The document requests contained in the Notice of Deposition impermissibly call for the production of documents and other materials which are privileged and not discoverable pursuant to the attorney-client privilege or work-product doctrines.

7.     The purported Rule 30(b)(5) document requests contained in the Notice for Deposition also call for documents and other materials which have no bearing on the issues involved in this matter, are not discoverable in this action, are not likely to lead to the discovery of evidence which would be admissible in this action, and are overly broad and unduly burdensome.

8.     Stewart, as counsel for the Housing Authority and on behalf of himself and Bradley Arant, has attempted to resolve the dispute regarding the scope of the document requests in the Notice of Deposition through consultation with plaintiff's counsel. See Exhibit "C." These efforts have resulted in plaintiff's counsel limiting his original requests. See Exhibit "D."

9. Notwithstanding plaintiff's counsel' agreement to limit the original requests to invoices for legal services submitted by Bradley Arant to the Housing Authority, the requests still call for information which constitutes attorney-client communications and attorney work-product. In addition, the requests, as limited, are still overly broad and call for information which is not relevant to the issues involved in this action or likely to lead to the discovery of evidence admissible in this action. As a result, Stewart wrote Plaintiff's counsel on September 8, 2006, and September 13, 2006, in an effort to resolve this dispute without Court intervention. Both of these letters (Exhibits "E" and "F") have gone unanswered. Thus, it has become necessary to involve the Court.

10. In addition, the provisions for production of documents provided in Rule 30(b)(5) apply only to parties, and is not the proper mechanism for a document request directed to non-parties such as Stewart and Bradley Arant.

WHEREFORE, premises considered, Stewart and Bradley Arant move the Court for a Protective Order providing that Stewart and Bradley Arant have no obligation to produce documents or testimony which are privileged pursuant to the attorney-client privilege, work-product doctrine, or to produce documents which have to do with unrelated matters beyond the scope of discovery as provided for by Rule 26. To the extent, if any, required by the Rules of Civil Procedure, Bradley Arant and Stewart also object to the document requests at issue on the grounds stated above.

    Respectfully submitted,

By: s/Philip J. Carroll III
    Philip J. Carroll III (CAR076)
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL  35203-2104
    (205) 521-8000 - Telephone
    (205) 521-8800 – Facsimile

Email: pcarroll@bradleyarant.com
**As Attorney for Charles A. Stewart III and
Bradley Arant Rose & White LLP**

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Cohan, Esq.
Randall C. Morgan, Esq.
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Email: mcohan@hillhillcarter.com
Email: rmorgan@hillhillcarter.com

Dwayne Brown, Esq.
LAW OFFICE OF DWAYNE L. BROWN, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Email: dbrown@dbrownatty.com

Ernestine S. sapp
Gray, Langford, Sapp, McGowan, Gray & Nathanson
Post Office Box 830239
Tuskegee, AL
Email: esapp@glsmgn.com

M. Wayne Sabel, Esq.
SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Email: mwsabl@mindspring.com

Dorman Walker, Esq.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Email: dwalker@balch.com

Maricia Danielle Woodham, Esq.
Mark W. Sabel, Jr., Esq.
M. Wayne Sabel, Sr., Esq.
SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106
Email:  mwoodham@sabellaw.com

James J. DuBois, Esq.
U.S. ATTORNEY'S OFFICE
P. O. Box 197
Montgomery, Alabama 36101
Email:  james.dubois2@usdoj.gov

                                              s/ Charles A. Stewart III
                                              Charles A. Stewart III (STE067)
                                              Bradley Arant Rose & White LLP
                                              The Alabama Center for Commerce
                                              401 Adams Avenue, Suite 780
                                              Montgomery, AL 36104
                                              Telephone: (334) 956-7700
                                              Facsimile: (334) 956-7701
                                              E-mail: cstewart@bradleyarant.com