IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:05-CV-1235-MHT-DRB |
| v. | ) | |
| | ) | |
| R. EDMOND SPRAYBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon review of the *Motion for Protective Order and Objection to Document Request* (Doc. 73, September 14, 2006), filed by Charles A. Stewart, III, Esq. and Bradley Arant Rose & White, LLP, counsel for the Housing Authority of the City of Montgomery, it is

**ORDERED** that **Plaintiff show any cause on or before September 18, 2006**, why this Motion for Protective Order should not be granted.   Pending a ruling on the *Motion*,  compliance with the Rule 30(b)(5) request in controversy is STAYED.

DONE this 15th day of September, 2006

/s/ Delores R. Boyd
**DELORES R. BOYD**
**UNITED STATES MAGISTRATE JUDGE**