IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
|     Plaintiff, | ) |
| vs. | )    CASE NO.: 2:05-CV-1235 MHT |
| R. EDMOND SPRAYBERRY; <br> C. MICHAEL McINNISH; <br> LU AN LONG, Individually and in <br> Her Capacity as Commissioner of the <br> Housing Authority of the City of <br> Montgomery, Alabama; and THE <br> HOUSING AUTHORITY OF THE <br> CITY OF MONTGOMERY, ALABAMA, | ) |
|     Defendants. | ) |

**EMERGENCY REQUEST FOR HEARING
ON DEFENDANT'S PROTECTIVE ORDER**

COMES NOW the plaintiff, by and through his attorney of record, and moves this Court for an emergency hearing on the Protective Order filed by Defendant Housing Authority of the City of Montgomery pertaining to the long scheduled (served July 24, 2006) deposition with request of documents to Charles A. Stewart III and Bradley, Arant, Rose and White, LLP. The documents requested are crucial to the development of the plaintiff's discrimination case.

Plaintiff counsel has worked diligently with defendant's counsel to avoid court intervention. The efforts resulted in plaintiff's counsel limiting or narrowing his original requests for production. The said deposition is set for Wednesday, September 20, 2006.

To show these continuing efforts, attached as Exhibit "A" is a copy of Plaintiff's counsel's most recent response.

WHEREFORE, Premises Considered, plaintiff moves this Honorable Court for an emergency hearing on the Motion for Protective Order.

                                                          Respectfully submitted,
/s/ Ernestine S. Sapp
Ernestine S. Sapp – SAP 004

OF COUNSEL:
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
Telephone (334) 727-4830
Fax: (334) 727-5877

One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing **Emergency Request for Hearing on Defendant's Protective Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

                                                          Respectfully submitted,
/s/ Ernestine S. Sapp
E-Mail: esapp@glsmgn.com