**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 15, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Terry G. Davis vs. R. Edmond Sprayberry; et al.

Case Number:   2:05cv1235-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 73  filed on September 14, 2006.**