IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to strike (doc. no. 68) is set for submission, without oral argument, on September 19, 2006, with all briefs due by said date.

DONE, this the 15th day of September, 2006.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE