IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )CIVIL ACTION NO. 2:05-cv-1235-MHT |
| | ) |
| **R. EDMOND SPRAYBERRY, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**DEFENDANT MCINNISH'S RESPONSE TO EMERGENCY
REQUEST FOR HEARING ON DEFENDANT'S PROTECTIVE ORDER**

    COMES NOW Defendant C. Michael McInnish and requests that any hearing set in this matter be scheduled for a day other than September 18 or September 19, 2006. Counsel for the Parties have had a difficult time getting together on deposition dates. Scheduling was finally confirmed in the conference room of the Magistrate Judge. On September 18, the Plaintiff will depose Defendant McInnish and on September 19, Defendants will depose Plaintiff. The parties agreed that these depositions would be taken consecutively. Preparation for these depositions require considerable time and expense. Any postponement would require duplication of preparation efforts. Further, these two depositions must be taken before the parties can take the remaining scheduled depositions.

    WHEREFORE, Defendant McInnish moves this Honorable Court to set the hearing in this matter, if any, on a day other than September 18 or September 19, 2006.

\s\ M. Wayne Sabel_____
M. Wayne Sabel (SAB002)
One of the Attorneys for Defendant McInnish

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:   (334) 271-2770
Facsimile:   (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by facsimile and by placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 15th day of September, 2006 upon to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205
E-Mail:  dbrown@dbrownatty.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Email:  dwalker@balch.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
E-Mail:  cstewart@bradleyarant.com
         arogers@bradleyarant.com

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101

E-Mail:  mcohan@hillhillcarter.com

Leura Garrett Canary
James DuBois
U. S. Attorney's Office
One Court Square
Room 201
Montgomery, AL 36104
E-Mail:  Leura.canary@usdoj.gov
         James.dubois2@usdoj.gov

Philip J. Carroll III
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
E-Mail:  PCarroll@bradleyarant.com

Ernesting S. Sapp
Gray, Langford, Sapp, McGowan, Gray and Nathanson
P.O. Box 830239
Tuskegee, AL
E-Mail:  esapp@glsmgn.com


                                        \s\ M. Wayne Sabel_____
                                        M. Wayne Sabel