IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,            )<br>                            )<br>    Plaintiff,              )<br>                            )         2:05-CV-1235-MHT-DRB<br>v.                          )<br>                            )<br>R. EDMOND SPRAYBERRY, et al., )<br>                            )<br>    Defendants.             ) | |

**ORDER**

It is **ORDERED** that Plaintiff's *Emergency Request for Hearing on Defendant's Protective Order* (Doc. 75, filed September 15, 2006), construed as a *Motion*, is hereby GRANTED. A hearing is set at **4:00 p.m. on September 18, 2006**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

To expedite a ruling by the court on Defendant's *Motion for Protective Order*, filed September 14, 2006 (Doc. 73), Plaintiff is instructed to comply with the Order (Doc. 74, filed September 15, 2006), requiring the filing of a show-cause response by September 18, 2006.

Done this 15th day of September, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE