IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,  )  <br>*Plaintiff,*  )  <br>)  <br>v.  )  <br>)  <br>R. EDMOND SPRAYBERRY, et al.,  )  <br>*Defendants.*  )  | 2:05-CV-1235-MHT-DRB |

## ORDER

Prior to notice of *Defendant McInnish's Response to Emergency Request for Hearing* on Defendant's Motion for Protective Order (Doc. 79, Sept. 15, 2006), the court reviewed Plaintiff's *Emergency Request for Hearing on Defendant's Protective Order* (Doc. 75, Sept. 15, 2006), and filed an order scheduling the requested hearing at **4:00 p.m. on September 18, 2006 (Doc. 80).**

Defendant McInnish requests a setting of the hearing on a day other than September 18 or September 19 because of previously scheduled depositions herein. The matter in controversy, however, requires resolution prior to a deposition scheduled on December 20. Because the undersigned will not be in chambers at all on September 20, 21, or 22, the parties may choose (a) to resolve this matter without court intervention, (b) to submit the matter on written submissions by September 18, (c) to stay the matter pending a rescheduled hearing on September 26, September 28, or sometime in October, or (d) to proceed with the scheduled hearing as it is the only available time for the court's hearing and decision prior to September 20.

Done this 15th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE