IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 2:05-CV-1235 MHT |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
| Defendants. | ) |

**VOLUNTARY DISMISSAL OF COUNTS 1 AND 3
AGAINST DEFENDANT SPRAYBERY**

COMES NOW the Plaintiff, by and through his attorneys of record and voluntarily dismisses without prejudice, his claim of breach of contract and conspiracy under the Federal Tort Claims Act against Defendant R. Edmond Sprayberry on the grounds that they are premature as the administrative exhaustion requirement under 28 U.S.C. §2675 (a) has not been satisfied.  Further, these claims were inadvertently or mistakenly included in both the first amended and second proposed amended complaints.

WHEREFORE premises considered, Plaintiff prays that his first and third cause of action in his amended complaint be dismissed without prejudice.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| GRAY, LANGFORD, SAPP, | /s/ Ernestine S. Sapp |
| McGOWAN, GRAY & NATHANSON | Ernestine S. Sapp – SAP 004 |
| P.O. Box 830239 | |
| Tuskegee, AL  36083-0239 | One of the Attorneys for Plaintiff |
| Telephone:  (334) 727-4830 | |
| Fax:  (334) 727-5877 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2006, I electronically filed the foregoing **Voluntary Dismissal of Counts 1 and 3 Against Defendant Sprayberry** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

                                  Respectfully submitted,
                                  /s/ Ernestine S. Sapp
                                  E-Mail:  esapp@glsmgn.com