IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| vs. ) | CASE NO.:  2:05-CV-1235 MHT |
| ) | |
| **R. EDMOND SPRAYBERRY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S  SHOW CAUSE RESPONSE TO CHARLES A. STEWART, III
MOTION AND OBJECTION TO DOCUMENT REQUEST**

COMES NOW, Plaintiff Terry G. Davis, by and through his attorneys of record, and responds to the Motion for Protective Order and Objection to Document Request (Doc. 73, September 14, 2006) filed by Charles A. Stewart, III and Bradley, Arant Rose & White, LLP, counsel for the Housing Authority of the City of Montgomery as follows:

1.     Plaintiff Davis, an African-American lawyer, was hired by Defendant Housing Authority of the City of Montgomery (MHA), as its General Counsel in 2002. He was the first black hired in this position.

2.     Defendant McInnish, a White citizen was the local Executive Director of the MHA.  On information and belief, instead of giving the legal work to Mr. Davis, the General Counsel, he assigned the bulk of MHA's work to white lawyers, including Charles A. Stewart and Bradley, Arant, Rose and White LLP.  This is one of the Plaintiff's allegations of discrimination in this assignment of work.

3.     It is generally understood and the Court is asked to take judicial notice that a General Counsel would normally provide all or be involved in all legal services

required by the agency (Housing Authority) he is hired to represent, including but not limited, to daily advise on legal matters, be knowledgeable of all legal matters concerning the agency; compliance with federal, state and local laws, contract matters, employment matters, landlord/tenant matters, personal injuries, civil litigation involving the Housing Authority and receive the reports of others assigned legal work.

    4.    Therefore, it is crucial to see the invoice on non-litigated matters of Charles A. Stewart, III and Bradley, Arant, Rose & White LLP to identify the kinds of matters they were asked to handle for the MHA and those invoices prepared for the Housing Authority Insurance Group. Additionally, Plaintiff has alleged a higher rate of pay for White attorneys for similar work by some with less experience. The parties have agreed to keep these invoices confidential.

    5.    Charles Stewart has admitted in his letter dated September 8, 2006 to Plaintiff's Counsel that:

    (a)    That Mr. Davis was not co-counsel on any of the matters that Stewart handled.

    (b)    Although Mr. Davis was General Counsel, Stewart did not report to him on any of these matters.

    (c)    Stewart assigned work on cases to other attorneys.

See attached letter marked as Exhibit "A" and made a part herein.

    6.    Charles Stewart's letter dated August 9, 2006 admits that he has worked on the following types of matters or MHA: employment claims, personal injury claims, lead poisoning claims and a utility allowance case. Plaintiff submits that these are the kinds of matters he should have been handling as General Counsel, but for the racial discrimination. See attached letters marked as Exhibit "B", and made a part herein.

7.      Further, Plaintiff Davis shows the Court the request for legal representation of the MHA and Plaintiff Davis's response to the request plus contract. See attached as Exhibit "C" said documents which are made a part herein.

WHEREFORE, premises considered Plaintiff prays that you will require Charles A. Stewart, III and Bradley, Arant, Rose & White, LLP to produce the requested document on or before September 20, 2006.

| | |
|---|---|
| **OF COUNSEL:**<br>GRAY, LANGFORD, SAPP,<br>McGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, Alabama  36083-0239<br>Telephone:  (334) 727-4830<br>Fax:  (334) 727-5877 | Respectfully submitted,<br>/s/ Ernestine S. Sapp<br>Ernestine S. Sapp – SAP 004<br><br>One of the Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

/s/ Ernestine S. Sapp
**OF COUNSEL**