IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO.: 2:05-CV-1235 MHT |
| ) | |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SHOW CAUSE RESPONSE TO CHARLES A. STEWART, III
MOTION AND OBJECTION TO DOCUMENT REQUEST**

COMES NOW, Plaintiff Terry G. Davis, by and through his attorneys of record, and responds to the Motion for Protective Order and Objection to Document Request (Doc. 73, September 14, 2006) filed by Charles A. Stewart, III and Bradley, Arant Rose & White, LLP, counsel for the Housing Authority of the City of Montgomery as follows:

1.  Plaintiff Davis, an African-American lawyer, was hired by Defendant Housing Authority of the City of Montgomery (MHA), as its General Counsel in 2002. He was the first black hired in this position.

2.  Defendant McInnish, a White citizen was the local Executive Director of the MHA. On information and belief, instead of giving the legal work to Mr. Davis, the General Counsel, he assigned the bulk of MHA's work to white lawyers, including Charles A. Stewart and Bradley, Arant, Rose and White LLP. This is one of the Plaintiff's allegations of discrimination in this assignment of work.

3.  It is generally understood and the Court is asked to take judicial notice that a General Counsel would normally provide all or be involved in all legal services

required by the agency (Housing Authority) he is hired to represent, including but not limited, to daily advise on legal matters, be knowledgeable of all legal matters concerning the agency; compliance with federal, state and local laws, contract matters, employment matters, landlord/tenant matters, personal injuries, civil litigation involving the Housing Authority and receive the reports of others assigned legal work.

4. Therefore, it is crucial to see the invoice on non-litigated matters of Charles A. Stewart, III and Bradley, Arant, Rose & White LLP to identify the kinds of matters they were asked to handle for the MHA and those invoices prepared for the Housing Authority Insurance Group. Additionally, Plaintiff has alleged a higher rate of pay for White attorneys for similar work by some with less experience. The parties have agreed to keep these invoices confidential.

5. Charles Stewart has admitted in his letter dated September 8, 2006 to Plaintiff's Counsel that:

(a) That Mr. Davis was not co-counsel on any of the matters that Stewart handled.

(b) Although Mr. Davis was General Counsel, Stewart did not report to him on any of these matters.

(c) Stewart assigned work on cases to other attorneys.

See attached letter marked as Exhibit "A" and made a part herein.

6. Charles Stewart's letter dated August 9, 2006 admits that he has worked on the following types of matters or MHA: employment claims, personal injury claims, lead poisoning claims and a utility allowance case. Plaintiff submits that these are the kinds of matters he should have been handling as General Counsel, but for the racial discrimination. See attached letters marked as Exhibit "B", and made a part herein.

7. Further, Plaintiff Davis shows the Court the request for legal representation of the MHA and Plaintiff Davis's response to the request plus contract. See attached as Exhibit "C" said documents which are made a part herein.

WHEREFORE, premises considered Plaintiff prays that you will require Charles A. Stewart, III and Bradley, Arant, Rose & White, LLP to produce the requested document on or before September 20, 2006.

| | |
|---|---|
| **OF COUNSEL:**<br>GRAY, LANGFORD, SAPP,<br>McGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, Alabama 36083-0239<br>Telephone: (334) 727-4830<br>Fax: (334) 727-5877 | Respectfully submitted,<br>/s/ Ernestine S. Sapp<br>Ernestine S. Sapp – SAP 004<br><br>One of the Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

/s/ Ernestine S. Sapp
**OF COUNSEL**

4

# Bradley Arant

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

September 8, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

*Via Facsimile Transmission and U.S. Mail*
*277-3613*

Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
      *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

Thank you for your letter of September 6, 2006, as well as your willingness to work with us on this discovery dispute. I appreciate your effort to narrow your notice of deposition. I cannot agree to what you have proposed in your letter of September 6, but I have a recommendation which I believe should be acceptable to you and your client. We propose the following.

1. We will provide you with copies of all invoices that were submitted for payment on the City Council matter, whether those invoices were sent to the Montgomery Housing Authority or Housing Authority Insurance Group. We will provide these documents to you pursuant to a confidentiality agreement, restricting their use to the parties and the Court. I can provide you with a sample protective order.

2. Concerning other matters our firm handled for the MHA which were paid for by MHA, then we will provide a total number of hours as well as the hourly rate expended on these matters. In providing this information to you, I will be prepared to testify in my deposition about these matters, but I must respectfully decline to provide copies of invoices as the detail I use in preparing invoices would necessarily reveal attorney-client privileged information and work-product, as well as reveal trial strategy and the like. Because your client was not co-counsel on any of these matters, and I did not report to him on any of these matters, I do not believe that he is entitled to receive these.

3. We must respectfully decline to provide you with invoices to the Housing Authority Insurance Group for the reasons set forth in our prior correspondence regarding these documents. They are not relevant, as I was hired by the Housing Authority Insurance Group to defend the matters and defended them at a negotiated rate. The rate was negotiated with the Housing Authority Insurance Group, not MHA. Further, these invoices would reveal attorney-client privileged information and work-product. Further, these invoices deal with matters that are totally unrelated to this case or the City Council

BIRMINGHAM    CHARLOTTE    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC

EXHIBIT "A"



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 9, 2006

Dwayne L. Brown, Esq.
Post Office Box 230205
Montgomery, AL 36123-0205

Re:   *Terry G. Davis v. R. Edmond Sprayberry, et al.*
      *Middle District of Alabama, CV-05-1235-T*

Dear Dwayne:

In looking at the deposition notice that you sent in this case, I am overwhelmed by the amount of material you are asking for. While I was paid by Montgomery Housing Authority, I also did work for the insurance carrier. During the time period you set forth in your notice, I worked on lead poisoning claims, employment claims, personal injury claims, and a utility allowance case. If you will narrow your request to what you are looking for, then I will see whether your request seeks a reasonable response. As phrased, however, it seeks information which is not relevant, overly broad, unduly burdensome, incapable of a reasonable response, and may call for the production of materials which are protected by the attorney-client privilege or work-product doctrine. Please consider narrowing your request so it is not necessary to file a motion with the court.

I appreciate your attention to this matter.

Yours very truly,

Charles A. Stewart III

CAS/arm
cc:   Angela R. Rogers, Esq.

BIRMINGHAM     CHARLOTTE     HUNTSVILLE     JACKSON     MONTGOMERY     WASHINGTON, DC

EXHIBIT "B"

# The Housing Authority of the City of Montgomery, Alabama

BOARD MEMBERS
CLIFFORD HOLMES
Chairman
RICHARD N. BOLLINGER
Vice-Chairman
JOHN F. KNIGHT, Jr.
ANNIE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

**REQUEST FOR PROPOSAL**
**LEGAL REPRESENTATION**
**FOR THE**
**MONTGOMERY HOUSING AUTHORITY (HA)**
Date: October 7, 2002

Section A.    Advertisement

The HA hereby requests proposals from qualified Legal Firms to provide legal representation and represent the HA BOARD OF COMMISSIONERS in legal matters.

Section B.    Proposal Submission Time and Place

One signed original and two copies of the proposal must be submitted to the Montgomery Housing Authority, 1020 Bell Street, Montgomery, Alabama 36104 be received no later than 3:00 P.M. (local time) on October 31, 2002. The envelope must have the following notation on the bottom left hand corner of the proposal, "Proposal for Legal Representation Enclosed." The proposals will be evaluated based on the "Competitive Proposal" criteria established in this document and points assigned as indicated in Section F below. Proposals received after this date and time will not be accepted. Facsimile Copies will not be accepted! All proposals will become property of the housing authority upon submission.

Section C.    Detailed Proposal

Interested firms must submit a detailed proposal which includes:

1.    Description of services to be provided and method of providing services,

2.    Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable



EXHIBIT "C"

   Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.

3. Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.

4. Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.

5. Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)

Note: The information specified above (items 1 through 5) must be included in the detailed proposal and in the order specified above. Legal firms that do not submit the required information will be eliminated from considerations.

Section D.  <u>Estimated Hours Required to Provide Legal Representation of the HA.</u>

The Board of Commissioners meets at least once monthly. Some committee meetings are also held which may require assistance of counsel. Estimated time would be four to eight hours per month. The monthly retainer and/or hourly fee to be charged should be based on this total.

Section E.  <u>Monthly Retainer</u>

Legal Firms must quote the monthly retainer and/or other fees, including an hourly charge that will be charged the HA to provide the representation outlined in the RFP.

Section F.  <u>Competitive Proposal Evaluation Factors</u>

The HA will use the following "Competitive Proposal" criteria to evaluate the proposals:

1. Evidence of the Legal Firms ability to perform the legal representation outlined in Section C 1 - 5 above. Knowledge and experience of Robert's Rules of Order and Board meeting legal experience will be heavily weighed.

    **MAXIMUM POINTS ASSIGNED   35**

2. Availability to provide representation outlined in Section C.

    **MAXIMUM POINTS ASSIGNED   15**

3. Monthly Retainer and other fees described in C - 5: The Legal firm that submits the lowest fee schedule will receive 5 points. The second lowest will receive less than 5 points and etc. The HA will utilize Section E to assign points to this factor.

   **MAXIMUM POINTS ASSIGNED      5**

4. This attorney has successfully worked with a governmental agency and/or HUD related HA and staff in the past. More weight will be given to the HUD experience.

   **MAXIMUM POINTS ASSIGNED      20**

Section G.    Interviews (Only Applicable if HA selects two-step process)

The HA may use the interview process and/or may request a final and best offer be submitted, in writing, if more than one proposal fall within the competitive range for this proposal.

Section H.    Term of the Contract

The term of the contract will be from the date of awarding the contract until December 23, 2002. The HA and successful Legal firm will execute the enclosed "ATTORNEY EMPLOYMENT AGREEMENT"

Section I.    Special Notice

The HA specifically reserves the right to reject any and all proposals, to waive technicalities, to award the contract in the best interest of the HA.

The Montgomery Housing Authority

_____    10/7/02
**Executive Director   -    Date**

Law Offices<br>
**Davis & Hatcher, L.L.C.**<br>
ATTORNEYS AND COUNSELORS<br>
P.O. Box 230907<br>
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

**RESPONSE TO THE
REQUEST FOR PROPOSAL
LEGAL REPRESENTATION FOR THE
MONTGOMERY HOUSING AUTHORITY BOARD OF COMMISSIONERS (HA)**

Date Submitted: October 31, 2002

The firm of Davis & Hatcher, L.L.C., is pleased to submit the following proposal in response to the RFP dated October 7, 2002:

1. **Description of services to be provided and method of providing services.**

**Response:** The law firm of Davis & Hatcher, L.L.C., more specifically, managing partner Terry G. Davis will provide legal representation and represent the Montgomery Housing Authority Board of Commissioners at its monthly meetings and in all other legal matters as the Board may determine.

2. **Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.**

**Response:** The Firm has considerable experience in Landlord-tenant relations and has a general familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law and applicable Federal Regulations. The Firm regularly utilizes and interprets the Code of Federal Regulations in other areas involving questions of Federal Law.

Lead counsel in providing services will be Terry G. Davis. An Associate, Afrika C. Parchman may also provide services and research. Both are members of the Alabama State Bar and are in good standing in state and federal courts.

3. **Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.**

**Response:** Lead counsel in providing services to the staff and the Executive Director will be Terry G. Davis. He will have overall responsibility for all work assigned. Mr. Davis has twenty-one (21) years of experience in the practice of law, most of which has been in the areas designated in response #4 below. Some work may be assigned to Afrika Parchman, an associate who has been in practice and with the Firm for two (2) years. The Résumé of both are attached.

61 Marietta Street, N.W.
Suite 1060
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

4. **Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.**

**Response:** The Firm has strong experience in employer-employee relations, including Equal Employment Opportunity, workers' compensation laws, FMLA, ADA, employment law, Wage and Hour law, personnel policy and administration, and other related areas. The Firm has extensive experience in representing state and local governmental agencies, wherein these laws have been relied upon. The Firm also has a general familiarity with OSHA Regulations. Past and current governmental clients and Boards includes State of Alabama, Alabama Department of Human Resources, Alabama Department of Public Health (Administrative Law Judge), Alabama State University, City of Montgomery, and Montgomery County Board of Education.

The Firm has considerable experience in landlord-tenant, real estate and housing related issues, including insurance coverage. Over the past fifteen (15) years the Firm has regularly, drafted, negotiated and litigated issues regarding landlord-tenant in real estate matters on behalf of its governmental clients. The Firm has a familiarity with insurance coverage and has broad research abilities and experience regarding general legal issues which arise in the course of representation. The Firm has been regularly called upon to address these type of issues which arose during acquisition of large amounts of property by some of its governmental clients.

Lead counsel, Terry G. Davis is a former real estate broker and is chairman of the risk management committee of the Board of Directors of a national insurance company which regularly addresses insurance coverage issues.

5. **Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)**

**Response:**
| | |
|---|---|
| Terry G. Davis | $185.00 per hour (In-court $195.00 per hour) |
| Afrika Parchman | $150.00 per hour (In-court $160.00 per hour) |
| Monthly Retainer | $1,500.00 |

Hourly rate and monthly retainer are negotiable.

Terry G. Davis
Davis & Hatcher, L.L.C.

# The Housing Authority of the City of Montgomery, Alabama

MEMBERS OF AUTHORITY
JOHN F. KNIGHT, JR.
Chairman
ANNIE B. UPCHURCH
Vice-Chairman
RON DRINKARD
CLIFFORD HOLMES
THOMAS TAYLOR
RICHARD N. BOLLINGER
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

INTERIM EXECUTIVE DIRECTOR
C. MICHAEL MCINNISH

RECEIVED

FEB 26 2003

Per..............

February 20, 2003

Terry G. Davis, Esq.
Attorney-At-Law
Davis & Hatcher, L.L.C.
P.O. Box 23097
Montgomery, Alabama 36123-0907

Dear Mr. Davis:

The Board of Commissioners of the Montgomery Housing Authority approved the award of a contract to your Law Firm to provide legal representation and to represent the Montgomery Housing Authority Board of Commissioners in legal matters.

As such, enclosed please find two originals of the Attorney Employment Agreement drawn up for your signature. Please sign and return to me for completion. One original will be mailed back to you for your records.

If you should have any comments or questions please call me at 334 206-7187 or email me at mcinnish@hotmail.com.

Sincerely,

C. Michael McInnish
Executive Director

ENCLOSURE



STATE OF ALABAMA
COUNTY OF MONTGOMERY

## ATTORNEY EMPLOYMENT AGREEMENT

This agreement made and entered into and between the MONTGOMERY HOUSING AUTHORITY (HA) and DAVIS & HATCHER, L.L.C., which is a firm of attorneys located at Montgomery, Alabama, hereinafter referred to as Attorney.

The Attorney and the HA agree as follows:

1. The HA agrees to employ the Attorney, and the Attorney agrees to perform legal representation for the HA beginning January 6, 2003 through January 5, 2005. This agreement may be terminated by the HA and/or the Attorney upon written notice of ninety (90) days or more. If the agreement is terminated, the HA must solicit bids to procure legal representation.

2. The general nature of the representation to be performed by the Attorney for the HA were outlined in your response dated October 31, 2002 to the Request For Proposal (RFP) dated October 7, 2002, as attached hereto.

3. The HA will pay the Attorney as compensation for their services according to the following schedule:

    $1,000.00 per month as a retainer plus reasonable actual expenses incurred.

4. Any services rendered in excess of three hours per month shall be billed at $175.00 per hour.

5. The agreement is subject to review and approval by the U. S. Department of Housing and Urban Development.

In witness whereof, the parties have caused this Agreement to be executed on this the eighteenth day of February, 2003.

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA

BY: _____
         Executive Director

DAVIS & HATCHER, L.L.C.

BY: _____
         Attorney Representative

# The Housing Authority of the City of Montgomery, Alabama

**BOARD MEMBERS**
CLIFFORD HOLMES
Chairman
RICHARD N. BOLLINGER
Vice-Chairman
JOHN F. KNIGHT, Jr.
ANNIE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3058

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

### REQUEST FOR PROPOSAL
### LEGAL REPRESENTATION
### FOR THE
### MONTGOMERY HOUSING AUTHORITY (HA)
### Date: October 7, 2002

Section A.    Advertisement

The HA hereby requests proposals from qualified Legal Firms to provide legal representation and represent the HA BOARD OF COMMISSIONERS in legal matters.

Section B.    Proposal Submission Time and Place

One signed original and two copies of the proposal must be submitted to the Montgomery Housing Authority, 1020 Bell Street, Montgomery, Alabama 36104 be received no later than 3:00 P.M. (local time) on October 31, 2002. The envelope must have the following notation on the bottom left hand corner of the proposal, "Proposal for Legal Representation Enclosed." The proposals will be evaluated based on the "Competitive Proposal" criteria established in this document and points assigned as indicated in Section F below. Proposals received after this date and time will not be accepted. Facsimile Copies will not be accepted! All proposals will become property of the housing authority upon submission.

Section C.    Detailed Proposal

Interested firms must submit a detailed proposal which includes:

1. Description of services to be provided and method of providing services,

2. Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable



    Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.

3. Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.

4. Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.

5. Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)

**Note: The information specified above (items 1 through 5) must be included in the detailed proposal and in the order specified above. Legal firms that do not submit the required information will be eliminated from considerations.**

Section D. <u>Estimated Hours Required to Provide Legal Representation of the HA.</u>

The Board of Commissioners meets at least once monthly. Some committee meetings are also held which may require assistance of counsel. Estimated time would be four to eight hours per month. The monthly retainer and/or hourly fee to be charged should be based on this total.

Section E. <u>Monthly Retainer</u>

Legal Firms must quote the monthly retainer and/or other fees, including an hourly charge that will be charged the HA to provide the representation outlined in the RFP.

Section F. <u>Competitive Proposal Evaluation Factors</u>

The HA will use the following "Competitive Proposal" criteria to evaluate the proposals:

1. Evidence of the Legal Firms ability to perform the legal representation outlined in Section C 1 - 5 above. Knowledge and experience of Robert's Rules of Order and Board meeting legal experience will be heavily weighed.

    **MAXIMUM POINTS ASSIGNED  35**

2. Availability to provide representation outlined in Section C.

    **MAXIMUM POINTS ASSIGNED  15**

3. Monthly Retainer and other fees described in C - 5: The Legal firm that submits the lowest fee schedule will receive 5 points. The second lowest will receive less than 5 points and etc. The HA will utilize Section E to assign points to this factor.

   **MAXIMUM POINTS ASSIGNED        5**

4. This attorney has successfully worked with a governmental agency and/or HUD related HA and staff in the past. More weight will be given to the HUD experience.

   **MAXIMUM POINTS ASSIGNED        20**

Section G.    Interviews (Only Applicable if HA selects two-step process)

The HA may use the interview process and/or may request a final and best offer be submitted, in writing, if more than one proposal fall within the competitive range for this proposal.

Section H.    Term of the Contract

The term of the contract will be from the date of awarding the contract until December 23, 2002. The HA and successful Legal firm will execute the enclosed "ATTORNEY EMPLOYMENT AGREEMENT"

Section I.    Special Notice

The HA specifically reserves the right to reject any and all proposals, to waive technicalities, to award the contract in the best interest of the HA.
The Montgomery Housing Authority

_____    10/7/02
**Executive Director  -     Date**

Law Offices
# Davis & Hatcher, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

**RESPONSE TO THE
REQUEST FOR PROPOSAL
LEGAL REPRESENTATION FOR THE
MONTGOMERY HOUSING AUTHORITY BOARD OF COMMISSIONERS (HA)**

Date Submitted: October 31, 2002

The firm of Davis & Hatcher, L.L.C., is pleased to submit the following proposal in response to the RFP dated October 7, 2002:

1. **Description of services to be provided and method of providing services.**

**Response:** The law firm of Davis & Hatcher, L.L.C., more specifically, managing partner Terry G. Davis will provide legal representation and represent the Montgomery Housing Authority Board of Commissioners at its monthly meetings and in all other legal matters as the Board may determine.

2. **Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.**

**Response:** The Firm has considerable experience in Landlord-tenant relations and has a general familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law and applicable Federal Regulations. The Firm regularly utilizes and interprets the Code of Federal Regulations in other areas involving questions of Federal Law.

Lead counsel in providing services will be Terry G. Davis. An Associate, Afrika C. Parchman may also provide services and research. Both are members of the Alabama State Bar and are in good standing in state and federal courts.

3. **Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.**

**Response:** Lead counsel in providing services to the staff and the Executive Director will be Terry G. Davis. He will have overall responsibility for all work assigned. Mr. Davis has twenty-one (21) years of experience in the practice of law, most of which has been in the areas designated in response #4 below. Some work may be assigned to Afrika Parchman, an associate who has been in practice and with the Firm for two (2) years. The Résumé of both are attached.

61 Marietta Street, N.W.
Suite 1060
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

4. **Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.**

**Response:** The Firm has strong experience in employer-employee relations, including Equal Employment Opportunity, workers' compensation laws, FMLA, ADA, employment law, Wage and Hour law, personnel policy and administration, and other related areas. The Firm has extensive experience in representing state and local governmental agencies, wherein these laws have been relied upon. The Firm also has a general familiarity with OSHA Regulations. Past and current governmental clients and Boards includes State of Alabama, Alabama Department of Human Resources, Alabama Department of Public Health (Administrative Law Judge), Alabama State University, City of Montgomery, and Montgomery County Board of Education.

The Firm has considerable experience in landlord-tenant, real estate and housing related issues, including insurance coverage. Over the past fifteen (15) years the Firm has regularly, drafted, negotiated and litigated issues regarding landlord-tenant in real estate matters on behalf of its governmental clients. The Firm has a familiarity with insurance coverage and has broad research abilities and experience regarding general legal issues which arise in the course of representation. The Firm has been regularly called upon to address these type of issues which arose during acquisition of large amounts of property by some of its governmental clients.

Lead counsel, Terry G. Davis is a former real estate broker and is chairman of the risk management committee of the Board of Directors of a national insurance company which regularly addresses insurance coverage issues.

5. **Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)**

**Response:**  Terry G. Davis         $185.00 per hour (In-court $195.00 per hour)
               Afrika Parchman      $150.00 per hour (In-court $160.00 per hour)
               Monthly Retainer    $1,500.00

Hourly rate and monthly retainer are negotiable.

Terry G. Davis
Davis & Hatcher, L.L.C.

# The Housing Authority of the City of Montgomery, Alabama

MEMBERS OF AUTHORITY
JOHN F. KNIGHT, JR.
Chairman
ANNIE B. UPCHURCH
Vice-Chairman
RON DRINKARD
CLIFFORD HOLMES
THOMAS TAYLOR
RICHARD N. BOLLINGER
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

INTERIM EXECUTIVE DIRECTOR
C. MICHAEL MCINNISH

RECEIVED

FEB 26 2003

Per...............

February 20, 2003

Terry G. Davis, Esq.
Attorney-At-Law
Davis & Hatcher, L.L.C.
P.O. Box 23097
Montgomery, Alabama 36123-0907

Dear Mr. Davis:

The Board of Commissioners of the Montgomery Housing Authority approved the award of a contract to your Law Firm to provide legal representation and to represent the Montgomery Housing Authority Board of Commissioners in legal matters.

As such, enclosed please find two originals of the Attorney Employment Agreement drawn up for your signature. Please sign and return to me for completion. One original will be mailed back to you for your records.

If you should have any comments or questions please call me at 334 206-7187 or email me at mcinnish@hotmail.com.

Sincerely,

C. Michael McInnish
Executive Director

ENCLOSURE



STATE OF ALABAMA
COUNTY OF MONTGOMERY

## ATTORNEY EMPLOYMENT AGREEMENT

This agreement made and entered into and between the **MONTGOMERY HOUSING AUTHORITY** (HA) and **DAVIS & HATCHER, L.L.C.**, which is a firm of attorneys located at Montgomery, Alabama, hereinafter referred to as Attorney.

The Attorney and the HA agree as follows:

1. The HA agrees to employ the Attorney, and the Attorney agrees to perform legal representation for the HA beginning January 6, 2003 through January 5, 2005. This agreement may be terminated by the HA and/or the Attorney upon written notice of ninety (90) days or more. If the agreement is terminated, the HA must solicit bids to procure legal representation.

2. The general nature of the representation to be performed by the Attorney for the HA were outlined in your response dated October 31, 2002 to the Request For Proposal (RFP) dated October 7, 2002, as attached hereto.

3. The HA will pay the Attorney as compensation for their services according to the following schedule:

   $1,000.00 per month as a retainer plus reasonable actual expenses incurred.

4. Any services rendered in excess of three hours per month shall be billed at $175.00 per hour.

5. The agreement is subject to review and approval by the U. S. Department of Housing and Urban Development.

In witness whereof, the parties have caused this Agreement to be executed on this the eighteenth day of February, 2003.

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA

BY: _____
    Executive Director

DAVIS & HATCHER, L.L.C.

BY: _____
    Attorney Representative