# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☑ Northern  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 9-18-06 | @ 4:03  ☐ a.m. ☑ p.m |
| DATE COMPLETED 9-18-06 | @ 5:01  ☐ a.m. ☑ p.m |

CASE NO. 2:05CV1235-MHT

TERRY G. DAVIS          VS.          C. MICHAEL MCINNISH, ET AL.
Plaintiff(s)                            Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Ernestine Sapp

**Defendant(s)**
Chuck Stewart
Mike Cohan
Phil Carroll
Wayne Sabel

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr., Clerk          Crt Rptr: 
Law Clerk: Michele Dearing                  Interpreter:
USPO/USPTS:                                 Other:

### PROCEEDINGS:

☑ Motion Hearing: PTF's ~~DEFT'S~~ EMERGENCY MOTION FOR HEARING ON PROTECTIVE ORDER
☐ Status Conference    ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation           ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.     ☐ Sentencing
☐ Non-Jury Trial       ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☐ **Pretrial Conference**
Pending Motions:
Discovery Status                             Plea Status
Trial Status/Length                          Trial Term: