**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Davis v. Sprayberry et al

Case Number:   2:05-cv-01235-MHT

Referenced Pleading:   Response to Motion
Docket Entry Number:   84

**The referenced pleading was filed on \*\*September 18, 2006\*\* in this case and is hereby STRICKEN as a duplicate docket entry.**

**Parties are instructed to disregard #84 docketing entry, which has been stricken from the record as a docketing error.  Please refer to Docket Entry 85 for the corrected entry which includes Exhibits.**