# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action NO. 2:05cv1235-T |
| | ) |
| R. EDMOND SPRAYBERRY, et al., | ) |
| | ) |
| Defendants. | ) |

## OFFER OF JUDGMENT

Defendants **The Housing Authority of the City of Montgomery, C. Michael McInnish**, and **LuAnn Long** offer to allow judgment to be taken against them for all Plaintiff's claims in the amount of $6,000 total (that is $2,000 per Defendant) said sum to include not only all attorneys' fees, but also all compensatory and punitive damages Plaintiff seeks, or could have sought, against the Defendants. Further, this offer shall include payment of all properly recoverable costs which have accrued prior to the receipt of this Offer of Judgment.

DATED this ___ day of August, 2006.

_____
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com

Email: arogers@bradleyarant.com

**Attorneys for The Housing Authority of the City of Montgomery**


_/s/ Dorman Walker_
Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

**Attorney for LuAnn Long**


_/s/ M. Wayne Sabel_
Maricia Danielle Woodham
Mark W. Sabel, Jr.
M. Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

**Attorneys for C. Michael McInnish**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on the following counsel of record by United States mail, properly addressed and first-class postage prepaid:

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104

Dwayne Brown
Post Office Box 230205
Montgomery, AL 36123-0205

James J. DuBois
U.S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101

on this _____ day of _____, 2006.

_____
OF COUNSEL

1/1476629.1