# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

TERRY G. DAVIS,

    Plaintiff,

vs.                            CASE NO.: 2:05cv1235MHT

R. EDMOND SPRAYBERRY, et al.,

    Defendants.

## PLAINTIFF'S PRO TANTO ACCEPTANCE OF DEFENDANT LUANN LONG'S OFFER OF JUDGMENT

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and respectfully submits his pro tanto acceptance of Defendant LuAnn Long's offer of $2,000.00 and in support thereof states:

1. That on or about August 23, 2006, Plaintiff received an offer of judgment in the above-captioned case.

2. That Defendants, The Housing Authority of the City of Montgomery, C. Michael McInnish, and LuAnn Long, submitted an offer of judgment in the amount of $6,000.00 total (that is $2,000.00 per Defendant).

3. That in consideration thereof, Plaintiff has elected to accept the $2,000.00 offer of judgment pertaining only to Defendant LuAnn Long.

4. Plaintiff will agree to an acceptable pro tanto release of Defendant LuAnn Long, and proceed with his claims against The Housing Authority of the City of Montgomery and C. Michael McInnish.

                                      Respectfully submitted,

                                      /s/Dwayne L. Brown
                                      DWAYNE L. BROWN (BRO149)
                                      Attorney for Plaintiff

OF COUNSEL:

Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, a copy of the foregoing document was served upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed to:

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Michael Cohan, Esq.
Hill, Hifi, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Dwayne L. Brown
Of Counsel