## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )**CASE NO: 2:05-cv-1235-MHT** |
| | ) |
| **R. EDMOND SPRAYBERRY, , et al.** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT MCINNISH'S OPPOSITION TO
### PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND
### FILE SECOND AMENDED COMPLAINT

COMES NOW Defendant C. Michael McInnish, by his attorney of record, and files this Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint. For grounds, Defendant McInnish adopts and incorporates by reference Defendant Sprayberry's Opposition to Plaintiff's Motion for Leave to Amend and File a Second Amended Complaint in the following respects:

Plaintiff failed to show good cause under Rule 16(b) of the Federal Rules of Civil Procedure and Defendant McInnish adopts Defendant Sprayberry's discussion of the history of Plaintiff's pleadings. Defendant McInnish adopts Defendant Sprayberry's argument and citation of authority related to the required showing for an untimely second motion for leave to amend.

Further, Plaintiff's Motion for Leave to Amend is due to be denied because he has failed to confine his attempt to amend to this Court's Order allowing Plaintiff to assert a *Bivens*, claim against Defendant Sprayberry. The Court Order did not authorize an amendment of Plaintiff's claims against Defendant McInnish. Nevertheless, Plaintiff has

alleged for the first time that Defendant McInnish violated his First, Fifth, and Thirteenth Amendment rights under the United States Constitution. Plaintiff has further added a *Quantum Meriut* contract claim, an Equal Pay Act claim, a Tort Claims Act claim, and a conspiracy claim. The Equal Pay Act and Tort Claims Act are patently frivolous and fail as a matter of law.

Plaintiff's claims against Defendant McInnish in a second amended complaint would unduly prejudice Defendant McInnish.

Respectfully Submitted this the ___ day of September, 2006.


/s/ M. Wayne Sabel_____
M. Wayne Sabel (SAB002)
One of the Attorneys for Defendant McInnish


**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:     (334) 271-2770
Facsimile:     (334) 277-2882


## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant McInnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.


Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205
E-Mail:  dbrown@dbrownatty.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Email:  dwalker@balch.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
E-Mail:  cstewart@bradleyarant.com
         arogers@bradleyarant.com

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101
E-Mail:  mcohan@hillhillcarter.com

Leura Garrett Canary
James DuBois
U. S. Attorney's Office
One Court Square
Room 201
Montgomery, AL 36104
E-Mail:  Leura.canary@usdoj.gov

Ernestine Sapp
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
Telephone: (334) 727-4830
Fax:  (334) 727-5877
E-Mail:  esapp@glsmgn.com

/s/ M. Wayne Sabel_____
M. Wayne Sabel