IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 71) is granted.

DONE, this the 22nd day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE