IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the voluntary dismissal of counts 1 and 3 against defendant R. Edmond Sprayberry (doc. no. 83) is treated as a motion to dismiss, said motion is granted, and counts 1 and 3 against defendant R. Edmond Sprayberry are dismissed without prejudice.  The court assumes that the other parties have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 22nd day of September, 2006.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE