IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv1235-MHT |
| R. EDMUND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

As a result of the recent flurry of filings in this case, the court is confused as to whether R. Edmund Sprayberry is still a defendant in this case, and, if so, what claims remain against him. Accordingly, it is ORDERED that, on or before October 2, 2006, plaintiff shall file a statement indicating (1) whether R. Edmund Sprayberry is still a defendant in this case and, (2) if so, what claims remain against him.

DONE, this the 27th day of September, 2006.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE