IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:05-CV-1235 MHT |
| | ) | |
| R. EDMUND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF CLAIMS AGAINST DEFENDANT SPRAYBERRY**

Pursuant to the Court Order (Document 97) dated September 27, 2006, plaintiff herein files the following statement:

(1)    Defendant R. Edmund Sprayberry is still a defendant in this case.

(2)    All of the constitutional claims in the Bivens cause of action remain against him.  Those claims are setout in the Second Amended Complaint; at page 8, Number VII – Second Cause of Action (Race Discrimination and Due Process) and page 9, Number IX – Fourth Cause of Action (Race Discrimination and Constitutional Violations).

OF COUNSEL:                          Respectfully submitted,
GRAY, LANGFORD, SAPP,                /s/ Ernestine S. Sapp
McGOWAN, GRAY & NATHANSON            Ernestine S. Sapp – SAP 004
P.O. Box 830239
Tuskegee, AL  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)727-5877

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing **Statement of Claims Against Defendant Sprayberry** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

Respectfully submitted,
/s/ Ernestine S. Sapp
E-Mail:  esapp@glsmgn.com