IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,          ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| v.                    ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY,     ) | |
| ) | |
| Defendant.     ) | |

ORDER

It is ORDERED that the motion for clarification (doc. no. 99) is set for submission, without oral argument, on October 10, 2006, with all briefs due by said date.

DONE, this the 4th day of October, 2006.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE