### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SPRAYBERRY'S MOTION
### TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant R. Edmond Sprayberry, by and through Leura G. Canary, United

States Attorney for the Middle District of Alabama, and moves to dismiss Plaintiff's claims against

Defendant Sprayberry in his Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure.   In support of this Motion, Defendant shows that Plaintiff's claims must

be dismissed because they fail to state claims upon which relief may be granted.

A supporting memorandum brief is being filed contemporaneously herewith.

**WHEREFORE**, Defendant Sprayberry's Motion is due to be and should be granted, these

claims should be dismissed, and the costs of this litigation taxed to Plaintiff.

Respectfully submitted this 6th day of October, 2006.


LEURA G. CANARY
United States Attorney

By: s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Defendant Mcinnish, Defendant Long, and Defendant Housing Authority of the City of Montgomery, Alabama.


s/James J. DuBois
Assistant United States Attorney