IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:05-CV-1235 MHT |
| R. EDMUND SPRAYBERRY, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO MOTION FOR CLARIFICATION

COMES NOW Plaintiff Terry G. Davis, pursuant to this Court Order (Document 101) and submits the following response and memorandum brief to Defendant Sprayberry's Motion for Clarification.

In response Mr. Davis resubmits (by reference) his pleading styled, "Statement of Claims Against Defendant Sprayberry" (Document 98-1) filed on September 27, 2006. Said document clearly sets out the remaining claims against Defendant Sprayberry. It does not include a *§1983* claim against Defendant Sprayberry but does include constitutional rights violations by Defendant Sprayberry against Mr. Davis, as allowed by a *Biven's Action*. See *Martinez-Aguero v. Gonzalez, ___ F.3d ___, 2006 WL 2242365 C.A. 5 (Tex.), 2006* (a recent *Bivens Action* for damages under the Fourth Amendment against a federal official).

The case against Defendant Sprayberry is not a challenge to HUD policies but rather against Defendant Sprayberry individually, for his disparate treatment and constitutional violations of Plaintiff Davis' rights because of his race (African American). For example, Defendant Sprayberry would not allow the Board of MHA to rehire plaintiff after they voted to do so, etc. (See Second Amended Complaint (Document 72), Section V – Allegation of Facts, Paragraphs 10-18). Defendant Sprayberry exceeded and abused his authority.

Plaintiff's Second Amended Complaint complied with *Federal Rules of Civil Procedure* (*FRCP*) requirements for notice pleading. Please see *Rules 8(a), 10,* and *Rule 15(a)(c)* of *FRCP*.

Plaintiff's Leave of Court to file the Second Amended Complaint was <u>granted</u> on September 22, 2006. See Document 93. Plaintiff's proposed Second Amended Complaint was filed and served at the same time as the Motion for Leave, pursuant to the practice in the Middle District of Alabama. According to *FRCP 15(a)*… "and leave shall be freely given when justice so requires it." In this case justice required it.

All of the Defendants (except Defendant Sprayberry) have answered the Second Amended Complaint. See Documents 95, 96, and 100.

WHEREFORE, Premises Considered, plaintiff prays that this Honorable Court will deny Defendant Sprayberry's Motion for Clarification because it is not needed and/or justified.

|  |  |
|---|---|
| OF COUNSEL:<br>GRAY, LANGFORD, SAPP,<br>McGOWAN, GRAY & NATHANSON<br>P.O. Box 830239<br>Tuskegee, AL  36083-0239<br>Telephone:  (334) 727-4830<br>Fax:  (334) 727-5877 | Respectfully submitted,<br>/s/ Ernestine S. Sapp<br>Ernestine S. Sapp – SAP 004<br><br>One of the Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2006, I electronically filed the foregoing **Plaintiff's Response to Motion for Clarification** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Wayne Sabel, Sr., Esq.
mwsable@mindspring.com

Dorman Walker, Esq.
Dwalker@balch.com

Charles A. Stewart, III, Esq.
cstewart@bradleyarant.com

Michael Cohan, Esq.
mcohan@hillhillcarter.com

James DuBois, Esq.
James.DuBois2@usdoj.gov

Dwayne Brown, Esq.
Dbrown@dbrownatty.com

Respectfully submitted,
/s/ Ernestine S. Sapp
E-Mail:  esapp@glsmgn.com