IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,           ) | |
| ) | |
|    Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
|   v.              ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY,  ) | |
| ) | |
|    Defendant.     ) | |

ORDER

The plaintiff having provided adequate clarification, it is ORDERED that defendant R. Edmond Sprayberry's motion for clarification (doc. no. 99) is denied.

DONE, this the 10th day of October, 2006.

                   /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE