IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:05cv1235-MHT |
| | ) |
| R. EDMOND SPRAYBERRY, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 102) is set for submission, without oral argument, on October 20, 2006, with all briefs due by said date.

DONE, this the 10th day of October, 2006.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE