AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TERRY G. DAVIS,
Plaintiff,    v.

R. Edmond Sprayberry, et al.
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1235MHT

TO: (Name and address of Defendant)

R. Edmond Sprayberry
Director of Public Housing
U.S. Department of Housing & Urban Development
Medical Forum Bldg., Suite 900
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwayne L. Brown, Esq.
P.O. Box 230205
Montgomery, Alabama 36123-0205

Ernestine S. Sapp, Esq.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                10/25/06

CLERK                                              DATE

(By) DEPUTY CLERK