IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:05cv1235-MHT |
| R. EDMOND SPRAYBERRY, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that defendant R. Edmond Sprayberry's motion to dismiss amended complaint (Doc. No. 65) is denied without prejudice, having been superceded by defendant Sprayberry's motion to dismiss second amended complaint (Doc. No. 102).

DONE, this the 22nd day of November, 2006.

                                                    /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE