**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:05-CV-1235-MHT** |
| | ) | |
| **R. EDMOND SPRAYBERRY,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned and files notice of her appearance as additional counsel of record for Defendant LuAn Long.

> Kelly F. Pate (FIT014)
> Balch & Bingham LLP
> Post Office Box 78
> Montgomery, Alabama  36101
> Telephone: (334) 834-6500
> Facsimile: (334) 269-3115
> kpate@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

> s/ Kelly F. Pate
> One of the Attorneys for Defendant,
> LuAn Long

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334/834-6500
334/269-3115 (fax)

175478.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 29, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown
dbrown@dbrownatty.com

Wayne Sabel
mwsabl@mindspring.com

Charles A. Stewart, III
cstewart@bradleyarant.com

Michael J. Cohan
mcohan@hillhillcarter.com

Ernestine S. Sapp
esapp@glsmgn.com

Leura Garrett Canary
U.S. Attorney for the Middle District of Alabama
One Court Square
Room 201
Montgomery, AL  36104
Leura.canary@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

R. Edmond Sprayberry
Director of Public Housing
U.S. Department of Housing & Urban Development
Medical Forum Bldg., Suite 900
Birmingham, AL  35203

Alphonso Jackson
Secretary of the U.S. Department of Housing and Urban Development
451 7th Street, SW
Washington, DC  20410

s/ Kelly F. Pate
Of Counsel