IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRY G. **DAVIS,**

    **Plaintiff,**

    **v.**                                                               Civil Action No.:
                                                                              2:05-cv-01235-MHT-DRD

**R..EDMOND SPRAYBERRY,** et al.

    **Defendants.**

### PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT LU ANN LONG

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court to dismiss all claims pending against Defendant Lu Ann Long pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and in support thereof states:

1. That the respective parties have conducted all meaningful discovery in this case, including but not limited to, the deposition of Defendant Lu Ann Long.

2. While there is evidence to indicate that Defendant Long acted in concert with Defendants Mclnnish and Sprayberry to discriminate against Plaintiff Davis and violate his constitutional rights, it is a close question as to whether she acted in bad faith and outside the scope of her official function as a Board Commissioner for the Montgomery Housing Authority.

3. Moreover, Plaintiff previously attempted to resolve all claims against Defendant Long by accepting what Plaintiff interpreted as an "offer of judgment" from Defendant Long. However, Defendant Long elected to remain a defendant in the case

and opposed Plaintiff's acceptance of the "offer of judgment" against Defendant Long only. The court agreed and ruled that Plaintiff's effort to accept the "offer of judgment" against Long only was a "counter-offer". (Doc. 111) Thus, Defendant Long was permitted to remain a defendant in the case.

4. That in lieu of the foregoing, Plaintiff moves that all claims against Defendant Lu Ann Long be dismissed with prejudice.

**WHEREFORE, PREMISES CONDSIDERED,** Plaintiff respectfully moves the Court to grant said motion.

Respectfully submitted,

/s/ Dwayne L. Brown_____
DWAYNE L. BROWN 9BRO149)
Attorney for Plaintiff

OF COUNSEL:

Law Office of Dwayne L. **Brown, PC**
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **December** 29, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **M. Wayne Sabel, Sr., M. Wayne Sabel, Jr., Dorman Walker,** Charles A. Stewart, Angela R. Raines, Michael **Cohan, Randall Morgan, James DuBois.**

/s/Dwayne L. Brown_____
Of Counsel