IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 2:05-CV-1235-T |
| | ) |
| R. EDMOND SPRAYBERRY, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION
## TO DISMISS CLAIMS AGAINST LUAN LONG

Comes now defendant LuAn Long and in response to the plaintiff's motion to dismiss all claims against her, doc. no. 114, states that the motion should be granted, and denies that she acted in a discriminatory way towards the plaintiff.

Respectfully submitted this the 3rd day of January, 2007.

                                                        s/Dorman Walker
                                                      Attorney for Defendant LuAn Long

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
334/834-6500
334/269-3115 (fax)

175539.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 3rd, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown
dbrown@dbrownatty.com

Wayne Sabel
mwsabl@mindspring.com

Charles A. Stewart, III
cstewart@bradleyarant.com

Michael J. Cohan
mcohan@hillhillcarter.com

Ernestine S. Sapp
esapp@glsmgn.com

Leura Garrett Canary
Leura.canary@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

R. Edmond Sprayberry
Director of Public Housing
U.S. Department of Housing & Urban Development
Medical Forum Bldg., Suite 900
Birmingham, AL  35203

Alphonso Jackson
Secretary of the U.S. Department of Housing and Urban Development
451 7th Street, SW
Washington, DC  20410

                                                                  s/Dorman Walker
                                                                   Of Counsel