**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TERRY G. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 2:05cv1235-T** |
| ) | |
| **R. EDMOND SPRAYBERRY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION TO EXTEND**
**SUMMARY JUDGMENT DEADLINE FOR**
**THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY**

Defendant **The Housing Authority of the City of Montgomery** ("MHA") moves this Court for an extension of the deadline for MHA to file a Motion for Summary Judgment in this case. In support of this motion, MHA states as follows:

1. Plaintiff and MHA reached a settlement of Plaintiff's claims against MHA on Friday, December 29, 2006.

2. MHA must have approval from HUD before it can tender the settlement funds to Plaintiff. Accordingly, this week MHA has attempted to obtain HUD's approval of the settlement.

3. Today MHA received a letter from HUD advising that approval of the settlement could take from two weeks to thirty days. A copy of the letter is attached as Exhibit A.

4. The deadline to file dispositive motions is tomorrow, January 5, 2007.

5.    Because the parties have reached a settlement, MHA wishes to avoid the expense of preparing a summary judgment motion and brief, and Plaintiff wishes to avoid the expense of responding to such a motion.

6.    MHA's counsel has discussed this motion with Dwayne Brown, counsel for Plaintiff, and represents to the Court that Plaintiff concurs in this motion.[1]

7.    An extension that allows enough time for the parties to obtain HUD approval of the settlement will not affect the other dates in the Court's scheduling order.

WHEREFORE, premises considered, MHA respectfully requests this Court to extend the deadline for MHA to file a motion for summary judgment.

Respectfully submitted,

  s/ Angela R. Rogers

Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

**Attorneys for The Housing Authority
of the City of Montgomery**

---

[1] By concurring in this motion, Plaintiff specifically reserves his right to seek the enforceability of the settlement with MHA if said settlement is not approved by HUD in a timely manner.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown
Post Office Box 230205
Montgomery, AL  36123-0205
Email: dbrown@dbrownatty.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL  36104
Email: dwalker@balch.com

M. Wayne Sabel
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106
Email: mwsabl@mindspring.com

James J. DuBois
U.S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101
Email: james.dubois2@usdoj.gov

Maricia Danielle Woodham
Mark W. Sabel, Jr.
M. Wayne Sabel, Sr.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106
Email: mwoodham@sabellaw.com

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104
Email: mcohan@hillhillcarter.com
Email: rmorgan@hillhillcarter.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

s/ Angela R. Rogers
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: arogers@bradleyarant.com