**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 2:05-cv-1235-T** |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SUMMARY JUDGMENT OF
DEFENDANT C. MICHAEL MCINNISH**

COMES NOW Defendant, C. Michael McInnish (hereinafter "McInnish"), in his individual capacity, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court to grant unto him summary judgment with respect to all claims against him. Summary judgment is appropriate because the Plaintiff has failed to establish a genuine issue as to any material fact and Defendant is entitled to summary judgment as a matter of law.  This motion is based upon the following:

1.      Pleadings filed in this case;

2.      Memorandum Brief in Support of this Motion to be filed on this date;

3.      Statement of Facts contained in the Memorandum Brief;

4.      Evidentiary Materials in Support of this Motion to be filed on this date.  Such materials are submitted both as a joint filing and as a supplemental filing submitted by McInnish.  In addition, McInnish expects to incorporate most if not all of the arguments contained in the brief of the United States after McInnish has had an opportunity to review it.

WHEREFORE, PREMISES CONSIDERED, Defendant McInnish, in his individual capacity, respectfully requests this Court to grant summary judgment unto him with respect to all claims pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted this the __5th__ day of January, 2007.


/s / M. Wayne Sabel _____
M. Wayne Sabel (SAB002)
Mark Sabel (SAB004)
Maricia Woodham (BEN050)
Attorneys for Defendant McInnish


OF COUNSEL:

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
Telephone: (334) 271-2770
Facsimile:  (334) 277-2882


## CERTIFICATE OF SERVICE

I do hereby certify that on this the __5th__ day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205
E-Mail: dbrown@dbrownatty.com

Ernestine S. Sapp
Gray, Langford, Sapp, McGowan, Gray and Nathanson
P.O. Box 830239
Tuskegee, AL
E-Mail:  esapp@glsmgn.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
E-Mail: dwalker@balch.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Email: cstewart@bradleyarant.com
E-mail: arogers@bradleyarant.com

Leura Garrett Canary
James J. DuBois
U. S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101
E-mail: Leura.canary@usdoj.gov
Email: james.dubois2@usdoj.gov

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101
Email: mcohan@hillhillcarter.com
Email: rmorgan@hillhillcarter.com


   /s/ M. Wayne Sabel                 
M. Wayne Sabel