IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANT SPRAYBERRY'S MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Defendant Sprayberry, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to grant summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Defendant Sprayberry submits the following:

1. The January 5, 2007, Declaration of R. Edmond Sprayberry, and all exhibits thereto, filed as Attachment 1;

2. The December 22, 2006, Declaration of Carol A. Harmon, and all exhibits thereto, filed as Attachment 2;

3. The January 4, 2007, Declaration of Holly S. Poteete, and all exhibits thereto, filed separately with a Motion to File Under Seal because some of the exhibits are marked confidential under the August 8, 2006, Order on Motion and Protective Order in this case;

4. Defendants Sprayberry and McInnish's Joint Evidentiary Submission, and Motion to File Under Seal filed separately containing the following deposition transcripts and their accompanying exhibits:

      A.      Deposition of Terry Davis;

      B.      Deposition of R. Edmond Sprayberry;

      C.      Deposition of Luan Long;

      D.      Deposition of Thomas Taylor;

      E.      Deposition of C. Michael McInnish; and

      F.      Deposition of Charles Stewart;

5.      The memorandum brief which is being filed contemporaneously herewith.

WHEREFORE, premises considered, Defendant Sprayberry's Motion for Summary Judgment is due to be and should be granted and the costs of this litigation taxed to the Plaintiff.

Respectfully submitted this 5th day of January, 2007.

                                              LEURA G. CANARY
                                              United States Attorney

                        By:    s/James J. DuBois
                              JAMES J. DUBOIS
                              Georgia Bar No. 231445
                              Assistant United States Attorney
                              Attorney for Defendant
                              Post Office Box 197
                              Montgomery, AL  36101-0197
                              Telephone No.: (334) 223-7280
                              Facsimile No.: (334) 223-7418
                              E-mail:  james.dubois2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Dwayne Brown, Ernestine Sapp, Dorman Walker, Charles Stewart, Angela Rogers, Philip Carroll, Michael Cohen, Randall Morgan, Marcia Woodham, Kelly Pate and Wayne Sabel.

                                                                      s/James J. DuBois
                                                 Assistant United States Attorney