IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-cv-01235-MHT-DRB |
| | ) |
| R. EDMOND SPRAYBERRY, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SPRAYBERRY AND MCINNISH'S**
**JOINT EVIDENTIARY SUBMISSION**

Come now Defendants R. Edmond Sprayberry and C. Michael McInnish and jointly submit the following exhibits in support of their motions for summary judgment:

   A.   Deposition of Terry Davis;

   B.   Deposition of R. Edmond Sprayberry;

   C.   Deposition of Luan Long;

   D.   Deposition of Thomas Taylor;

   E.   Deposition of C. Michael McInnish; and

   F.   Deposition of Charles Stewart.[1]

Respectfully submitted this the 5th day of January, 2007.

---

[1] Each of these deposition transcripts will be filed separately by conventional means along with a request that they be filed under seal.

LEURA G. CANARY
United States Attorney

By: /s/James J. DuBois
JAMES J. DUBOIS
Attorney for Defendant Sprayberry
Assistant United States Attorney
GA Bar Number: 231445
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**

/s/M. Wayne Sabel
M. WAYNE SABEL (SAB002)
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Telephone No.: (334) 271-2770
Facsimile No.: (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Dwayne Brown, Ernestine Sapp, Dorman Walker, Charles Stewart, Angela Rogers, Philip Carroll, Michael Cohen, Randall Morgan, Marcia Woodham, Kelly Pate and Wayne Sabel.

s/James J. DuBois
Assistant United States Attorney