IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-cv-1235-T |
| ) | |
| R. EDMOND SPRAYBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT MCINNISH'S SUPPLEMENTAL EVIDENTIARY SUBMISSION

Comes now Defendant C. Michael McInnish and submits the following supplemental Exhibits in support of his motion for summary judgment:

1. DEX1 10-31-02 Davis & Hatcher Response to Request For Proposal (RFP) (McInnish 030-031).

    10-7-02 RFP (McInnish 032-034).

    2-18-03 Attorney Employment Agreement for 2003-2004 (McInnish 053).

2. DEX2 12-21-04 MHA Board Minutes.

3. DEX3 1-7-05 Letter from Davis to Boggs with Attorney Employment Agreement for 2005-2006.

4. DEX4 Davis & Hatcher invoices from January 2003 through June 2004.

5. DEX6 3-16-04 MHA Board Minutes.

6. DEX20 4-23-04 Memo from McInnish to Board (Race Discrimination Complaint).

7. DEX24 7-21-04 Memo from McInnish to Board (2002 RFP process & attorney issues with letters and minutes).

8. DEX26  7-22-04 Letter from McInnish to Davis (Answer to Davis' questions about division of labor between attorneys, etc.).

9. DEX 28  7-30-04 Memo from McInnish to Davis re budget for Davis & Stewart.

10. DEX 31  8-9-04 letter from McInnish to Davis re Budget Revision.

11. DEX 32  8-9-04 letter from Sprayberry to McInnish [no objection to payment of fee for lawsuit provided adequate funds within budget].

12. DEX 38  10-18-04 Letter from McInnish to Davis & Stewart (Budget problems re attorney fees).

13. DEX 41  10-19-04 email from McInnish to Taylor re budget and attorney fees.

14. DEX 42  10-20-04 email from Taylor to McInnish- Taylor will review & approve all Davis' invoices/Davis' current bill approved.

15. DEX 43  11-1-04 Memo from McInnish to Davis & Stewart (only Davis to handle City Council litigation).

16. DEX 46  11-16-04 MHA Board minutes.

17. DEX 47  1-20-05 McInnish Response to Misconduct charges from Davis [McInnish 676-681].

18. DEX 48  11-17-04 letter from Taylor to Sprayberry Refusal to provide reason for McInnish's suspension on 11-16-04.

19. DEX 49  11-19-04 letter from Sprayberry to Taylor re no reason given for McInnish's suspension.

*20. DEX 55  1-4-05 McInnish's EEOC charge against MHA.

21. DEX 56  1-14-05 Letter from Sprayberry to Taylor- denies he is trying to impede investigation of McInnish.

22. DEX 58  1-27-05  Letter from Sprayberry to Boggs denying $65,000 for legal fees for Davis to investigate McInnish.

23. DEX 59  2-3-05 Letter from Taylor to Sprayberry re settlement terms between MHA and McInnish plus $65,000 for Davis.

*24. DEX 61  2-9-05 Letter from Sabel to Davis re breach of contract re settlement.

25. DEX 62  7-12-04 Letter from Davis to McInnish rejecting referral of legal work because it's Stewart's job.
7-8-04 letter from Reggield Davis to Davis re request for legal opinion.

26. DEX 64  3-3-05 Letter from Davis to Boggs re Bill for November and December 2004 (Basis of this lawsuit).

27. DEX 65  3-11-05 Letter from Sprayberry to Boggs receiving Davis' November and December invoices with explanation.

28. DEX 68  11-18-04 Letter from Sprayberry to Boggs Requesting review of all MHA procurement and draw down of funds.

29. DEX 69  1-12-05 Letter from Sprayberry to Boggs (Attorney Employment Agreement for Davis & Hatcher for 2005-2006/RFP not approved so contract not recommended).

30. DEX 70  1-18-05 Letter from Sprayberry to Boggs/RFP requirements.

31. DEX 71  2-17-05 Letter from Sprayberry to Taylor (rejecting proposal for MHA settlement with McInnish).

32. DEX 72  6-13-05 Letter from Sprayberry to Barley (request for RFP information and settlement offers to McInnish must be rewarded by HUD before made).

33. DEX 73  1-18-05 Letter from Carol Harmon (HUD) to Boggs (approving payment of Davis' October through December 2004 retainer fees).

34. DEX 74  10-31-05 Letter from Sprayberry to Bollinger re MHA discriminated against McInnish based on race.

35. DEX 104  7-30-03  McInnish is Alabama Director of Year for 2003.

36. DEX 106  4-23-04 McInnish MHA Employee Performance form.

37. DEX 124  11-30-01 Letter from HUD to Knight (requiring advance HUD approval of all procurement actions and RFPs.

38. DEX 127  2-27-02 Letter from Heaton (HUD) to McInnish (releasing MHA from HUD advance review of procurement requirements).

39. DEX 130 (McInnish 016)  6-12-02 Letter from McInnish to MHA Personnel Committee (negative comments about McInnish's race).

*40. DEX 135  9-11-02 Letter from McInnish to Knight (County Commission Account).

41. DEX 136  9-12-02 Memo from McInnish to Board (County Commission Account).

*42. PEX 1  to Deposition of Charles Stewart (Portions of PX1) MHA 000187-00192 Bradley Arant Statement for Services dated 12-28-04 for $3682 unpaid nearly a year. –pre-dates when insurance company began to pay Bradley Arant.

    5-27-05 email from Stewart to Boggs- insurance company began to pay Bradley Arant for City Council litigation after 5-28-04.

    MHA-00194 – Bradley Arant's internal aged accounts receivable for MHA – not being paid.

    MHA-00196  2-18-03 Attorney Employment Agreement between MHA and Bradley Arant (It does not show an hourly rate).

    MHA-00195  1-13-04 Stewart to McInnish (asks to raise his retainer to $1500 because Bradley Arant losing money on the deal – McInnish would not raise.).

    MHA-00126-00175   Bradley Arant invoices from 12/02 thru 12/03 (Stewart only charging $1000 retainer regardless of time spent).

    * * * *

43. DEX 200 Settlement Agreement between MHA and McInnish.

44. DEX 201 Defendant McInnish Response to Plaintiff's Interrogatories.

45. DEX 202 Defendant Sprayberry's Response to Plaintiff's Request for Admissions.

46. DEX 203 Defendant Sprayberry's Response to Plaintiff's Interrogatories.

47. DEX 204  1-5-07 Declaration of McInnish (Attorney Luck and Carter are Caucasian attorneys) with attachments:

    9-30-04 & 11-10-04 Invoices from Attorney Luck to McInnish/$90 per hour.

        3-17-06 letter from Attorney Todd Carter (In 2004 and 2005 he charged MHA a negotiated fee of $120 per hour.

*\* Indicates exhibits filed under seal.*

    Respectfully submitted this the 5th day of January, 2007.

                              /s/M. Wayne Sabel  
                              M. Wayne Sabel (SAB002)  
                              Mark Sabel (SAB004)  
                              Maricia Woodham (BEN050)  
                              Attorneys for Defendant McInnish

OF COUNSEL:

SABEL & SABEL, P.C.  
Hillwood Office Center  
2800 Zelda Road; Suite 100-5  
Montgomery, AL  36106  
Telephone:  (334) 271-2770  
Facsimile:  (334) 277-2882

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 5th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown, Esq.  
5925 Carmichael Road  
Post Office Box 230205  
Montgomery, Alabama  36123-0205  
E-Mail:  dbrown@dbrownatty.com

Ernestine S. Sapp  
Gray, Langford, Sapp, McGowan, Gray and Nathanson  
P.O. Box 830239  
Tuskegee, AL 36083  
E-Mail:  esapp@glsmgn.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
Email:  cstewart@bradleyarant.com
Email:  arogers@bradleyarant.com

Leura Garrett Canary
James J. DuBois
U.S. Attorneys Office
P.O. Box 197
Montgomery, AL  36101
Email:  Leura.canary@usdoj.gov
Email:  james.dubois2@usdoj.gov

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL  36101
Email:  mcohan@hillhillcarter.com
Email:  rmorgan@hillhillcarter.com

/s/M. Wayne Sabel____
M. Wayne Sabel