

Law Offices
# Davis & Hatcher, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

**RESPONSE TO THE
REQUEST FOR PROPOSAL
LEGAL REPRESENTATION FOR THE
MONTGOMERY HOUSING AUTHORITY BOARD OF COMMISSIONERS (HA)**

Date Submitted: October 31, 2002

The firm of Davis & Hatcher, L.L.C., is pleased to submit the following proposal in response to the RFP dated October 7, 2002:

1. **Description of services to be provided and method of providing services.**

**Response:** The law firm of Davis & Hatcher, L.L.C., more specifically, managing partner Terry G. Davis will provide legal representation and represent the Montgomery Housing Authority Board of Commissioners at its monthly meetings and in all other legal matters as the Board may determine.

2. **Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.**

**Response:** The Firm has considerable experience in Landlord-tenant relations and has a general familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law and applicable Federal Regulations. The Firm regularly utilizes and interprets the Code of Federal Regulations in other areas involving questions of Federal Law.

Lead counsel in providing services will be Terry G. Davis. An Associate, Afrika C. Parchman may also provide services and research. Both are members of the Alabama State Bar and are in good standing in state and federal courts.

3. **Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.**

**Response:** Lead counsel in providing services to the staff and the Executive Director will be Terry G. Davis. He will have overall responsibility for all work assigned. Mr. Davis has twenty-one (21) years of experience in the practice of law, most of which has been in the areas designated in response #4 below. Some work may be assigned to Afrika Parchman, an associate who has been in practice and with the Firm for two (2) years. The Résumé of both are attached.

---

41 Marietta Street, N.W.
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

McInnish 030

4. Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.

Response: The Firm has strong experience in employer-employee relations, including Equal Employment Opportunity, workers' compensation laws, FMLA, ADA, employment law, Wage and Hour law, personnel policy and administration, and other related areas. The Firm has extensive experience in representing state and local governmental agencies, wherein these laws have been relied upon. The Firm also has a general familiarity with OSHA Regulations. Past and current governmental clients and Boards includes State of Alabama, Alabama Department of Human Resources, Alabama Department of Public Health (Administrative Law Judge), Alabama State University, City of Montgomery, and Montgomery County Board of Education.

The Firm has considerable experience in landlord-tenant, real estate and housing related issues, including insurance coverage. Over the past fifteen (15) years the Firm has regularly, drafted, negotiated and litigated issues regarding landlord-tenant in real estate matters on behalf of its governmental clients. The Firm has a familiarity with insurance coverage and has broad research abilities and experience regarding general legal issues which arise in the course of representation. The Firm has been regularly called upon to address these type of issues which arose during acquisition of large amounts of property by some of its governmental clients.

Lead counsel, Terry G. Davis is a former real estate broker and is chairman of the risk management committee of the Board of Directors of a national insurance company which regularly addresses insurance coverage issues.

5. Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)

Response:  Terry G. Davis        $185.00 per hour (In-court $195.00 per hour)
           Afrika Parchman       $150.00 per hour (In-court $160.00 per hour)
           Monthly Retainer      $1,500.00

Hourly rate and monthly retainer are negotiable.

Terry G. Davis
Davis & Hatcher, L.L.C.

McInnish 031

# The Housing Authority of the City of Montgomery, Alabama

**BOARD MEMBERS**
CLIFFORD HOLMES
Chairman
RICHARD N. BOLLINGER
Vice-Chairman
JOHN F. KNIGHT, Jr.
ANNIE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3058

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

## REQUEST FOR PROPOSAL
## LEGAL REPRESENTATION
## FOR THE
## MONTGOMERY HOUSING AUTHORITY (HA)
Date: October 7, 2002

**Section A.   Advertisement**

The HA hereby requests proposals from qualified Legal Firms to provide legal representation and represent the HA BOARD OF COMMISSIONERS in legal matters.

**Section B.   Proposal Submission Time and Place**

One signed original and two copies of the proposal must be submitted to the Montgomery Housing Authority, 1020 Bell Street, Montgomery, Alabama 36104 be received no later than 3:00 P.M. (local time) on October 31, 2002. The envelope must have the following notation on the bottom left hand corner of the proposal, "Proposal for Legal Representation Enclosed." The proposals will be evaluated based on the "Competitive Proposal" criteria established in this document and points assigned as indicated in Section F below. Proposals received after this date and time will not be accepted. Facsimile Copies will not be accepted! All proposals will become property of the housing authority upon submission.

**Section C.   Detailed Proposal**

Interested firms must submit a detailed proposal which includes:

1.  Description of services to be provided and method of providing services,

2.  Qualifications of the firm in Landlord-tenant relations, familiarity with Federal Housing Laws, policy drafting and interpretation, administrative law, applicable



McInnish 032

Federal Regulations. He or she must be a member of the bar in good standing in the state and federal courts.

3. Identify each person who will be assigned to work with the HA, their role in the assignment, and include a resume of their experience and qualifications as well as the number of years experiences listed for each individual.

4. Employer-employee relations, including Equal Employment Opportunity and workers' compensation laws, FMLA, ADA, employment law, OSHA, Wage and Hour law, personnel policy and administration, and other related areas.

5. Hourly rate and/or monthly retainer. (State both in rates per hour and in retainer)

Note: The information specified above (items 1 through 5) must be included in the detailed proposal and in the order specified above. Legal firms that do not submit the required information will be eliminated from considerations.

Section D.    Estimated Hours Required to Provide Legal Representation of the HA.

The Board of Commissioners meets at least once monthly. Some committee meetings are also held which may require assistance of counsel. Estimated time would be four to eight hours per month. The monthly retainer and/or hourly fee to be charged should be based on this total.

Section E.    Monthly Retainer

Legal Firms must quote the monthly retainer and/or other fees, including an hourly charge that will be charged the HA to provide the representation outlined in the RFP.

Section F.    Competitive Proposal Evaluation Factors

The HA will use the following "Competitive Proposal" criteria to evaluate the proposals:

1. Evidence of the Legal Firms ability to perform the legal representation outlined in Section C 1 - 5 above. Knowledge and experience of Robert's Rules of Order and Board meeting legal experience will be heavily weighed.

    MAXIMUM POINTS ASSIGNED    35

2. Availability to provide representation outlined in Section C.

    MAXIMUM POINTS ASSIGNED    15

McInnish 033

Case 2:05-cv-01235-MHT-TFM   Document 121-2   Filed 01/05/2007   Page 5 of 31

3. Monthly Retainer and other fees described in C - 5: The Legal firm that submits the lowest fee schedule will receive 5 points. The second lowest will receive less than 5 points and etc. The HA will utilize Section E to assign points to this factor.

   **MAXIMUM POINTS ASSIGNED          5**

4. This attorney has successfully worked with a governmental agency and/or HUD related HA and staff in the past. More weight will be given to the HUD experience.

   **MAXIMUM POINTS ASSIGNED          20**

Section G.   Interviews (Only Applicable if HA selects two-step process)

The HA may use the interview process and/or may request a final and best offer be submitted, in writing, if more than one proposal fall within the competitive range for this proposal.

Section H.   Term of the Contract

The term of the contract will be from the date of awarding the contract until December 23, 2002. The HA and successful Legal firm will execute the enclosed "ATTORNEY EMPLOYMENT AGREEMENT"

Section I.   Special Notice

The HA specifically reserves the right to reject any and all proposals, to waive technicalities, to award the contract in the best interest of the HA.
The Montgomery Housing Authority

_____    10/7/02
Executive Director    -    Date

McInnish 034

Law Offices
# Davis & Hatcher, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

February 20, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

**RE: Attorney Employment Agreements**

Dear Mr. McInnish

Enclosed you will find two (2) original Attorney Employment Agreements I have executed.

Best regards.

Sincerely,

Terry G. Davis

TGD/fkw

Enclosure

RECEIVED FEB 24 2003

McInnish 051

41 Marietta Street, N.W.
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite D
Montgomery, Alabama 36106
(334) 270-0592

# The Housing Authority of the City of Montgomery, Alabama

MEMBERS OF AUTHORITY
JOHN F. KNIGHT, JR.
Chairman
ANNIE B. UPCHURCH
Vice-Chairman
RON DRINKARD
CLIFFORD HOLMES
THOMAS TAYLOR
RICHARD N. BOLLINGER
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3058

PHONE (334) 206-7200
FAX (334) 206-7222

INTERIM EXECUTIVE DIRECTOR
C. MICHAEL MCINNISH

February 20, 2003

Terry G. Davis, Esq.
Attorney-At-Law
Davis & Hatcher, L.L.C.
P.O. Box 23097
Montgomery, Alabama 36123-0907

Dear Mr. Davis:

The Board of Commissioners of the Montgomery Housing Authority approved the award of a contract to your Law Firm to provide legal representation and to represent the Montgomery Housing Authority Board of Commissioners in legal matters.

As such, enclosed please find two originals of the Attorney Employment Agreement drawn up for your signature. Please sign and return to me for completion. One original will be mailed back to you for your records.

If you should have any comments or questions please call me at 334 206-7187 or email me at mcinnish@hotmail.com.

Sincerely,

C. Michael McInnish
Executive Director

ENCLOSURE



McInnish 052

STATE OF ALABAMA
COUNTY OF MONTGOMERY

## ATTORNEY EMPLOYMENT AGREEMENT

This agreement made and entered into and between the **MONTGOMERY HOUSING AUTHORITY (HA)** and **DAVIS & HATCHER, L.L.C.**, which is a firm of attorneys located at Montgomery, Alabama, hereinafter referred to as Attorney.

The Attorney and the HA agree as follows:

1. The HA agrees to employ the Attorney, and the Attorney agrees to perform legal representation for the HA beginning January 6, 2003 through January 5, 2005. This agreement may be terminated by the HA and/or the Attorney upon written notice of ninety (90) days or more. If the agreement is terminated, the HA must solicit bids to procure legal representation.

2. The general nature of the representation to be performed by the Attorney for the HA were outlined in your response dated October 31, 2002 to the Request For Proposal (RFP) dated October 7, 2002, as attached hereto.

3. The HA will pay the Attorney as compensation for their services according to the following schedule:

    $1,000.00 per month as a retainer plus reasonable actual expenses incurred.

4. Any services rendered in excess of three hours per month shall be billed at $175.00 per hour.

5. The agreement is subject to review and approval by the U. S. Department of Housing and Urban Development.

In witness whereof, the parties have caused this Agreement to be executed on this the eighteenth day of February, 2003.

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA

BY: _____
       Executive Director

DAVIS & HATCHER, L.L.C.

BY: _____
       Attorney Representative

McInnish 053