DEFENDANT'S EXHIBIT 3

Law Offices
# Davis, Hatcher & Parchman, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

January 7, 2005

Mr. Lemuel (Lane) Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:  Attorney Employment Agreement

Dear Lane:

Enclosed you will find the Attorney Employment Agreement which I have executed. You will note that my response to the Request for Proposal listed an hourly rate of $270.00 per hour for me and an hourly rate of $240.00 for Afrika Parchman. In accepting our firm to represent the Montgomery Housing Authority, Board members requested that our rates be negotiated. In that regard, we have agreed to reduce our rates as follows:

$200.00 per hour for Terry G. Davis
$175.00 per hour for Afrika C. Parchman

Please execute each document and return an original to me.

Sincerely,

Terry G. Davis

TGD/dpb

Enclosures

34 Peachtree St., N.W., Ste 2210 • Atlanta, Georgia 20303 • (404) 536-5440
4183 Carmichael Road, Ste B • Montgomery, Alabama 36106 • (334) 270-0592

McInnish 661

STATE OF ALABAMA
COUNTY OF MONTGOMERY

## ATTORNEY EMPLOYMENT AGREEMENT

This agreement made and entered into and between the MONTGOMERY HOUSING AUTHORITY (HA) and DAVIS, HATCHER & PARCHMENT, L.L.C., which is a firm of attorneys located at Montgomery, Alabama, hereinafter referred to as Attorney.

The Attorney and the HA agree as follows:

1. The HA agrees to employ the Attorney, and the Attorney agrees to perform legal representation for the HA beginning January 5, 2005 through January 5, 2007. This agreement may be terminated by the HA and/or the Attorney upon written notice of ninety (90) days or more. If the agreement is terminated, the HA must solicit bids to procure legal representation.

2. The general nature of the representation to be performed by the Attorney for the HA were outlined in your response dated October 27, 2004 to the Request For Proposal (RFP) dated September 24, 2004, as attached hereto.

3. The HA will pay the Attorney as compensation for their services according to the following schedule:

    $1,000.00 per month as a retainer plus reasonable actual expenses incurred.

4. Services rendered shall billed as follows: $200 for Terry G. Davis; $175 for Afrika Parchman.

5. The agreement is subject to review and approval by the U.S. Department of Housing and Urban Development.

In witness whereof, the parties have caused this Agreement to be executed on this the 7th day of January, 2005.

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA

BY: _____
            Interim Executive Director

DAVIS, HATCHER & PARCHMAN, L.L.C.

BY: _____
            Attorney Representative

McInnish 662