DEFENDANT'S
EXHIBIT

4

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Office:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

March 7, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

## BILLING FOR THE MONTHS OF JANUARY and FEBRUARY 2003

Dear Mr. McInnish:

Enclosed you will find my bill for services rendered for the months of January and February 2003. The total for services rendered is $2,000.00.

If you have any questions, please contact me.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
03/07/03
Account No: 21-00
Statement No: 91

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery AL 36104-3056
United States

Attn: C. Michael McInnish

Montgomery Housing Authority

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/07/03** |  |  |  |  |
| TGD | Reviewed draft PHA plans; attended special meeting of Board; | 0.00 | 1.00 |  |
| TGD | Reviewed materials from Executive Director; reviewed packet for January 21, 2003 Board meeting | 0.00 | 1.00 |  |
| **01/21/03** |  |  |  |  |
| TGD | Attended regular meeting of the Board | 0.00 | 1.00 |  |
| **02/10/03** |  |  |  |  |
| TGD | Reviewed and edited proposed By-laws, resolutions and minutes of the Board; | 0.00 | 1.50 |  |
| **02/12/03** |  |  |  |  |
| TGD | Received and began review of policy of use of force | 0.00 | 0.50 |  |
| **02/18/03** |  |  |  |  |
| TGD | Attended regular meeting of the Board | 0.00 | 1.00 |  |
|  | Terry G. Davis |  | 6.00 | 0.00 |
|  | For Current Services Rendered |  | 6.00 | 0.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Terry G. Davis | 6.00 | $0.00 | $0.00 |

### Expenses

C. Michael McInnish

Montgomery Housing Authority

Page: 2
03/07/03
Account No:   21-00
Statement No:      90

| | | |
|---|---|---|
| 01/31/03 Monthly Retainer | | 1,000.00 |
| 02/28/03 Monthly Retainer | | 1,000.00 |
| Total Expenses | | 2,000.00 |
| Total Current Work | | 2,000.00 |
| Balance Due | | $2,000.00 |

Terry G. Davis



Case 2:06-cv-01021-ID-TFM   Document 12-2   Filed 01/04/2007   Page 4 of 28

⑆033531⑆ ⑇062005690⑇ 02 0200 0539⑆

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA   GENERAL FUND

033531

## DAVIS & HATCHER LLC

05-09-2003

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | ORDER | DISCOUNT | NET |
|-----------|------|-------------|-------------|-------|-------|----------|-----|
| 021550 | INV | RETAINER - APRIL/MAY/JUNE | 001.4130.0000.00 | | 710.00 | 0.00 | 710.00 |
| 021550 | INV | RETAINER - APRIL/MAY/JUNE | 006.4130.0000.00 | | 290.00 | 0.00 | 290.00 |

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0562

May 5, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

## BILLING FOR THE MONTHS OF APRIL, MAY and JUNE 2003

Dear Mr. McInnish:

Enclosed you will find my bill for the retainers for the months of April, May and June 2003. The total monthly retainer due is $3,000.00.

If you have any questions, please contact me.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

02.155 0

ulm #0015 45

001.4180.000.00
006.4130.0000.00

OK for April
$1000.00

3 MAY -9 PM 2:18

RECEIVED

**O.K. TO PAY**
**G. MOSELEY**

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
05/05/03

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery AL 36104-3056
United States

Account No:  21-00
Statement No:   119

Attn: C. Michael McInnish

Montgomery Housing Authority

### Expenses

| | | |
|---|---|---:|
| 04/01/03 | May Monthly Retainer | 1,000.00 |
| 05/01/03 | April Monthly Retainer. | 1,000.00 |
| 06/01/03 | June Monthly Retainer. | 1,000.00 |
| | Total Expenses | 3,000.00 |
| | Total Current Work | 3,000.00 |
| | Balance Due | $3,000.00 |

Terry G. Davis

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592



ʷ033704ʷ ⑆062005690⑆ 02 0200 0539ʷ

033704

DAVIS & HATCHER LLC

05-23-2003

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|---|
| 021627 | INV | MAY MONTHLY RETAINER | 001.4590.0000.00 | | 710.00 | 0.00 | 710.00 |
| 021627 | INV | MAY MONTHLY RETAINER | 001.4590.0000.00 | | 290.00 | 0.00 | 290.00 |

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Office:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

May 13, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:    CORRECTED BILLING FOR THE MONTH OF APRIL 2003

Dear Mr. McInnish:

Enclosed you will find a corrected bill for the retainer for the month of April 2003. The total monthly retainer received was $1,000.00 (receipt enclosed). My next bill will be for the month of May 2003.

If you have any questions, please contact me.

Thank you.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

RECEIVED
03 MAY 14 PM 2:06

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C.  20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

## CORRECTED INVOICE

Page: 1
05/13/03
Account No:     21~00
Statement No:       130

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery  AL  36104-3056
United States

Attn: C. Michael McInnish

Montgomery Housing Authority

### Expenses

| | |
|---|---|
| 04/01/03 May Monthly Retainer | 1,000.00 |
| Total Expenses | 1,000.00 |
| Total Current Work | 1,000.00 |
| Balance Due | $1,000.00 |

O.K. TO PAY
G. MOSELEY

Inv. #021627

Terry G. Davis



Chase.com/publicfund-fun_rate / Document_name – Page 10 of 28 / Case 35:0018

⑃035520⑃ ⑃062005690⑃ 02 0200 0539⑃

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA  GENERAL FUND

**035520**

## DAVIS & HATCHER LLC

10-08-2003

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|---|
| 022433 | INV | JUNE BILLING | 001.4130.0000.00 | | 1000.00 | 0.00 | 1000.00 |
| 022433 | INV | JULY BILLING | 001.4130.0000.00 | | 1000.00 | 0.00 | 1000.00 |
| 022433 | INV | AUGUST BILLING | 001.4130.0000.00 | | 1000.00 | 0.00 | 1000.00 |

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

October 1, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL. 36104-3056

RE:   BILLING FOR THE MONTHS OF MAY, JUNE, JULY AND AUGUST 2003

Dear Mr. McInnish:

Enclosed you will find the bill for the retainer for the months of May, June, July and August 2003 at the rate of $1,000 per month. The total of this bill is $4,000.00. The next bill will be for the month of September 2003. I will begin submitting invoices monthly.

If you have any questions, please contact me.

Thank you.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

O.K. TO PAY
G. MOSELEY

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
10/01/03

C. Michael McInnish
Montgomery Housing Authority          Account No:   21-00
1020 Bell Street                      Statement No:     188
Montgomery  AL  36104-3056
United States

Attn: C. Michael McInnish

Montgomery Housing Authority

## Expenses

| | | |
|---|---|---:|
| 05/01/03 | May Monthly Retainer. | 1,000.00 |
| 06/01/03 | June Monthly Retainer. | 1,000.00 |
| 07/31/03 | Retainer for the Month of July 2003. | 1,000.00 |
| 08/29/03 | Retainer for the Month of August 2003. | 1,000.00 |
| | Total Expenses | 4,000.00 |
| | Total Current Work | 4,000.00 |
| | Balance Due | $4,000.00 |

Terry G. Davis

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-8440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C.  20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592



⑈035740⑈ ⑆062005690⑈ 02 0200 0539⑈

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA  GENERAL FUND

035740

## DAVIS & HATCHER LLC

10-27-2003

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|---|
| 022507 | INV | SEPTEMBER 2003 BILLING | 001.4130.0000.00 | | 710.00 | 0.00 | 710.00 |
| 022507 | INV | SEPTEMBER 2003 BILLING | 006.4130.0000.00 | | 290.00 | 0.00 | 290.00 |

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Office:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

October 15, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

**RE:   BILLING FOR THE MONTH SEPTEMBER 2003**

Dear Mr. McInnish:

Enclosed you will find the bill for the retainer for the month of September 2003 at the rate of $1,000 per month.  The total of this bill is $1,000.00.

If you have any questions, please contact me.

Thank you.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

clnv.# 02258)

POSTED
M.J.

OK TO PAY
B. MO. LEY

41 Marietta Street, N.W.,
Suite 1050
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW
Suite 300
Washington, D.C.  20004
(202) 661-4611

4183 Carmichael Road
Suite B
Montgomery, Alabama 36106
(334) 270-0592

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Office:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
10/15/03

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery AL 36104-3056
United States

Account No:   21-00
Statement No:   202

Attn: C. Michael McInnish

Montgomery Housing Authority

### Expenses

| | | |
|---|---|---|
| 09/30/03 Retainer for the Month of September 2003. | | 1,000.00 |
| Total Expenses | | 1,000.00 |
| Total Current Work | | 1,000.00 |
| Balance Due | | $1,000.00 |

Terry G. Davis



Case 2:06-cv-00118-WKW-TFM   Document 101-7   Filed 10/02/2007   Page 16 of 28

⑂036210⑂ ⑅062005690⑅ 02 0200 0539⑀

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA   GENERAL FUND

036210

## DAVIS & HATCHER LLC

12-03-2003

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|---|
| 022678 | INV | OCTOBER 2003 BILLING | 001.4130.0000.00 | | 710.00 | 0.00 | 710.00 |
| 022678 | INV | OCTOBER 2003 BILLING | 006.4130.0000.00 | | 290.00 | 0.00 | 290.00 |

# Davis & Hatcher, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
Tdavis@dhlaw.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

November 25, 2003

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:   BILLING FOR THE MONTH OCTOBER 2003

Dear Mr. McInnish:

Enclosed you will find the bill for the retainer for the month of October 2003 at the rate of $1,000 per month. The total of this bill is $1,000.00.

If you have any questions, please contact me.

Thank you.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosures

O.K.     AY
G.   H.EY

POSTED
M.J.

34 Peachtree St., N.W.,
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW, Ste 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Rd, Suite B
Montgomery, Alabama 36106
(334) 270-0592

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
terrydavis@mindspring.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
11/25/03

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery  AL  36104-3056
United States

Account No:    21-00
Statement No:     213

Attn: C. Michael McInnish

Montgomery Housing Authority

### Expenses

10/31/03 Retainer for the Month of October 2003.          1,000.00
                                                          _____
        Total Expenses                                     1,000.00

        Total Current Work                                 1,000.00

        Balance Due                                       $1,000.00
                                                          ===========

001. 4/30. aus. 00          710.00
006. 4/30. aus. 00          290.00

_____
  Terry G. Davis



‖°038040‖ ‖:062005690‖: 02 0200 0539‖°

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA GENERAL FUND

## DAVIS & HATCHER LLC

04-23-2004

**038040**

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|-----------|------|-------------|-------------|-------|-------|----------|-----|
| 023309 | INV | ACCT. #21-00 SERVICES | 001.4130.0000.00 | | 7242.50 | 0.00 | 7242.50 |
| 023309 | INV | RENDERED 11/03 - 4/04 | 001.4130.0000.00 | | 0.00 | 0.00 | 0.00 |

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELLORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

April 22, 2004

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:    **BILLING FOR THE MONTHS OF NOVEMBER 2003 - APRIL 2004**

Dear Mr. McInnish:

Enclosed you will find the bill for services rendered for the months of November 2003 through April 2004. This invoice contains no time for services rendered regarding litigation involving removal and appointment of Commissioners to the Montgomery Housing Authority. That time will be billed under separate cover.

Thank you.

Sincerely,

Terry G. Davis

O.K. TO PAY
G. MCK?LEY

TGD/dpb
Enclosures

34 Peachtree St., N.W., Ste 2210
Atlanta, Georgia 30303
(404) 526-9440

1201 Pennsylvania Avenue, NW, Ste 300
Washington, D.C. 20004
(202) 661-4611

4183 Carmichael Rd, Suite B
Montgomery, Alabama 36106
(334) 270-0592

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362
Page: 1
04/23/04

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery  AL  36104-3056
United States

Attn: C. Michael McInnish

Montgomery Housing Authority

Account No:   21-00
Statement No:    268

### Fees

|  |  | Rate | Hours |
|---|---|---|---|
| **11/14/03** | | | |
| TGD | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintenance reports, correspondence,  MHA monthly reports, apartment summary reports, financial data. | 0.00 | 1.50 |
| **11/18/03** | | | |
| TGD | Attended MHA  Board meeting | 0.00 | 1.50 |
| **12/10/03** | | | |
| TGD | Reviewed and edited contracts from Chester Mallory; reviewed agency agrement; reviewed appraisal data; telephone conference with Chester Mallory | 175.00 | 1.20 |
| **12/12/03** | | | |
| TGD | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintaince reports, correspondence,  MHA monthly reoprts, apartment summary reports, financials data. | 0.00 | 1.50 |
| **12/16/03** | | | |
| TGD | Attended board meeting of Montgomery Housing Authority | 0.00 | 1.50 |
| **12/23/03** | | | |
| TGD | Telephone conference with Chester Mallory; reviewed offer; reviewed email form Mickey McInnish; | | |

Page: 2
04/23/04
Account No:  21-00
Statement No:   268

C. Michael McInnish

Montgomery Housing Authority

|  | | Rate | Hours |
|---|---|---|---|
| | telephone conference with Agnela Tellis; compiled data for lease agreement | 175.00 | 1.40 |
| **12/28/03** | | | |
| TGD | Review email from Mickey McInnish; telephone conference with Anela Tellis; preparation of draft memorandum of understanding regarding Smiley Court convenience store; draft lease agreement for 4102 Williams Street; preparation of note to Angela Tellis; revised and edited documents. Telephone conferences with Ms. Tellis. | 175.00 | 3.00 |
| **01/15/04** | | | |
| TGD | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintenance reports, correspondence, MHA monthly reports, apartment summary reports, financial data. | 0.00 | 1.50 |
| **01/20/04** | | | |
| TGD | Attended MHA Board meeting | 0.00 | 1.50 |
| **02/10/04** | | | |
| TGD | Attended special board meeting of MHA. (Construction and Bids, Tulane Court) | 175.00 | 1.50 |
| **02/19/04** | | | |
| TGD | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintenance reports, correspondence, MHA monthly reports, apartment summary reports, financial data. | 0.00 | 1.50 |
| **02/24/04** | | | |
| TGD | Attended MHA board meeting | 0.00 | 1.50 |

C. Michael McInnish

Montgomery Housing Authority

Page: 3
04/23/04
Account No:  21-00
Statement No:     268

| | | Rate | Hours | |
|---|---|---|---|---|
| 03/12/04 | | | | |
| TGD | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintenance reports, correspondence, MHA monthly reports, apartment summary reports, financial data. Reviewed packet and information with associate attorney Afrika Parchman | 0.00 | 1.50 | |
| | Terry G. Davis | | 20.60 | 1,242.50 |
| 03/16/04 | | | | |
| ASC | Reviewed board packet, minutes of last meeting, agenda, recommendations for changes to procedures; maintenance reports, correspondence, MHA monthly reports, apartment summary reports, financial data. | 0.00 | 1.50 | |
| | Afrika S. Chisholm | | 1.50 | 0.00 |
| | For Current Services Rendered | | 22.10 | 1,242.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Terry G. Davis | 13.50 | $0.00 | $0.00 |
| Terry G. Davis | 7.10 | 175.00 | 1,242.50 |
| Afrika S. Chisholm | 1.50 | 0.00 | 0.00 |

### Expenses

| | | |
|---|---|---|
| 11/01/03 Retainer for November, 2003 | | 1,000.00 |
| 12/01/03 Retainer for December, 2003 | | 1,000.00 |
| 01/01/04 Retainer for January, 2004 | | 1,000.00 |
| 02/01/04 Retainer for February, 2004 | | 1,000.00 |
| 03/01/04 Retainer for March, 2004 | | 1,000.00 |
| 03/01/04 Retainer for April, 2004 | | 1,000.00 |
| Total Expenses | | 6,000.00 |

C. Michael McInnish

Montgomery Housing Authority

Page: 4
04/23/04
Account No: 21-00
Statement No: 268

Total Current Work                    7,242.50

Balance Due                          $7,242.50

Terry G. Davis



⊪038205⊪ ⑆062005690⑆ 02 0200 0539⊪

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA  GENERAL FUND

DAVIS & HATCHER LLC                          05-07-2004                    **038205**

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|-----------|------|-------------|-------------|-------|-------|----------|-----|
| 023394 | INV | MAY 2004 MONTHLY RETAINER | 001.4130.0000.00 | | 710.00 | 0.00 | 710.00 |
| 023394 | INV | MAY 2004 MONTHLY RETAINER | 005.4130.0000.00 | | 290.00 | 0.00 | 290.00 |

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

**Writer's Offices:**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

May 5, 2004

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:   BILLING FOR THE MONTH OF MAY 2004

Dear Mr. McInnish:

Enclosed you will find the invoice for the firm's retainer for the month of May 2004 in the amount of $1,000.00.

If you have any questions, please contact me.

Thank you.

Sincerely,

*Do we pay in advance??*

Terry G. Davis

TGD/dpb
Enclosures

POSTED
M.J.

O.K. TO PAY
G. MOSELEY

34 Peachtree St., N.W., Ste 2210
Atlanta, Georgia 30303
(404) 526-8440

1201 Pennsylvania Avenue, NW, Ste 300
Washington, D.C.  20004
(202) 661-4611

4183 Carmichael Rd, Suite B
Montgomery, Alabama 36106
(334) 270-0592

Law Offices

# Davis & Hatcher, L.L.C.

ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Page: 1
05/05/04
Account No: 21~00
Statement No: 278

C. Michael McInnish
Montgomery Housing Authority
1020 Bell Street
Montgomery  AL  36104-3056
United States

Attn: C. Michael McInnish

Montgomery Housing Authority

### Expenses

05/01/04 Retainer for Month of May                    1,000.00

           Total Expenses                              1,000.00

           Total Current Work                          1,000.00

           Balance Due                                $1,000.00

Terry G. Davis



⑈038623⑈ ⑆062005690⑆ 02 0200 0539⑈

THE HOUSING AUTHORITY OF THE CITY OF MONTGOMERY, ALABAMA  GENERAL FUND

038623

DAVIS & HATCHER LLC                              06-15-2004

| REFERENCE | TYPE | DESCRIPTION | G/L ACCOUNT | GRANT | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|---|---|
| 023541 | INV | JUNE MONTHLY RETAINER | 001.4190.0009.00 | | 1000.00 | 0.00 | 1000.00 |

6-30-04

01.4190.0009.00        (1000.00)
01.4130.0000.00         1000.00