

2-4

# MONTGOMERY HOUSING AUTHORITY
## MEMORANDUM

C. MICHAEL MCINNISH
EXECUTIVE DIRECTOR
334-206-7187
334-799-4406
MMCINNISH@MHATODAY.ORG

July 21, 2004

TO:      BOARD OF COMMISSIONERS
FROM:  C. MICHAEL MCINNISH
RE:      ATTORNEY ISSUES
CC:

---

Pursuant to your request, I have pulled documents for your review. As I stated, I have just finished the RFP for legal services for the next two years and it is scheduled to be mailed on September 15. If you would like to review them, please let me know and I will be more than willing to review them with you and get your input before mailing.

I sent out the RFP's in October of 2002 for legal services for 2003 and 2004. We received several responses from different attorneys. I sent a Memo to the board on November 7, 2002 and another on November 25, 2002 relating to these responses. Several board members came by the office to review the responses and the ratings assigned to the responses. The results were given to the Personnel Committee. The Personnel Committee made their recommendations at the December 2002 board meeting. These included contracting with Terry Davis to be the attorney for the board; contracting with Bradley Arant to represent the housing authority in all legal matters; and the Holloway firm to represent us in evictions/collections. This motion was made by the Chairman of the Personnel Committee on behalf of the committee and was passed by a vote of 6-0. I have enclosed herewith a copy of these memos and the minutes.

Also enclosed are copies of the RFP's and responses. The RFP's delineate the duties and responsibilities of the respective attorney classifications.

We have paid Bradley Arant approximately $25,000 in legal fees since January of 2003. This includes the retainers, expenses, and some representation in excess of the retainer not covered by insurance, or which are part of the deductible. We have paid Mr. Davis approximately $19,000 in legal fees and I have statements from him for an additional $18,000 for work done on the lawsuit

McInnish 273

currently pending. Much of this amount was incurred after the Executive Session on April 20, 2004. I am still awaiting approval from HUD to pay this last bill. I am enclosing a copy of a letter I sent to the HUD counsel in May regarding this issue. I met with her last week and payment has been approved subject to us submitting some budget information.

Please let me know if you need any further information or would like to review any of these files.

McInnish 274

# The Housing Authority of the City of Montgomery, Alabama

BOARD MEMBERS
LIFFORD HOLMES
  Chairman
RICHARD N. BOLLINGER
  Vice-Chairman
JOHN F. KNIGHT, Jr.
ANNE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

## MEMORANDUM

November 7, 2002

TO: BOARD OF COMMISSIONERS
FROM: C. MICHAEL McINNISH
RE: ATTORNEY RESPONSES TO RFP

---

We have received several responses to our RFP for attorney services. These are grouped into three categories: Board Attorney, General Attorney, and Eviction/Collections. Mr. Holmes, Mr. Martinez and I opened these proposals today at 1:30 p.m. and did a rating on the different proposals.

Mr. Holmes has asked that I invite each of you to come by the office one day next week to review the proposals and the rating sheets. Our next board meeting is November 19, 2002. I would suggest that either the board or a committee interview some of the candidates to do further negotiation on fees and ask further questions on experience and expertise.

Please call me at 206-7187 or Ms. Belle at 206-7110 if you would like to come by Tuesday through Friday to look at the responses. (Monday is a holiday and we will be closed.) Thank you.

C. Michael McInnish



EQUAL HOUSING OPPORTUNITY

McInnish 275

# The Housing Authority of the City of Montgomery, Alabama

BOARD MEMBERS
CLIFFORD HOLMES
  Chairman
RICHARD N. BOLLINGER
  Vice-Chairman
JOHN F. KNIGHT, Jr.
ANNE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

## MEMORANDUM

### NOVEMBER 25, 2002

TO:     PERSONNEL COMMITTEE
FROM:   C. MICHAEL MCINNISH
RE:     COMMITTEE MEETING

---

I did not know when you wanted to meet to discuss the attorney selection and any other personnel issues. I need to meet with you to discuss the resident initiative staffing and other related issues. We also need to discuss the health insurance issue and our salary comparability study.

I will be here tomorrow (Tuesday), but will be very busy with the Thanksgiving meal at Richardson Terrace Wednesday.

I am available next week with the exception of Tuesday afternoon.

Please let me know when and if you plan to meet so that I can put the proper notices out and on the bulletin board.

I will look forward to our meeting. If you have any questions about any personnel issue, please contact me at your earliest convenience.


EQUAL HOUSING OPPORTUNITY

McInnish 276

Commissioner Long seconded the motion and the "AYES" and "NAYS" were as follows:

AYES:   Richard N. Bollinger
        Anne B. Upchurch
        Thomas Taylor
        Eddie Davis
        Bettie Barnett
        LuAn Long

Nays:   None

The presiding Chairman thereupon declared said motion carried and said resolution adopted this seventeenth day of December 2003.

Commissioner Davis further stated that there was some discussion on reducing staffing in the Resident Initiatives department. The Personnel Committee recommends that staffing remain as is for now. The Executive Director pointed out that the community workers are doing a great job for our residents.

The Personnel Committee chairperson then referred to the Request For Proposals (RFP) received for the Attorney positions. These had been evaluated and reviewed by several board members. The Personnel Committee recommends that the Montgomery Housing Authority contract with Attorney Terry Davis of the Law Firm of Davis & Hatcher, LLC to be the Attorney for the Board. Mr. McInnish stated that the salary for this is negotiable and he estimates that two/three hours per month is what will be needed. Attorney Davis will attend all board meetings and be available to answer any questions the board may have.

The Personnel Committee also recommended the Montgomery Housing Authority contract with Attorney Bradley Arant of the Law Firm of Brantley Arant Rose & White, LLP to represent the Authority

McInnish 277

in all legal matters. The Executive Director estimates approximately four/six hours per month is what will be required.

The Personnel Committee further recommended the Montgomery Housing Authority contract with Attorney John Holloway of the Law Firm of Holloway, Elliot & Moxley, LLP to be the Authority's Evictions/Collections attorney. Mr. McInnish pointed out that this Law Firm is currently doing the Authority's evictions/collections and has done a fine job. To summarize, the following is the motion offered by Commissioner Davis on behalf of the Personnel Committee, and moved for adoption:

RESOLUTION NO. 5019

BE IT RESOLVED by the Board of Commissioners of The Housing Authority of the City of Montgomery, Alabama that based on the foregoing recommendations, the Executive Director of the Montgomery Housing Authority is hereby authorized to enter into suitable contracts with 1) Attorney Terry Davis of the Law Firm of Davis & Hatcher, LLC to be the Attorney for the Board; 2) Attorney Bradley Arant of the Law Firm of Bradley Arant Rose & White, LLP to be the Attorney for the Montgomery Housing Authority and, 3) Attorney John Holloway of the Law Firm of Holloway, Elliott & Moxley, LLP to be the Authority's Evictions/Collections attorney.

Commissioner Upchurch seconded the motion and the "AYES" and "NAYS" were as follows:

    AYES:  Richard N. Bollinger
           Anne B. Upchurch
           Thomas Taylor
           Eddie Davis
           Bettie Barnett
           LuAn Long

**Montgomery HOUSING Authority**

MICHAEL McINNISH
EXECUTIVE DIRECTOR

1020 BELL STREET ♦ MONTGOMERY ♦ ALABAMA ♦ 36104-3008
(334) 206-7200 ♦ (334) 206-7222 Fax ♦ MHAToday.org

CLIFFORD HOLMES
CHAIRMAN

May 3, 2004

Hon. Barbara Ethredge
Chief Counsel
U.S. Dept. of Housing and Urban Development
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, AL 35203

RE: MHA DECLARATORY JUDGMENT

Dear Ms. Ethredge:

Please find enclosed a copy of a letter sent to me by the attorney for the board of commissioners about the action we have filed to determine whether a board member can be removed and as amended to include who has appointment power. A copy of the answer has also been enclosed for your review.

The court has set a hearing for June 30, 2004. I will continue to keep you informed as the case progresses.

When this case was filed, I did not anticipate fees in excess of $10,000.00. I informed the MHA attorney of the limitations and he proceeded with that information. At our April board meeting, the attorney who attends board meetings discussed the case with the board and he, at their request, is now very actively involved in the case. He has submitted a bill for services in excess of $8,000.00. Therefore, the total is now above the $10,000 limit. We procured their services through competitive proposals and both have contracts for retainers and hourly rates. I sent Mr. Sprayberry an email on the 13th of May about this issue.

I am working on authorizing payment to the two attorneys based upon our contracts with them for retainers and a hourly rates for work in excess. The attorneys were selected by competitive procurement. I am enclosing a copy of their contracts for your review. Please let me know if any additional information is required.

Thank you for your help and assistance.

Sincerely,

C. Michael McInnish
Executive Director

McInnish 211

THOMAS TAYLOR, Vice-Chair
BETTIE BARNETT

RICHARD N. BOLLINGER
LUAN LONG

JOHN F. KNIGHT Jr.
RON DRINKARD

ANNE S. UPCHURCH
DAVID S. BARLEY, II