
DEFENDANT'S EXHIBIT
31

# Montgomery Housing Authority

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

1020 BELL STREET • MONTGOMERY • ALABAMA • 36104-3006
(334) 206-7200 • (334) 206-7222 Fax • MHAToday.org

THOMAS TAYLOR
CHAIRMAN

August 9, 2004

Hon. Terry G. Davis
Davis & Hatcher, LLC
4183 Carmichael Road, Suite B
Montgomery, AL 36106

Dear Mr. Davis:

I am in receipt of your letter of August 2, 2004. As I told you my week was filled with meetings with HUD officials and other matters and therefore I could not give you an immediate response.

The HUD Litigation Guide gives the approval to spend $10,000.00 on litigation. This is the same policy that I have tried to explain on several occasions. We did receive the letter from HUD authorizing the lawsuit pursuant to the Litigation Guide. That decision is the one which authorized the expenditure. You were furnished a copy of that letter in our meeting with Mr. Stewart in April. Mr. Stewart has the letter and can furnish you another copy if it has been misplaced.

Mr. Stewart represents the Montgomery Housing Authority. Our insurance company is paying his bills as the attorney for the MHA. As you are aware, insurance companies have attorneys they have approved for representation and his firm has been approved and has been representing us for many months. You had indicated you would call Mr. Boggs to discuss insurance issues, but he informs me he has not heard from you. You are welcome to review our policies at your convenience. Please contact Mr. Boggs directly at 206-7227 to arrange a time to meet with him. He will be on leave all of this week but will return next week.

HUD called us last week to discuss where we could get the funds to pay the legal bills for this lawsuit. We will have to do a budget revision at some point in the future to take the money from another line item and put under the legal line. You will be paid as soon as approval is received from HUD. I have tried to keep you informed, including reporting on my discussions with the Birmingham office and the progress we have been making. I am following the Litigation Guide to the best of my ability. As soon as I receive approval, I will have the check drafted and call your office to come pick it up.

I have received your July statement for $2,984.25. I will add that to the prior statements. However, I did not notice that you credited any part of that from the retainer paid each month. Please advise on this issue.

I will see you Thursday morning.

Sincerely,

C. Michael McInnish
Executive Director

McInnish 323

LUAN LONG, Vice-Chair
BETTIE BARNETT

RICHARD N. BOLLINGER
CLIFFORD HOLMES

JOHN F. KNIGHT Jr.
RON DRINKARD

ANNE B. UPCHURCH
DAVID S. BARLEY, II