

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301



32

8/9/04

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

SUBJECT: Attorney Litigation Fees and Expenses

Dear Mr. McInnish:

We are in receipt of your letter dated July 21, 2004, in regards to the Authority's cost incurred in attorney litigation fees and expenses.

Please be advised that since your PHA has not incorporated the $18,847.50 for legal fees within it's current budget, a budget revision must be completed to reflect these costs thirty (30) days prior to the close of the Authority's FYE 3/31/05. In addition, our office has no objection in the payment of subject fees and expenses providing that MHA maintains adequate funds within the budget and there is no adverse impact in the financial status of the Authority.

Should you have any questions, please contact me at (205) 731-2630, extension 1101 or Bernice H. Jones, Financial Analyst, at (205) 731-2630, extension 1041.

Sincerely,

R. Edmond Sprayberry
Director
Office of Public Housing