

DEFENDANT'S
EXHIBIT

3 $

**C. MICHAEL McINNISH**
**EXECUTIVE DIRECTOR**

# Montgomery HOUSING Authority

1020 BELL STREET ♦ MONTGOMERY ♦ ALABAMA ♦ 36104-3006
(334) 206-7200 ♦ (334) 206-7222 Fax ♦ MHAToday.org

**THOMAS TAYLOR**
**CHAIRMAN**

October 18, 2004

Hon. Terry G. Davis
Davis & Hatcher, LLC
4183 Carmichael Road, Suite B
Montgomery, AL 36106

Hon. Charles A. Stewart III
401 Adams Ave., Suite 780
Montgomery, AL 36104

Dear Sirs:

I am writing this letter to each of you to review our legal expenses and our legal budget at the Montgomery Housing Authority. We had budgeted $30,000.00 for our legal budget for this fiscal year. Because of the lawsuit, we had to add another $40,000.00 to this budget via a budget revision. This was done in September 2004 by board resolution. We have $12,000.00 in retainer expenses to pay for October 04 through Mar 05.

Our current FY expenditures total approximately $57,000.00. We are therefore, before any October bills for services in September are paid, within one thousand dollars of our total budget for this fiscal year.

I realize that this has been an unusual year due to the lawsuit and other board inquiries which have occupied a lot of your time and my time. Our board has revised the budget and we will soon be over that new amount and will have to go to them once again for a budget revision. I am not sure what account we will be able to use to take the additional monies from. The last budget revision took funds from our staff line items and other line items.

As contracting officer, I am therefore notifying you that any amounts that you foresee will exceed your representative $1000.00 monthly retainer must be approved by me in advance of the hours being billed. You may send me the request, the reason therefore, and the estimated hours via email and I will respond to you as soon as possible.

McInnish 487



LUAN LONG, Vice-Chair
BETTIE BARNETT

RICHARD N. BOLLINGER
CLIFFORD HOLMES

JOHN F. KNIGHT Jr.
RON DRINKARD

ANNE B. UPCHURCH
DAVID S. BARLEY, II

Exhibit 116

Thank you for your cooperation in this request. If you should have any questions or need any clarification, please do not hesitate to contact me.

Sincerely,

C. Michael McInnish
Executive Director

CC:    Board Chair and Vice Chair
       Accounting

McInnish 488