DEFENDANT'S EXHIBIT 41

## Mickey McInnish

**From:** Mickey McInnish [mmcinnish@mhatoday.org]
**Sent:** Tuesday, October 19, 2004 9:56 AM
**To:** Thomas Taylor (ttaylor2@montgome.gannett.com)
**Subject:** Attorney Issues

I am holding the two letters until we can discuss further. We have only a set amount budgeted for the legal fees and are already in the posture of having to do another budget revision. I am not questioning any action the board may take in giving Mr. Davis assignments in his capacity as attorney who advises the board. I am, however, concerned about the financial impact of these bills. When I was hired, I tried to get control over our expenses and exorbitant contracts. This was accomplished. I review many bills and have asked many questions prior to paying the bills. That is my duty as the director. I make monthly reports of our financial conditions.

We have not had any problems during the first sixteen months of the legal contracts. It was only after we started the court case, which was being handled by the MHA attorney with the consultation with the attorney hired to work with the board, that the bills began to grow beyond our budget. The budget control is a part of my duties. Then came the investigations created because, I assume, of the executive sessions. I went over those bills with you last month and got your approval to pay them. We are now facing another bill and budget issue which I am trying to control. Not control what the board asks Mr. Davis to do, but to control the expenses above and beyond our budget and revised budget. The board may engage him to do anything which is within the powers of the board, but I simply need to be informed as to the financial status of the engagement so that an amount can be set for the services since they are in excess of the contract price of a retainer under the contract.

I did send you and the Vice Chairman copies of the memo last Friday and again regarding the legal issue. I did not have a copy of Ms. Barnett's letter at the time I wrote either of these to you as the officers of the board. Pursuant to your request, I will not send both of you any correspondence in the future, i.e. will only communicate with you unless I send to entire board. The matters raised were, in my opinion, proper for the elected officers of the board, but I will comply with your request.

I have drafted another letter to Mr. Stewart and Mr. Davis about the future work on the court case wherein I have asked Mr. Davis to take over the case due to our probable non-insurance coverage and assume that this meets with the direction the board has taken, since we have paid Mr. Davis for his services in the representation of the board. I am attaching a copy of it to this email for your review. Again I am holding the other two letters and will not send them out without your authority. Please let me know what you want to do with the letters and issues raised by them. I will be more than willing to discuss the matters contained therein with the board at the appropriate time, but will need authority to pay the bills or portions thereof, as I believe we need to have some control over the fees charged and need to have clarification on questions raised prior to paying those items for which I have questions. The sooner we can get this matter settled, the quicker the proper amounts can be paid and monitored.

Thank you for your call this morning. Please let me know if you need anything further. I am available all day except from 10-2 when I have meetings scheduled. If needed, please call my 799-4406 number or email me.