Mickey McInnish

| | |
|---|---|
| From: | Mickey [MMcinnish@nextel.blackberry.net] |
| Sent: | Friday, October 29, 2004 8:17 AM |
| To: | Mickey McInnish |
| Subject: | Fw: Paterson Court and Legal Bill |

**DEFENDANT'S EXHIBIT 42**

-------Original Message-------
To: Taylor, Thomas
Sent: Oct 20, 2004 3:58 PM
Subject: Re: Paterson Court and Legal Bill

Would be good since you have the marked copy. If you can bring tonight I can get it in process for payment. Thank you very much.

-------Original Message-------
From: Taylor, Thomas
To: Mickey McInnish
Sent: Oct 20, 2004 3:56 PM
Subject: RE: Paterson Court and Legal Bill

I will try to make the council meeting.

In accordance with the directives of the board, Mr. Davis' bills will be submitted to/thru me for review, approval, and submission to you for final processing. I have reviewed and approve the current bill for payment in full. If I need to mark/sign/date on this one, let me know.

-------Original Message-------
From: Mickey McInnish [mailto:mmcinnish@mhatoday.org]
Sent: Wednesday, October 20, 2004 2:46 PM
To: Taylor, Thomas
Subject: Paterson Court and Legal Bill


I am going to Paterson Court resident council meeting today at 5 with investigator to talk about safety concerns. I would welcome you to drop by and we can announce the new committee. If you can't come, I will tell them about committee.


What was final result on handling the legal bills? When I came back in, Mr. Davis said something about his bills not coming to me again, or something to that effect. Please let me know what to do with the bill.
If you are to approve, need to have it marked approved, signed, dated, and returned so I can send through accounting. Just let me know.


Thanks.



Mickey McInnish

1

McInnish 530

Mickey McInnish

**From:** Mickey McInnish [mmcinnish@mhatoday.org]
**Sent:** Wednesday, October 20, 2004 4:22 PM
**To:** 'Taylor, Thomas'
**Subject:** RE: Paterson Court and Legal Bill

CHECK IS BEING PROCESSED. MAY BE READY BY TOMORROW. MR. DAVIS CAN CALL MS. MOSELEY TOMORROW AFTERNOON TO SEE IF IT HAS BEEN COMPLETED SO HE CAN PICK UP. THANK YOU.

**From:** Taylor, Thomas [mailto:ttaylor@montgome.gannett.com]
**Sent:** Wednesday, October 20, 2004 4:15 PM
**To:** Mickey McInnish
**Subject:** RE: Paterson Court and Legal Bill

Mr. Davis current bill has been reviewed and approved for payment of balance. Please process.

Thomas Taylor
Chairman
MHA

-----Original Message-----
**From:** Mickey McInnish [mailto:mmcinnish@mhatoday.org]
**Sent:** Wednesday, October 20, 2004 2:46 PM
**To:** Taylor, Thomas
**Subject:** Paterson Court and Legal Bill

I am going to Paterson Court resident council meeting today at 5 with investigator to talk about safety concerns. I would welcome you to drop by and we can announce the new committee. If you can't come, I will tell them about committee.

What was final result on handling the legal bills? When I came back in, Mr. Davis said something about his bills not coming to me again, or something to that effect. Please let me know what to do with the bill. If you are to approve, need to have it marked approved, signed, dated, and returned so I can send through accounting. Just let me know.

Thanks.

11/1/2004