

# MONTGOMERY HOUSING AUTHORITY
## MEMORANDUM

C. MICHAEL MCINNISH
EXECUTIVE DIRECTOR
334-206-7187
334-799-4406
MMCINNISH@MHATODAY.ORG

November 1, 2004

TO: Charles Stewart, Terry Davis
FROM: C. Michael McInnish
RE: MHA and City Council Case
CC:

---

Gentlemen:

Thank you for coming to the special board meeting last week. My recollection is that the Board gave the authority to Mr. Davis to file a Motion for Rehearing or Reconsideration on the case, which has now been filed. A decision will be reached after that as to the appeal.

This case was initially filed on the issues of whether or not the City Council could remove by ordinance or resolution the sitting members of the board appointed by the Mayor. The initial action was filed to stop this possible action by the Council. The Board had given authority to file on that issue and on the issue of appointment powers. Before the city could answer, we filed amendments as to the second issue. I was hoping the city would respond and bring up that issue (which I had been informed that they would) so we could save some money for legal fees. However we proceeded and all issues were tried before Judge Reese.

We had insurance coverage for the initial issues, which have been resolved in our favor. I therefore understand that we have no insurance coverage, as there are no issues to appeal as to the actions of the board and the removal by ordinance or resolution issue.

Since Mr. Davis has represented the Board throughout these proceedings, especially in the issues of appointment, and since we have no further insurance coverage, Mr. Davis should handle the case from this point further, including any Motion for Rehearing, appeals, etc. We simply cannot afford to pay double attorney fees from this point forward.

McInnish 532

I would request that Mr. Davis forward me copies of any motions, pleadings, etc., for my file. I also need to have an estimate of costs which may be incurred for the filing of the Motion, appeal, etc. Please get that information to me by the end of this week so I can take proper steps for review. In addition, please remember that the permission from HUD to appeal is required, so please get the required information to the HUD legal counsel.

Thank you both for your respective representation.

McInnish 533