DEFENDANT'S EXHIBIT 48

# Montgomery HOUSING Authority

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

1020 BELL STREET • MONTGOMERY • ALABAMA • 36104-3006
(334) 206-7200 • (334) 206-7222 Fax • MHAToday.org

THOMAS TAYLOR
CHAIRMAN

November 17, 2004

Mr. R. Edmond Sprayberry
Director, Office of Public Housing
HUD Birmingham Office
Suite 900
950 22nd Street, N
Birmingham, Alabama 35203

Dear Ed,

    Thank you for your call today and your inquiry into to recent events regarding the suspension of Mickey McInnish, Executive Director of the Montgomery Housing Authority. I regret I was unable to provide you more detail, but there are matters under investigation regarding Mr. McInnish's suspension. What I can tell you is that the Board, by a vote of 6 to 1, voted to suspend Mr. McInnish with pay until further notice. An investigation is taking place and Mr. McInnish will be given a due process hearing regarding matters which will be presented to the Board.

    You should know that Mr. Lemuel Boggs, our Assistant Executive Director has been named the Interim Executive Director, and the Montgomery Housing Authority is operating smoothly. There has been no interruption in any aspect of our operation. I have directed Board Counsel, Terry Davis, to answer any specific questions you may have and to provide you with regular updates regarding this matter. His telephone number is (334) 270-0592.

    We at the Montgomery Housing Authority greatly appreciate the support you provide us and we will continue strive to improve the quality of services and programs for our residents and citizens.

With Best Regards,

I am,

                                Sincerely yours,

                                Thomas Taylor
                                Chairman

McInnish 612



LUAN LONG, Vice-Chair    RICHARD N. BOLLINGER    JOHN R. KNIGHT Jr.    ANNE B. UPCHURCH
BETTIE BARNETT              CLIFFORD HOLMES          RON DRINKARD         DAVID S. SARLEY, II

Mr. R. Edmond Sprayberry
November 18, 2004
Page 2


xc: Mr. Lemuel Boggs
Terry Davis, Esq
Barbara Etheridge, Esq.

McInnish 613