

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301



49

November 18, 2004

Mr. Thomas Taylor
Chairman, Board of Commissioners
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

Dear Mr. Taylor:

    It has come to my attention that the Board of Commissioners suspended Mickey McInnish, Executive Director, Montgomery Housing Authority, at the regularly scheduled board meeting on Tuesday, November 16, 2004. A motion was made to suspend Mr. McInnish with pay and it was passed with a 6 to 1 vote. Mr. McInnish was asked to turn in his phone and leave the premises. No reason was given for the suspension.

    I have personally talked with three housing authority board commissioners and none of them have any idea why the Board took this action on Tuesday evening. I am therefore requesting that a special Board meeting be called next week to discuss with all the Board members why this action has taken place. I would also like to be invited to the Board meeting.

    The interests of the Montgomery Housing Authority, its staff, and the residents served are at stake in this decision. Your prompt response to this request is appreciated.

    Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me at (205) 731-2630 extension 1101.

Sincerely,

RES 11-18-2004

R. Edmond Sprayberry
Director
Office of Public Housing

cc:
All Board of Commissioners, Montgomery Housing Authority