

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

**DEFENDANT'S EXHIBIT 56**

January 14, 2005

Mr. Thomas Taylor
Chairman, Board of Commissioners
Montgomery Housing Authority
3929 Piedmont Court
Montgomery, AL 36104

Dear Mr. Taylor:

    I received your letter dated January 3, 2005, on January 10, 2005, and was surprised and distressed at its contents. Once again you allege that I am trying "to attempt to derail the Montgomery Housing Authority's investigation of Mickey McInnish." I disagree with your statement.

    Once the Board of Commissioners of the Montgomery Housing Authority took the action to suspend Mr. McInnish with pay, one of my concerns was and continues to be lack of communication among Board members. The fact that the resolution to suspend Mr. McInnish was voted on without prior discussion by the Board members is also troubling. Three separate Board members have called me and stated they do not know why this action was taken. I requested that you call a special Board meeting to inform all members concerning the suspension; however, you refused saying that this was a sensitive issue and did not need to be discussed at this time. I initially asked for you to share with me the reasons the Board voted to suspend him and you refused.

    I did not chastise you over the telephone as alleged in your letter; however, I did point out that the PHA's own By-Laws were violated when you refused to enter into executive session at a recent board meeting when requested by one of the Board members. I did express concern over your violation of the PHA's By-Laws. As I told you during our last conversation, my belief is that all Board members should be totally informed concerning why Mr. McInnish was suspended. Although a majority of the Board members voted to suspend Mr. McInnish, I have been told that they were unaware of any specifics as to why Commissioner Knight made a motion to suspend him. I strongly believe that keeping information from some Board members is not an effective way to run a housing authority and will cause problems.

Please be assured that I am not working against the Montgomery Housing Authority Board as stated in your letter. My major concern is for the well being of the residents of the Montgomery Housing Authority and the enforcement of the contractual relationship between the Montgomery Housing Authority and the Department of Housing and Urban Development. I am a neutral observer in this investigative process; however, I believe a person is innocent until proven guilty.

My working relationship with Mr. McInnish has been good and I personally asked him to serve on a national industry committee after I was contacted by the Assistant Secretary for Public Housing. His selection to serve on the Negotiated ...aking Committee is an honor for the Montgomery Housing A...ority and ... Birm...... Office

I look f... ...

Si...

1/14/2005

R. Edmond Sprayberry
Director
Office of Public Housing

cc: All Board Members
  Interim Executive Director



McInnish 668