

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301



58

JAN 2 7 2005

Mr. Lemuel E. Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL  36104-3056

SUBJECT:  Extension of Attorney's Contract/Investigation Expenses

Dear Mr. Boggs:

      This responds to the PHA's letter dated January 20, 2005, requesting approval of the fees for the investigation of Mr. McInnish not to exceed $65,000.

      Our letter dated December 9, 2004, disapproved your request for approval of expenditure of $35,000 for legal costs associated with the investigation of Mr. McInnish. Your letter of December 1, 2004, did not state what issues were to be investigated. Since that time, you have not provided information that would allow us to determine:
- If the costs associated with this request are reasonable in relation to the services rendered;
- That the costs are allowable costs under HUD programs and necessary and reasonable for the administration of the program(s); and
- That the costs are eligible and within the "scope of services" of the previous Attorney Employment Agreement for Mr. Davis.

      As we advised you in our letter dated January 12, 2005, the PHA's current contract with Terry G. Davis expired December 31, 2004, and expenses incurred after that date are ineligible for payment by the PHA. Based on the facts that Mr. Davis has an expired contract and that you were previously informed we would not approve additional legal fees for this investigation, your request for $65,000.00 in legal fees is denied.

      As a result of our review of the Requests for Proposals for legal services, we were unable to determine that the evaluations adequately documented and supported the selections made. We look forward to receipt of the reevaluation of the Requests for Proposals for legal services.

If you have any questions or need additional information, please contact me at (205) 731-2630, extension 1101.

Sincerely,

R. Edmond Sprayberry
Director
Office of Public Housing

cc:
Mr. Thomas Taylor
Chairman, Board of Commissioners
All Board Members

McInnish 684