Case 2:05-cv-01235-MHT-TFM   Document 121-23   Filed 01/05/2007

DEFENDANT'S
EXHIBIT
59



## Montgomery Housing Authority

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

1020 BELL STREET • MONTGOMERY • ALABAMA • 36104-2004
(334) 206-7200 • (334) 206-7229 Fax • MHAToday.org

THOMAS TAYLOR
CHAIRMAN

February 3, 2005

Mr. R. Edmond Sprayberry
Director, Office of Public Housing
HUD Birmingham Office
Suite 900
950 22nd Street, N
Birmingham, Alabama 35203

RE: Request for Approval of Settlement for C. Michael McInnish and Payment of Fees and Expenses for Investigation

Dear Mr. Sprayberry:

As you know, the Montgomery Housing Authority on November 16, 2004 approved an investigation into the conduct of its Executive Director C. Michael McInnish, which resulted in charges being brought and a recommendation that Mr. McInnish be terminated from employment. A hearing officer is scheduled to conduct a hearing on the charges on February 10, 2005.

This has been a very unpleasant and difficult ordeal. At this point, the entire Board would like to get this matter completely resolved so that it can move on and be about housing authority business. We feel a settlement is in the best interest of the Montgomery Housing Authority and the residents we serve. On January 12, 2005, Mr. McInnish made an offer of settlement that was rejected by the Board. (copy enclosed) However, the Board instructed our attorney to try and negotiate a reasonable settlement, which has now been done, subject to HUD approval. If this matter is not settled, this Authority will have to go through an intensely combative two-day public hearing beginning on February 10, 2005. Mr. McInnish then has the right to appeal to the City/County Personnel Board where he is entitled to another full public hearing on everything raised in the first hearing. There is also the likelihood for a lawsuit after that. The Board believes a reasonable settlement is the wiser course of action since Mr. McInnish now wants to resign and be eligible to retire.

Our Board is prepared to approve the following terms of settlement if HUD will approve the terms. They are as follows:

1. Mr. McInnish to release of all claims, including EEOC charge and all damage claims;
2. Mr. McInnish to submit his letter of resignation and retirement effective May 9, 2005;
3. Mr. McInnish to continue on paid administrative leave through May 9, 2005;



LINDA LEWIS, Vice-Chair
BETTYE BARNETT

RICHARD H. DOLLINGER
CLIFFORD HOUSER

JOHN F. KNIGHT JR.
ROD DURHAM

ANNIE B. UPSHAW
DAVID G. BARLEY, II

0036
Davis v. Sprayberry

Mr. R. Edmond Sprayberry
February 3, 2005
Page 2

4. Mr. McInnish to receive a severance payment of 110,000, to include personal leave, annual leave and sick leave;
5. MHA to pay a reasonable attorney fees of $16,500 to be included in Amount paid to Mr. McInnish for a total of $126,500 to be paid by MHA. Payment is not an admission of liability;
6. Removal of all charges and any adverse material from Mr. McInnish's personnel file upon his resignation;
7. Mr. McInnish shall be eligible for retirement benefits as any other retiree of MHA;
8. Personal property of Mr. McInnish to be promptly released to him;
9. Mr. McInnish shall not seek future employment with MHA in any capacity;
10. Mr. McInnish may purchase laptop computer he used, subject to HUD rules and regulations;
11. All terms subject to approval of MHA Board and HUD;

Also, we specifically seek approval for payment of fees and expenses to our General Counsel for services rendered in this investigation, through the settlement of this claim. We are requesting approval of $62,000.00 plus payment of the outstanding invoice in the amount of $3,243.25. In as much as the Board is approving this settlement which includes attorneys fees to Mr. McInnish's attorney, we see no reason HUD should not approve payment of fees and expenses to our own attorney who has ably represented the Housing Authority in this matter. The Board feels our attorney should be paid for this work. We are requesting that the settlement not be approved without approval of the payment to our attorney.

We are asking that you expedite consideration of this request because expenses are continuing to mount on both sides. If MHA is unable to secure HUD approval on or before February 9, 2005, MHA will be forced to proceed with the termination hearing and all that is to follow. We have scheduled a board meeting for Wednesday, February 9, 2005 at 12:00 noon, at which time we would be prepared to approve this settlement, if we get HUD approval.

Please call me at (334) 261-1567 or Terry Davis at (334) 270-0592 if you have any questions.

Thank you for your attention to this matter.

Sincerely,

Thomas Taylor
Chairman

0037
Davis v. Sprayberry