Law Offices
## Davis & Hatcher, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

DEFENDANT'S EXHIBIT 62

July 12, 2004

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE:   Request for Legal Opinion Regarding Use of Keys

Dear Mickey:

   Attached is a copy of a request for a legal opinion from Chief Davis regarding use of master keys to enter apartments to execute warrants on persons listed on the lease as well as to respond to pick-up orders issued by the juvenile court. Chief Davis mentioned that he had conversations with you regarding this matter.

   This is a matter, which deals with the day-to-day operation of the Montgomery Housing Authority and would be more appropriately handled by Chuck Stewart. I am not aware that the Housing Authority has adopted any policy on this topic.

   I am submitting this request to you for resubmission to Chuck for an opinion.

   If you have any questions, please contact me.

Sincerely,

Terry G. Davis

TGD/dpb
Enclosure

xc:   Charles A. Stewart, III, Esq.
      Reggield Davis, Chief Investigator

# MONTGOMERY HOUSING AUTHORITY INVESTIGATIVE UNIT

REGGIELD DAVIS
CHIEF INVESTIGATOR
(334) 206-7131

5-EUGENE STREET
MONTGOMERY AL 36104-3056

PHONE (334) 206-7300
FAX:   (334) 206-7151

INVESTIGATOR ERIC BASCOMB
INVESTIGATOR FRANCISCO APONTE
INVESTIGATOR CEDRIC CRAIG
INVESTIGATOR LONNIE THOMAS



TO:         Attorney Terry G. Davis

FROM:       Reggield Davis, Chief Investigator

SUBJECT:    Request for legal opinion (Use of Key)

DATE:       July 8, 2004

Request written guidelines concerning the use of the master keys to enter MHA apartments. Guidelines should include warrants on persons listed on the lease to include pick up orders issued by the juvenile court.

You cooperation in this matter is greatly appreciated. If you have any question or concerns, please call me at (334) 206-7131.

Sincerely,

Reggield Davis

Reggield Davis, Chief Investigator

cc: C. Micheal McInnish