4183 Carmichael Road, Suite B, Montgomery, AL 36106
(334) 270-0582 – Telephone – (334) 279-0362 – FAX

**Fax Center**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Mr. R. Edmond Sprayberry | **From:** | Terry Davis |
| **Fax:** | 1-205-731-2502 | **Pages:** | (9) To Include Fax Cover Page |
| **Phone:** | 1-205-731-2635 | **Date:** | 03/02/05 |
| **Re:** | Montgomery Housing Authority<br>Montgomery, Alabama | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle



DEFENDANT'S EXHIBIT
64

# Davis, Hatcher & Parchman, L.L.C.

*Law Offices*
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

March 3, 2005

Mr. Lemuel (Lane) Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE: Bill for Services Rendered for the Months of November and December 2004

Dear Lane:

Enclosed you will find my bill for services rendered for the months of November and December 2004 in the amount of $28,919.80. This invoice does not cover time for services rendered in January and February 2005. If this invoice is paid within five (5) days of this date, I am willing to waive and forgo submission of an invoice for services rendered for the months of January and February 2005.

Regarding my invoice that was submitted for services rendered in the month of October of 2004 in the amount of $3,243.25, this invoice should be reduced by $525.00 (less three hours at $175.00 per hour as per MHA contract) which leaves a balance of $2,718.25. I am requesting payment of this invoice within the next five (5) days as well.

If you have any questions, please contact me.

Sincerely,

Terry G. Davis

TGD/dpb

Enclosures

xc: Mr. Thomas Taylor
    Mr. Ed Sprayberry
    Ms. Barbara Etheridge

34 Peachtree St., N.W., Ste. 2210 • Atlanta, Georgia 30303 - (404) 526-9440
4183 Carmichael Road, Ste. B • Montgomery, Alabama 36106 - (334) 270-0592

Law Offices
# Davis, Hatcher & Parchman, L.L.C.
ATTORNEYS AND COUNSELORS
P.O. Box 230907
Montgomery, Alabama 36123-0907

Terry G. Davis
(334) 270-0592
E-Mail Address:
tdavis@DHLAW1.com

Writer's Offices:
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Facsimile: (334) 279-0362

Lane Boggs
Montgomery Housing Authority
1020 Bell Street
Montgomery AL  36104-3056
United States

Page: 1
03/02/05
Account No:   21-00
Statement No:    532

Attn: Lane Boggs

Montgomery Housing Authority

### Fees

| Date | | Rate | Hours |
|---|---|---|---|
| 11/10/04 | TGD Telephone conference with Thomas Taylor regarding Riverside Heights; reviewed materials and board minutes and memos on Riverside Heights; Telephone conference with Ken Groves (MHA General) | 175.00 | 3.75 |
| 11/11/04 | TGD Reviewed Board Packet and Agenda Items (MHA General) | 175.00 | 1.00 |
| 11/12/04 | TGD Conference with Ken Groves | 175.00 | 1.50 |
| | TGD Reviewed material from Ken Groves; began preparation of report for Board on Riverside Heights; telephone conference with Mr. Taylor (MHA General) | 175.00 | 3.50 |
| 11/15/04 | TGD Conference with Mr. Taylor; compiled data on Riverside Heights; telephone conference with Paul Hankins; (MHA General) | 175.00 | 3.00 |
| 11/16/04 | TGD Attended Board meeting; conference with members of the Board; reviewed materials from Mr. McInnish's office. (MHA General) | 175.00 | 3.00 |
| 11/17/04 | TGD Telephone conference with Lane Boggs; conference with staff members; reviewed materials and | | |

Case 2:05-cv-01235-MHT-TFM   Document 121-25   Filed 01/05/2007   Page 4 of 11

Lane Boggs

Montgomery Housing Authority

                                Page: 2
                        03/02/05
Account No: 21-00
Statement No:  532

| Date | Description | Rate | Hours |
|---|---|---|---|
|  | files from MHA and Mr. McInnish's office (MHA vs. Mickey McInnish's) | 175.00 | 7.00 |
| 11/18/04 | TGD Compiled and reviewed materials for investigation, cataloged and reviewed files in McInnish's office; conference with Lane Boggs, Rudy Martinez and staff members; telephone conference with Mr. Taylor; email and correspondence with Mr. Bollinger (with copies to board). (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 8.00 |
| 11/19/04 | TGD Compiled and reviewed records and files from Montgomery Housing Authority; continued cataloging files; telephone conferences with staff members. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 7.50 |
| 11/22/04 | TGD Compiled and reviewed documents from the Montgomery Housing Authority in the investigation of activities of Mickey McInnish; telephone conference with MHA staff members; reviewed files and reviewed correspondence from Wayne Sabel. (Montgomery Housing Authority vs. McInnish) | 175.00 | 8.70 |
| 11/23/04 | TGD Continued review of correspondence from Wayne Sabel; prepared correspondence to Wayne Sabel; reviewed personnel policies and procedures; reviewed documents from City/County Personnel Board (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 6.00 |

Lane Boggs

Montgomery Housing Authority

Page: 3
03/02/05
Account No: 21-00
Statement No: 532

|              |                                                                                                                                                                                                                                                                | Rate   | Hours |
|--------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|
| 11/24/04     | TGD Continued review and compilation of files from MHA office; telephone conference with staff; reviewed personnel policy handbook; and prepared correspondence to Wayne Sabel. (Montgomery Housing Authority vs. Mickey McInnish)                              | 175.00 | 6.75  |
| 11/25/04     | TGD Reviewed and analyzed financial and travel records from Montgomery Housing Authority and telephone conference with staff. (Montgomery Housing Authority vs. Mickey McInnish)                                                                                | 175.00 | 7.00  |
| 11/29/04     | TGD Reviewed personnel file of Mickey McInnish; reviewed financial records and expense files; telephone conference with Lane Boggs; telephone conference with Rudy Martiniz; telephone conference with Mr. Taylor. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 8.50  |
| 12/07/04     | TGD Reviewed documents on Riverside Heights; preparation of resolution for Board of Commissioners; telephone conference with Ken Groves; reviewed and edited proposed memorandum of agreement between City and Montgomery Housing Authority and telepohone conference with Mrs. Barnette; reviewed files from Montgomery Housing Authority (MHA General) | 175.00 | 4.00  |
| 12/08/04     | TGD Reviewed correspondence from Wayne Sabel; began preparation of response to Mr. Sabel; reviewed                                                                                                                                                             |        |       |

|  |  |  |
|---|---|---|
| ......... vs. mickey mcinnish) | 175.00 | 7.50 |

12/15/04
    TGD Researched law on and reviewed
    cases on due process; reviewed
    City/County Personnel Board

Lane Boggs

Montgomery Housing Authority

Page: 4
03/02/05
Account No: 21-00
Statement No:   532

| | | Rate | Hours |
|---|---|---|---|
| | files and personal records of Mr. McInnish; telephone conference with staff; continued investigation and review of records from MHA. (Montgomery Housing Authority v. McInnish) | 175.00 | 7.00 |
| 12/09/04 TGD | Telephone conference with Mr. Taylor; telephone conference with staff; reviewed correspondence from Mr. Sabel; preparation of response to Mr. Sabel and reviewed files, records and minutes from the Montgomery Housing Authority. (Montgomery Housing Authority v. McInnish) | 175.00 | 6.00 |
| 12/13/04 TGD | Telephone conference with Mr. Taylor; reviewed articles and documents regarding Mr. McInnish; reviewed agenda from APHAD; review of minutes of Montgomery Housing Authority; reviewed documents from MHA staff; reviewed correspondence from Wayne Sabel; reviewed personnel policies and procedures (Montgomery Housing Authority vs. McInnish) | 175.00 | 8.00 |
| 12/14/04 TGD | Reviewed and analyzed correspondence from Wayne Sabel; continued investigation; reviewed files; letters to Wayne Sabel; telephone conference with Thomas Taylor and conference with MHA staff. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 7.50 |
| 12/15/04 TGD | Researched law on and reviewed cases on due process; reviewed City/County Personnel Board | | |

Lane Boggs

Montgomery Housing Authority

Page: 5
03/02/05
Account No: 21-00
Statement No: 532

| | Rate | Hours |
|---|---|---|
| procedures; preparation of due process procedures; reviewed procedures from Personnel Board; continued investigation and review of files from Montgomery Housing Authority (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 5.75 |

12/16/04
TGD Reviewed board packet for meeting; preparation of status report for board regarding investigation and preliminary findings (Montgomery Housing Authority vs. Mickey McInnish) — 175.00   3.75

12/17/04
TGD Conference with Ken Groves; conference with Kim Fehl; preparation of statement for Ken Groves; reviewed Riverside Height files; conference with Thomas Taylor and telephone conference with staff. (Montgomery Housing Authority vs. Mickey McInnish) — 175.00   4.00

12/18/04
TGD Reviewed minutes of board meetings; continued review of files and records from Montgomery Housing Authority; reviewed policy manual and salary comparability study for MHA and reviewed personnel records.

(Montgomery Housing Authority vs. Mickey McInnish) — 175.00   6.75

12/20/04
TGD Preparation of correspondence to Ken Groves; reviewed financial and travel vouchers and information regarding staff travel; analyzed document files of public relations officer; reviewed personnel files from Mr. McInnish's office

Lane Boggs  
Montgomery Housing Authority

Page: 6  
03/02/05  
Account No: 21-00  
Statement No: 532

| Date | Description | Rate | Hours |
|---|---|---|---|
| | relating to public relations officer; compilation of evidence and continued investigation; telephone conference with staff and reviewed salary data on personnel and pay scale information. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 7.00 |
| 12/21/04 | TGD Telephone conference with Mr. Taylor; reviewed documents on Riverside Heights; attended Board meeting (MHA General) | 175.00 | 4.00 |
| 12/22/04 | TGD Reviewed and analyzed records, reviewed files and exhibits from Montgomery Housing Authority; continued investigation into activities of executive director; preparation of documents; telephone conference with Lane Boggs; reviewed reports, files and evidence and began preparation of charges. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 8.00 |
| 12/23/04 | TGD Conference with Lane Boggs; reviewed insurance data; reviewed records from circuit court case; compiled documents and reviewed files regarding charges and preparation of charges for service. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 7.00 |
| 12/27/04 | TGD Preparation and compilation of exhibits; preparation for termination hearing and telephone conference with staff and witnesses. (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 6.00 |

Lane Boggs

Montgomery Housing Authority

Page: 7
03/02/05
Account No:   21-00
Statement No:    532

|  |  | Rate | Hours |
|---|---|---|---|
| 12/29/04 | TGD Correspondence to Doug Turner; began review proposed contract; began preparation of terms of contract for MHA and preparation of documents for board meeting. (MHA General) Preparation of exhibits for termination hearing and preparation of initial draft of list of witness for the hearing (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 6.00 |
| 12/30/04 | TGD Reviewed case law on due process (Montgomery Housing Authority vs. Mickey McInnish) | 175.00 | 1.00 |

Terry G. Davis
168.95  29,566.25

For Current Services Rendered
168.95  29,566.25

Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Attorney | 168.95 | $175.00 | $29,566.25 |

### Expenses

| | |
|---|---|
| 12/31/04 Office Copies (645 @ .25) | 161.25 |
| 12/31/04 Fax (81 @ .50) | 40.50 |
| 12/31/04 Kwick Kopy Shop Invoice No: 42055 | 64.57 |
| 12/31/04 Kinko's Invoice No. 972833 | 137.23 |
| Total Expenses | 403.55 |
| Total Current Work | 29,969.80 |

### Payments

| | |
|---|---|
| 11/30/04 Less credit for 3 hours at $175 per hour for the Month of November as per Montgomery Housing Authority's contract. | |
| 12/31/04 Less credit for 3 hours at $175 per hour for the | -525.00 |

Lane Boggs

Montgomery Housing Authority

Page: 8
03/02/05
Account No:   21-00
Statement No:    532

| | |
|---|---:|
| Month of December 2004 as per the MHA contract. | -525.00 |
| Total Payments | -1,050.00 |
| Balance Due | $28,919.80 |
| Please Remit | $28,919.80 |

Terry G. Davis