

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

November 18, 2004

Mr. Lane Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

Dear Mr. Boggs:

    This is to advise you that effective this date, this office is requesting the review of all procurement transactions and all draw down of funds from the Line of Credit Control System (LOCCS). All requests of this nature should be faxed to this office or mailed to the appropriate staff person for review and approval.

    This action is necessary with the recent suspension of Mickey McInnish, Executive Director, pending his hearing.

    Should you have any questions, please do not hesitate to contact me at (205) 731-2630 extension 1101.

Sincerely,

R. Edmond Sprayberry
Director
Office of Public Housing

cc:
Mr. Thomas Taylor, Chairman, Board of Commissioners, Montgomery Housing Authority

DEFENDANT'S EXHIBIT
68

www.hud.gov     espanol.hud.gov