

U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

JAN 1 2 2005

Mr. Lemuel E. Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

SUBJECT: Attorney Employment Agreement

Dear Mr. Boggs:

This acknowledges receipt of your fax dated January 10, 2005, transmitting an Attorney Employment Agreement between the PHA and Davis, Hatcher & Parchment, LLC. In accordance with my previous instructions, this and all other contracts must be reviewed and approved by HUD prior to execution.

Please be advised that we are in the process of reviewing the proposal and selection process for two Requests for Proposals (RFP) for legal representation in general legal matters and eviction and collections. The proposed agreement appears to be a result of the RFP for legal representation in general legal matters, which has not been approved. Since the RFP has not been approved, we do not recommend execution of this contract.

Please note that fees incurred prior to execution of such an agreement are ineligible expenditures and cannot be made retroactive. Additionally, the PHA's current contract with Terry G. Davis expired December 31, 2004, and expenses incurred after this date are ineligible for payment by the PHA.

Should you have any questions, please do not hesitate to contact me at (205) 731-2630, extension 1101.

Sincerely,

RES 1/12/2005

R. Edmond Sprayberry
Director
Office of Public Housing

DEFENDANT'S EXHIBIT
69

cc:
Mr. Thomas Taylor,
Chairman, Board of Commissioners

www.hud.gov    espanol.hud.gov

McInnish 663