JAN-18-2005 16:26 FROM:PUBLIC HOUSING        2057312502      TO:334 226 7164         P.2/2



U. S. Department of Housing and Urban Development
Birmingham Office
Region IV
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301

January 18, 2005

Mr. Lemuel E. Boggs
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

SUBJECT: Monthly Retainer for Attorney

Dear Mr. Boggs:

This responds to your fax dated January 12, 2005, requesting approval for payment of the following expenses:

- Monthly Retainer for Davis, Hatcher & Parchman, LLC in the amount of $3,000 (Months of October, November, and December)

Based on the limited information provided, we have no objection to payment of the expenses listed above.

Please note that we await a response to our question transmitted in our letter dated December 9, 2004, in which we requested whether the bill for the month of October is for 18.3 hours or 15.3 hours. The billing submitted for Mr. Davis is for 18.30 hours. His contract states, "Any services rendered in excess of three hours per month shall be billed at $175.00 per hour." Our processing of the request for approval of the October bill will continue upon receipt of this information.

If you have any questions or need additional information, please call Holly Poteete, Public Housing Revitalization Specialist, at (205) 731-2630, extension 1133.

Sincerely,

Carol S. Harmon

Carol S. Harmon
Director
Southern Division
Office of Public Housing

www.hud.gov     espanol.hud.gov



DEFENDANT'S EXHIBIT
73