**Montgomery Housing Authority**

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR

1020 BELL STREET • MONTGOMERY • ALABAMA • 36104-3056
(334) 206-7200 • (334) 206-7222 Fax • MHAToday.org

CLIFFORD HOLMES
CHAIRMAN

DEFENDANT'S EXHIBIT 104

July 30, 2003

# MEMORANDUM

TO:     THOMAS TAYLOR, VICE CHAIR

FROM:   C. MICHAEL MCINNISH

SUBJECT: AAHRA AWARD

**FILE COPY**

---

I hope that I was able to answer the questions you had about the award I received last week. It was given on a statewide basis by the organization based upon a nomination by some of our staff. I did not know that I had even been nominated, and staff kept me completely in the dark. I was completely surprised at receiving the award. It was an honor just to be nominated. I later was told that you were among those leading a standing ovation. I was so overwhelmed that I did not even know anyone was standing. Thank you for your show of support at the awards ceremony.

Our housing authority has consistently been at the forefront of receiving awards at the state level. I am so proud of the work of our staff and of our programs. It is quite an honor to work where staff does well and brings good attention to our housing authority. I was sincere in my comments after the award thanking other housing authorities, our staff, and you as the representative of our Board. I understand Mr. Holmes and Mr. Bollinger had been told earlier as they had to leave before the awards ceremony.

It has always been my understanding that any member of AAHRA can nominate any program, commissioner, director, or newsletter for an award, whether or not the nominee is from the same housing authority.

Based upon our telephone conversation on Monday, I contacted the past President of the AAHRA and asked for his help. He has emailed me back a response and the following are excerpts from his memo:

```
"The AAHRA awards are for everyone that is an AAHRA member.  As I
recall the awards are for:  1. Special Programs of a PHA, 2. News
letters, 3. Maintenance Staff,  4. Executive Director of the Year and
5. Commissioner of the Year.  The nominations can come from
Commissioners, the staff or from an executive director of a PHA.
```

---

THOMAS TAYLOR, Vice-Chair    JOHN F. KNIGHT Jr.    BETTIE BARNETT    LUAN LONG
RICHARD H. BOLLINGER    ANNE B. UPCHURCH    RON DRINKARD    DAVID BARLEY, II

McInnish 064

Also, Commissioners, staff and/or the director may nominate staff from another PHA for an award. The commissioner of the year for 2003 was from Tuscaloosa.

All AAHRA members (Commissioners, Staff and ED's) can submit nominations for an award for a staff member or special program and/or news letter. Also, PHA representatives can nominate another PHA program or staff for an award. The awards are set up for all AAHRA members to participate and do not require prior approval by the Board of Commissioners. The ideal situation would be that the person or persons making the nomination did not let the nominee know they were being presented for an award and they are surprised when their name is announced. ... The year I won the award my Chairman submitted an article to the Gadsden Times.

Since I have been a member of AAHRA, the awards have always been a highlight of the convention and it is always an honor to be nominated and selected. The Awards are set up for the benefit of AAHRA members to be recognized by their peers ...
Please let me know if you need any additional information.

Wayne"

This year, the MHA received the award for the Special Program and the Executive Director of the year. Our community worker was also recognized for her work. We also were fortunate to have a scholarship winner from our housing authority (one of six).

I hope this letter will answer your questions. Please do not hesitate to contact me if you should need any further clarification. I am proud of all of our accomplishments, achievements and awards at the housing authority. Thank you for your work and support.

McInnish 065

# MHA Employee Performance form

Name: _C. MICHAEL MCINNISH_    Social Security Number: _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_
Position Title: _EXECUTIVE DIRECTOR_    Class Code: _999_  Grade: _21_  Level: _5_
Top of Grade: __ Yes  ✓ No    New Salary (if approved): _$114,932_
Personnel Manager: ___Rudy Martinez_____    Date: _4-23-04_
              (Signature)

If not at top:

✓ Performance satisfactory, approved for merit/salary <u>one</u> step increase.

___ Performance <u>not</u> satisfactory, one step increase denied, submit documentation and plan of action.

___ Performance <u>above</u> satisfactory, approved for merit/salary <u>two</u> step increase (Requires justification and Personnel Board approval.)

If at top of range:

___ Performance satisfactory, <u>not</u> eligible for merit/salary increase.

___ Performance <u>not</u> satisfactory, submit documentation and plan of action.

Employee: _____    Date: _____
                   (Signature)
Supervisor: _____    Date: _____
                   (Signature)
Supervisor: _____    Date: _____
CHAIRMAN-            (Signature)
~~Executive Director~~ _[signature]_    Date: _4-23-04_
BOARD of COMMISSIONERS
                   (Signature)

mhaepf032002.wpd

McInnish 198