

U. S. Department of Housing and Urban Development
Alabama State Office
Southeastern / Caribbean Area
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301



DEFENDANT'S EXHIBIT

124

NOV 3 0 2001

Mr. John F. Knight, Jr.
Chairman, Board of Commissioners
Housing Authority of the
  City of Montgomery, Al
1020 Bell Street
Montgomery, AL 36103

Dear Mr. Knight:

　　Based on irregularities in procurement found in our June review at the Housing Authority, we hereby require that effective immediately the Housing Authority obtain advance HUD approval of all procurement actions. All Requests for Proposal (RFP) must be approved by this office in advance of the solicitation. All competitive procurements, excluding small purchase procurement actions, must be approved in advance by this office.

　　Any contracts for which competition has already occurred must be submitted to this office prior to award of contract.

　　Further, the Housing Authority is required to submit your monthly transaction listing for all expenses charged that month to Account 4430, Maintenance Contract Costs. Also, we need transaction listings for Account 4230, Tenant Services Contract Costs. For our information, please send historical transaction listings for each month since July, 2001.

　　Our review closeout addressed your need to reduce overstaffing and to improve your financial position. Please advise us what steps the Housing Authority has taken toward this purpose. If you have any questions, please contact Mary Hutchinson, telephone (205) 731-2630.

Sincerely,

Mack Heaton

Mack R. Heaton
Director
Office of Public Housing

cc:
Each Commissioner
Executive Director
Mayor Bobby N. Bright

McInnish 002

# The Housing Authority of the City of Montgomery, Alabama

MEMBERS OF AUTHORITY
JOHN F. KNIGHT, JR.
  Chairman
ANNE B. UPCHURCH
  Vice-Chairman
RICK STALLINGS
RON DRINKARD
CLIFFORD HOLMES
THOMAS TAYLOR
RICHARD N. BOLLINGER
AL DIXON
EDDIE DAVIS

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE: (334) 206-7200
FAX: (334) 206-7222

EXECUTIVE DIRECTOR
WILEY THOMAS, JR.

December 4, 2001

Mr. Mack R. Heaton, Director
Office of Public Housing
U.S. Department of Housing and Urban Development
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Al. 35203-5301

Dear Mr. Heaton:

    We are in receipt of your letter of November 30, regarding perceived procurement irregularities found in your June review of the Montgomery Housing Authority. We will, to the best of our ability, comply with all components of your request. Because of temporary absences in our accounting department, and end-of-month closeout, the monthly transaction listings you requested will not be available until December 10, 2001. They will be transmitted at that time, along with other information you requested.

    Please advise us if your letter of November 30 constitutes the complete list of findings from the June 2001 review of the Montgomery Housing Authority. If there is to be a formal report of findings, when can we expect to receive that document?

    Additionally, we would appreciate an indication of the length of time you will expect us to continue to transmit monthly transaction listings to you and clear procurement actions through your office.

Sincerely,

Wiley Thomas, Jr.
Executive Director



McInnish 003