

U. S. Department of Housing and Urban Development
Alabama State Office
Southeastern / Caribbean Area
Medical Forum Building, Suite 900
950 22nd Street, North
Birmingham, Alabama 35203-5301



**DEFENDANT'S EXHIBIT**

127

February 27, 2002

Mickey McInnish
Interim Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

Dear Mr. McInnish:

SUBJECT: Response to Management Review

This letter is to acknowledge receipt of your February 20, 2002 response to our Management review report dated December 13, 2001.

A preliminary review of your response indicates the Montgomery Housing Authority (MHA) has addressed each finding, concern and recommendation outlined in the review. We are particularly pleased the MHA has implemented many corrective actions that will bring you into compliance with HUD requirements, and that many of the MHA Polices have been strengthened in order to enhance a more effective and efficient operation.

We are also pleased that the MHA Board of Commissioners is taking a pro-active role in dealing with all the issues facing the MHA. Because of your actions regarding procurement, I am removing the sanctions placed on the Authority in our letter of December 4, 2001.

Accordingly, the MHA will no longer be required to submit request for proposals or request for qualifications to our office for review. The HUD public housing staff will conduct a detailed analysis of your response to the management review and advise you of the results within two to four weeks.

Do not hesitate to contact us if you have question or concerns.

Sincerely,

*Mack Heaton*

Mack R. Heaton
Director
Office of Public Housing

McInnish 010