# The Housing Authority of the City of Montgomery, Alabama

**MEMBERS OF AUTHORITY**
JOHN F. KNIGHT, JR.
Chairman
ANNIE B. UPCHURCH
Vice-Chairman
RON DRINKARD
CLIFFORD HOLMES
THOMAS TAYLOR
RICHARD N. BOLLINGER
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

INTERIM EXECUTIVE DIRECTOR
C. MICHAEL MCINNISH


DEFENDANT'S EXHIBIT 130

June 12, 2002

Personnel Committee
Board of Commissioners
Montgomery Housing Authority
1020 Bell St.
Montgomery, AL 36104

**RE: EMPLOYMENT OF EXECUTIVE DIRECTOR**

Dear Sirs/Madams:

I cannot adequately express to you the appreciation I have for your trust and support during the past six months. Together, with the help and support of staff and the board, we have made remarkable progress toward addressing the serious issues raised by HUD in December.

I am deeply grateful to the MHA staff who have worked so hard. In a relatively short time, several necessary changes have been made to bring us in compliance with HUD rules and gain the approval of HUD. We also have made additional modifications aimed at improving the quality and availability of housing, the quality and friendliness of services, and the public perception of housing.

We have uncovered some serious administrative problems and assertively addressed them. We have streamlined procedures and made departments more accountable. We have put money into reserves and have carefully monitored expenditures. We have discovered some problems with the disposition of property and the inventory system. These are being worked on at this time. We have just concluded a proper disposition and sale of motor vehicles. We are now working on an inventory to try to account for property belonging to the MHA.

With your help and guidance, many personal service contracts and temporary employee positions have been eliminated, resulting in major savings to the housing authority. Yet, you have not failed to give us the latitude to engage temporary services when justified.

We have put many procedures into effect to make our procurement methods work. Checks and balances have been followed and I am confident that we are now operating in accordance with our policies, federal rules and regulations.



McInnish 014

We found errors in prior reports to HUD and have taken steps to correct these reports and have asked help from HUD to mitigate the possible punishment to the housing authority. We have also taken steps to make sure these things do not happen again.

We have housed all of the people on the original waiting list and now have another waiting list. Our maintenance department has worked hard to get apartments ready, do their normal duties, take on the grounds keeping duties, and still complete about 3000 work orders per month. I dare to say our productivity of getting apartments ready and occupied is at an all time high.

We have also made many investigations, found some problems, and taken steps to correct those problems.

We have worked on providing an atmosphere of trust among staff so that any person can feel free to report problems or improprieties. As a result, we have had at least three staff members come forward to make reports that have resulted in finding vacant vandalized apartments that were allegedly ready for rental and false reports being made to the housing authority. Steps have been taken to resolve these issues.

Throughout it all, we have also been open and honest to the public and the media, exposing the bad and sharing the good news, saying what we could at the very earliest moment.

This has not been an easy time, but it has been positive in many ways. For instance, despite our difficulties, public relations are at a feverous pitch with many examples of great publicity about the outstanding programs at the MHA. More public awareness efforts are being developed to publicize what we have to offer.

New programs that will improve the quality of life for our residents have begun and are in various stages of development. There has been an emphasis placed on the children of MHA. A new cultural arts program that is providing violin lessons to the children has just begun. This summer the children have increased opportunities for recreational activities, at a greatly reduced cost to the MHA, and the needs of our elderly residents have also been highlighted, as we have been discussing a possible set aside of some units for elderly/handicapped, mentally disabled, and even the possibility of some semi-assisted units.

We have initiated an exciting project for Tulane Court that will provide new and innovative architectural designs for public housing communities. The future is certainly exciting for our residents and the Montgomery community.

All of these, and other, accomplishments have been made by a hard-working staff showing pride in their accomplishments. We have eagerly awaited the board meetings so that positive reports could be made to you about what was happening at the housing authority. I have seen morale and professional pride expand as we have taken better

McInnish 015

advantage of the gifts of many individual employees. There is no doubt that MHA has been, and may still be considered, an organization in crisis; however, I can not emphasize enough the remarkable reactions to change which I have found in the midst of this staff.

It has been a pleasure to work closely with the Board of Commissioners and provide the plethora of information about the housing authority to the board. I trust that we have provided you with what you need so that together we have made a difference in Montgomery.

I appreciate the confidence you have shown in me since appointing me as Interim Executive Director in February of this year. It has now come to my attention that some politicians and citizens believe that an Executive Director who is a member of a minority race can more properly operate the housing authority. I have also learned that a great deal of political pressure has been placed on certain individuals to place a person who is a member of a minority race in the position of Executive Director for the MHA. I will not and cannot be a part of either of these situations.

It is my belief that all races must work together in harmony and unity in order to provide the services the housing authority must provide. I certainly do not want to impede that goal and objective nor do I want to do anything that will create racial disharmony in this city that has shown so much progress over the past few years. I am not aware of any actions taken during the past several months under my leadership that were racially motivated. I have strived to work for the housing authority without regard to race issues. Not only would I personally consider such actions wrong, I am imminently aware that such actions would be in violation of Federal Law.

I know that these circumstances have resulted in much being uncovered and many drastic changes being made. I trust and hope that our investigations and findings are not a factor in the political issues that have arisen. The housing authority can only be operated in accordance with state and federal law, HUD rules and regulations, and under the guidelines of our policies and procedures

I have always believed that the role of the executive director and staff of public housing is to work to provide the best housing and services possible for our residents, and to strive to achieve excellence in administering the housing programs. I have never and currently do not think that these programs should be administered for political purposes or based upon race.

I am confident that the MHA staff will work with an Executive Director regardless of color of skin. My prayer is that the position can be filled with a qualified individual who will lead the housing authority in a positive manner, regardless of race or political persuasion.

In conversations with the City Personnel office, I have learned that the time for my temporary appointment has now expired and I must return to my position as General Counsel.

3

I will strive to provide you with professional services and opinions and continue to do what I can to help the housing authority. I hope that you will call me to discuss any question you may have about policy, procedure, statute, or state of the law on any issue.

Thank you once again for showing your trust in me and with working so closely with me during the past six months during our crisis. I hope that our residents, staff, you as the board, and the city, will remember this time period in a positive manner. Now it is time to move forward to provide the best we can for our residents, staff and community in any way that you choose through your duties as the Board of Commissioners of the Montgomery Housing Authority.

Sincerely,

C. Michael McInnish
Interim Executive Director