# The Housing Authority Of The City Of Montgomery, Alabama

MEMBERS OF AUTHORITY
CLIFFORD HOLMES
  Chairman
RICHARD N. BOLLINGER
  Vice Chairman
JOHN F. KNIGHT, Jr.
ANNE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222

C. MICHAEL McINNISH
EXECUTIVE DIRECTOR



DEFENDANT'S EXHIBIT
131

## MEMORANDUM

TO : All Employees

FROM : Clifford Holmes, Chairman

SUBJECT : APPOINTMENT OF EXECUTIVE DIRECTOR

DATE : June 25, 2002

As Chairman of the Board of Commissioners of The Housing Authority of the City of Montgomery, Alabama, I am very pleased to announce that your board, at its regular monthly meeting on June 24, 2002, appointed Mr. C. Michael McInnish as the Executive Director of the Montgomery Housing Authority.

Please join me in congratulating Mr. McInnish on his appointment.

Mr. McInnish has proven himself to be very capable in the administration of this Housing Authority. He has several achievements to his credit and continues to work toward moving the Montgomery Housing Authority forward. We are confident that he will do what it takes to ensure the successful operation of the Montgomery Housing Authority.

There are many new and exciting changes and challenges ahead for the Montgomery Housing Authority. Mr. McInnish, as your Executive Director, will need your support and assistance in the implementation of this Authority's goals and plans. On behalf of the board I, therefore, ask that together we pledge our continued support to work with him to accomplish all our goals and objectives in a timely and efficient manner so that the Montgomery Housing Authority can one day be one of the best housing authorities in the State of Alabama.

cc: Board of Commissioners
cc: Executive Director



McInnish 018