# The Housing Authority of the City of Montgomery, Alabama

**BOARD MEMBERS**
CLIFFORD HOLMES
*Chairman*
RICHARD N. BOLLINGER
*Vice-Chairman*
JOHN F. KNIGHT, Jr.
ANNIE B. UPCHURCH
RON DRINKARD
THOMAS TAYLOR
EDDIE DAVIS
BETTIE BARNETT
LUAN LONG

1020 BELL STREET
MONTGOMERY, ALABAMA 36104-3056

PHONE (334) 206-7200
FAX (334) 206-7222



DEFENDANT'S EXHIBIT
136

## MEMORANDUM

September 12, 2002

TO:     BOARD OF COMMISSIONERS
FROM:   C. MICHAEL MCINNISH
RE:     MINISTER MEETING, RADIO, FLAT RENTS

---

The meeting with the Ministers went well in my opinion. I regret that the group did not want to hear about the programs, statistics and activities at the housing authority. Several staff had taken their lunch hour to go to the meeting to listen and be of assistance. I had asked some staff to attend to describe programs going on at the housing authority which make a big difference in the lives of our residents. I was also shocked that they would not allow the commissioners to come into the meeting. I am thankful that Mr. Holmes and Mr. Bollinger were able to attend the private meeting.

There was some talk on a local radio program yesterday about the meeting. There was a reporter from the newspaper present during the private meeting but others were excluded. This apparently caused some unrest. The radio show apparently read a portion of the Memo that I had sent to you on Monday morning relating to the checking account. I do not know where she got that information. It did not come from this office. She apparently had some other information, the origin of which I do not know. One member of staff told me that she had said at the Tuesday meeting that she had a copy of the information on the checking account and the letter which closed the account. I have not closed the account as of today and do not intend to do so until after the board meeting. As promised, I have the information which has been collected to date for you.

The information has been faxed to HUD as per their request and the account sheets have been faxed to Mr. Knight. I have the other packets available for you and if you would like to pick one up prior to the Tuesday meeting, they are available from Ms. Belle.

I have just gotten new Flat Rent schedules which I will present to you at the Tuesday meeting. These are lower and will help our residents. This was accomplished through our efforts with HUD and the consultants as previously reported.

Please do not hesitate to call if you should have any questions.



EQUAL HOUSING OPPORTUNITY