IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )    CIVIL ACTION NO. 2:05-cv-1235-T ) |
| R. EDMOND SPRAYBERRY, et al., | ) ) |
|     Defendants. | ) |

### DECLARATION OF C. MICHAEL MCINNISH

Before me, the undersigned authority, personally appeared C. Michael McInnish, who after being duly sworn declares the following under the penalty of perjury under the laws of the United States.

1.    My name is C. Michael McInnish. I am over the age of 21 and am in all ways competent to make this declaration.

2.    I am one of the Defendants in the above-styled cause.

3.    I submit this declaration in support of my motion for summary judgment.

4.    I was Executive Director of the Montgomery Housing Authority ("MHA") from February 2002 until November 16, 2004, when I was suspended and relieved of all authority to act as Executive Director. After a settlement was reached between the MHA and myself, I retired. I had no authority or ability to influence the actions or operations of the MHA after November 16, 2004.

5. Plaintiff, on behalf of his law firm, Davis & Hatcher, LLC and I, on behalf of the MHA, agreed upon an hourly rate of $175 for legal work in excess of 3 hours per month to be performed by Plaintiff on behalf of MHA for 2003-2004. Legal work of 3 hours or less performed by Plaintiff was covered by a $1000 per month retainer fee.

6. Plaintiff claims in his lawsuit that I discriminated against him on the basis of race because my negotiations with the law firm of Bradley, Arant, Rose & White, LLP, for an entirely different position, resulted in a higher hourly rate for attorney Charles Stewart.

7. Plaintiff's allegations incorrectly imply that the Bradley Arant firm is an all Caucasian law firm.

8. I've attached hereto, true and correct copies of the following documents, the content of which I have personal knowledge:

Attachment 1: September 30, 2004 and November 30, 2004, invoices of Attorney Tiernan W. Luck, III, showing that Mr. Luck performed contract legal work for the MHA in August and November 2004 at a negotiated rate of $90.00 per hour and was paid by MHA check accordingly.

Attachment 2: March 17, 2006 letter provided by Attorney A. Todd Carter, showing that he performed legal work for the MHA during the years 2004 and 2005 for a negotiated fee of $120.00 per hour.

9. Attorney Luck and Carr are Caucasian and I negotiated their hourly rate.

10. For years, I performed the same legal work for the MHA as both Plaintiff and Mr. Stewart performed at an hourly rate of $90. I never worked for the MHA for a higher hourly rate than $90.

11. I did not discriminate against Plaintiff or against any other attorney based on race in negotiating any contract on behalf of the MHA.

12. Neither Defendant R. Edmond Sprayberry, nor any other HUD official, was involved in the negotiation of hourly rates for any attorney while I was Executive Director of the MHA nor did I communicate with Defendant Sprayberry about the race, hourly rates, or contract renewal of any attorney during the course of any contract negotiation.

_____
C. Michael McInnish

Sworn and subscribed before me this the 5th day of January, 2007.

_____
Notary Public
My Commission Expires: 3-19-08

[Notorial Seal]

ATTACHMENT 1

September 30, 2004

**FILE COPY**

Mr. C. Michael McInnish
Executive Director
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

    RE: Bill for Services

Dear Mickey:

    The following is a detailed statement for my activities relative to Dorothy Manzy's administrative hearing at the Housing Authority for the City of Montgomery:

| | | | |
|---|---|---|---|
| 8/25/04 | Preparation and presiding at hearing<br>1.5 hours @ $90.00 | $ | 135.00 |
| | Reviewing notes, Drafting letter, and Faxing to all parties<br>.5 hours @ $90.00 | | 45.00 |
| | Total | $ | 180.00 |

    Thank you for allowing me to serve you. If you have any questions, please call.

                            Sincerely,

                            Tiernan (Terry) W. Luck, III

TWLIII/nh

040163

| Vendor Company Name | Vendor Number | Vendor Phone # | Check Date | Check No. |
|---|---|---|---|---|
| TIERNAN W. LUCK, III | 932000 | (334) 262-5455 | 10/04/2004 | 40163 |

| Invoice Number | Inv. Date | Reference | Invoice Amount | Total Paid | Discount/Adj | Payment Amount |
|---|---|---|---|---|---|---|
| 10042004 | 10/04/2004 | | 180.00 | 180.00 | 0.00 | 180.00 |
| | | TOTAL | 180.00 | 180.00 | 0.00 | 180.00 |



# TIERNAN W. LUCK, III
### ATTORNEY AT LAW

November 30, 2004

Mr. Rudy Martinez
Montgomery Housing Authority
1020 Bell Street
Montgomery, AL 36104-3056

RE: Bill for Services

Dear Rudy:

The following is a detailed statement for my activities relative to Gayle Todd's administrative hearing at the Housing Authority for the City of Montgomery:

| | | |
|---|---|---|
| 11/30/04 | Preparation and presiding at hearing<br>1.5 hours @ $90.00 | $ 135.00 |
| | Reviewing notes, Drafting letter, and Faxing to all parties<br>.5 hours @ $90.00 | 45.00 |
| | Total | $ 180.00 |

Thank you for allowing me to serve you. If you have any questions, please call.

Sincerely,

Tiernan (Terry) W. Luck, III

TWLIII/nh

207 MONTGOMERY STREET, SUITE 425 • MONTGOMERY, ALABAMA 36104
TELEPHONE (334) 262-5455 • FACSIMILE (334) 263-1130

McTnnich 705

04109

| Vendor Company Name | Vendor Number | Vendor Phone # | Check Date | Check No |
|---|---|---|---|---|
| TIERNAN W. LUCK, III | 932000 | (334) 262-5455 | 12/09/2004 | 41097 |

| Invoice Number | Inv. Date | Reference | Invoice Amount | Total Paid | Discount/Adj | Payment Amount |
|---|---|---|---|---|---|---|
| 12092004 | 12/09/2004 | BILL FOR | 180.00 | 180.00 | 0.00 | 180.00 |
| | | TOTAL | 180.00 | 180.00 | 0.00 | 180.00 |

# A. TODD CARTER
ATTORNEY AT LAW, L.L.C.

March 17, 2006

To Whom It May Concern:

Re: Work Performed for Montgomery Housing Authority

During the years 2004 and 2005 I was employed by the Montgomery Housing Authority to sit as a hearing officer on two cases. The first case was as a hearing officer in a case involving the termination of an employee on May 18th, 2004. The second was as a hearing officer on the eviction of a tenant on May 17th, 2005. The negotiated fee on both of these matters was $120.00 per hour. If you have any questions, feel free to contact me at the number below.

Sincerely,

A. Todd Carter

621 South Hull Street • Montgomery, AL 36104
Telephone: 334-262-5455 • Facsimile: 334-263-1130
Email: a.toddcarter@knology.net

McInnish 707