IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-cv-1235-T |
| | ) | |
| R. EDMOND SPRAYBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MCINNISH'S MOTION TO FILE CERTAIN EVIDENTIARY DOCUMENTS UNDER SEAL

COMES NOW Defendant C. Michael McInnish and respectfully moves the Court for leave to file the following exhibits attached hereto under seal because said documents may contain confidential information protected under the terms of the Court's August 8, 2006, Order on Motion and Protective Order in this case :

20.   DEX 55  1-4-05 McInnish's EEOC charge against MHA.

24.   DEX 61  2-9-05 Letter from Sabel to Davis re breach of contract re settlement.

40.   DEX 135  9-11-02 Letter from McInnish to Knight (County Commission Account).

42.   PEX 1 to Deposition of Charles Stewart (Portions of PX1) MHA 000187-00192 Bradley Arant Statement for Services dated 12-28-04 for $3682 unpaid nearly a year. –pre-dates when insurance company began to pay Bradley Arant.

5-27-05 email from Stewart to Boggs- insurance company began to pay Bradley Arant for City Council litigation after 5-28-04.

MHA-00194 – Bradley Arant's internal aged accounts receivable for MHA – not being paid.

      MHA-00196  2-18-03 Attorney Employment Agreement between MHA and Bradley Arant (It does not show an hourly rate).

      MHA-00195  1-13-04 Stewart to McInnish (asks to raise his retainer to $1500 because Bradley Arant losing money on the deal – McInnish would not raise.).

      MHA-00126-00175   Bradley Arant invoices from 12/02 thru 12/03 (Stewart only charging $1000 retainer regardless of time spent).

Respectfully submitted this the 5th day of January, 2007.

                                      /s/M. Wayne Sabel
                                      M. Wayne Sabel (SAB002)
                                      Mark Sabel (SAB004)
                                      Maricia Woodham (BEN050)
                                      Attorneys for Defendant McInnish

OF COUNSEL:

SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL  36106
Telephone:  (334) 271-2770
Facsimile:  (334) 277-2882

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the 5th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama  36123-0205
E-Mail:  dbrown@dbrownatty.com

Ernestine S. Sapp
Gray, Langford, Sapp, McGowan, Gray and Nathanson
P.O. Box 830239
Tuskegee, AL  36083
E-Mail:  esapp@glsmgn.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
Email:  cstewart@bradleyarant.com
Email:  arogers@bradleyarant.com

Leura Garrett Canary
James J. DuBois
U.S. Attorneys Office
P.O. Box 197
Montgomery, AL  36101
Email:  Leura.canary@usdoj.gov
Email:  james.dubois2@usdoj.gov

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL  36101
Email:  mcohan@hillhillcarter.com
Email:  rmorgan@hillhillcarter.com

/s/M. Wayne Sabel____
M. Wayne Sabel