IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>R. EDMOND SPRAYBERRY, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv1235-MHT<br>(WO) |

### JUDGMENT

Upon consideration of the response filed by defendant LuAn Long (doc. no. 115), it is ORDERED as follows:

(1) Plaintiff Terry G. Davis's motion to dismiss (doc. no. 114) is granted.

(2) All claims against defendant LuAn Long are dismissed.

(3) Defendant Long is dismissed.

DONE, this the 8th day of January, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE