IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -5  P 3: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SPRAYBERRY'S MOTION TO FILE UNDER SEAL

COMES NOW Defendant Sprayberry, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for leave to file the attached January 4, 2007, Declaration of Holly S. Poteete, and all exhibits thereto, under seal because some of the exhibits thereto have been marked Confidential under the terms of the Court's August 8, 2006, Order on Motion and Protective Order in this case.

Respectfully submitted this 5th day of January, 2007.

                    LEURA G. CANARY
                    United States Attorney

By: _____
                    JAMES J. DUBOIS
                    Georgia Bar No. 231445
                    Assistant United States Attorney
                    Attorney for Defendant
                    Post Office Box 197
                    Montgomery, AL  36101-0197
                    Telephone No.: (334) 223-7280
                    Facsimile No.: (334) 223-7418
                    E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I filed the foregoing with the Clerk of the Court and

I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Dwayne Brown, Esq.
Law office of Dwayne Brown
Post Office Box 230205
Montgomery, Alabama 36123-0205

Ernestine S. Sapp, Esq.
Gray, Langford, Sapp,
McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

Marcia Danielle Woodham
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Mark Wayne Sabel, Sr.
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Charles Stewart, III, Esq.
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Mark W. Sabel, Jr.
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36101-0116

Angela Rogers, Esq.
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Michael Cohen, Esq.
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36101-0116

Philip Joseph Carroll, III
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Kelly Fitzgerald Pate
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

_____
Assistant United States Attorney