2:05cv1235-MHT

# DOCUMENTS TO BE FILED UNDER SEAL ARE VOLUMINOUS AND ARE AVAILABLE FOR CONVENTIONAL VIEWING IN THE CLERK'S OFFICE.