IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -5 P 3: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: |
| | ) 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. | ) |
| Defendants. | ) |

### DEFENDANTS SPRAYBERRY AND MCINNISH'S
### JOINT MOTION TO FILE UNDER SEAL

COME NOW Defendants Sprayberry and McInnish, and respectfully move the Court for leave to file the attached Depositions and all exhibits thereto, under seal because some of the exhibits thereto have been marked "Confidential", and/or the deposition testimony makes reference to confidential information protected under the terms of the Court's August 8, 2006, Order on Motion and Protective Order in this case.

    A.    Deposition of Terry Davis;

    B.    Deposition of R. Edmond Sprayberry;

    C.    Deposition of Luan Long;

    D.    Deposition of Thomas Taylor;

    E.    Deposition of C. Michael McInnish; and

    F.    Deposition of Charles Stewart.

Respectfully submitted this 5th day of January, 2007.

LEURA G. CANARY
United States Attorney

By: /s/ *signature*
JAMES J. DUBOIS
Georgia Bar No. 231445
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: james.dubois2@usdoj.gov

Wayne Sabel /w/ express permission JJD
M. WAYNE SABEL (SAB002)
SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Telephone No.: (334) 271-2770
Facsimile No.: (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I filed the foregoing with the Clerk of the Court and

I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Dwayne Brown, Esq.
Law office of Dwayne Brown
Post Office Box 230205
Montgomery, Alabama 36123-0205

Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

Mark Wayne Sabel, Sr.
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Mark W. Sabel, Jr.
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Ernestine S. Sapp, Esq.
Gray, Langford, Sapp,
McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

Marcia Danielle Woodham
Sabel & Sabel
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Charles Stewart, III, Esq.
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36101-0116

Angela Rogers, Esq.
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Philip Joseph Carroll, III
Bradley Arant Rose & White, LLP
P.O. Box 1469
Montgomery, AL 36102-1469

Michael Cohen, Esq.
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36101-0116

Kelly Fitzgerald Pate
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

_____
Assistant United States Attorney