IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|     v. | ) 2:05cv1235-MHT |
| | ) |
| R. EDMOND SPRAYBERRY, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER

It is ORDERED that the motion to extend summary-judgment deadline (Doc. No. 116) is granted.

DONE, this the 9th day of January, 2007.


       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE