IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motions for summary judgment (doc. nos. 117 & 118) are set for submission, without oral argument, on January 26, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of January, 2007.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE