IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,        ) | |
| )| |
| Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
| v.              ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY,  ) | |
| et al.,         ) | |
| ) | |
| Defendants.     ) | |

## ORDER

It is ORDERED that the motions to file under seal (doc. nos. 125 & 126) are granted.

DONE, this the 11th day of January, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**