IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
|    Defendants. ) | |

### NOTICE OF APPEARANCE

    COMES NOW, Terry G. Davis of the Law Firm of Davis & Hatcher, L.L.C. and hereby enters a pro se appearance on behalf of himself in the above-referenced case, along with Dwayne Brown and Ernestine Sapp.

    Done this the 16th day of January, 2007.

                                 /s/ Terry G. Davis
                                 Terry G. Davis, Esq. (DAV040)
                                 Davis & Hatcher, L.L.C.
                                 4183 Carmichael Road, Suite B
                                 Montgomery, Alabama 36106
                                 Telephone: (334) 270-0592
                                 Fax      : 334) 270-0362

OF COUNSEL:

Dwayne Brown
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

Hon. Ernestine S. Sapp
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the **16**[th] day of **January, 2007.**

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/ Terry G. Davis_____
Of Counsel

Case 2:05-cv-01235-MHT-TFM     Document 133     Filed 01/16/2007     Page 3 of 3