IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TERRY G. DAVIS,                  )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    CIVIL ACTION NO.
                                 )      2:05cv1235-MHT
                                 )
R. EDMOND SPRAYBERRY,            )
et al.,                          )
                                 )
    Defendants.                  )
```

## ORDER

It is ORDERED as follows:

(1) The motion to substitute (doc. no. 132) is granted.

(2) The substituted affidavit shall be under seal.

DONE, this the 16th day of January, 2007.

                                              /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE