**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:05cv1235MHT** |
| | ) | |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S  MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSES TO DEFENDANTS' MOTIONS**
**FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court for a fourteen (14) day extension of time of which to file responses to Defendants' Motions for Summary Judgment and as grounds therefor submits the following:

1.      Plaintiff's responses to Defendants' Motion for Summary Judgment are due on today, January 26, 2007.

2.      Plaintiff and Defendant Montgomery Housing Authority have settled all claims between said parties.

3.      The remaining parties in the case have made good faith efforts to settle remaining claims and are scheduled for a face-to-face conference on Tuesday, January 30, 2007.

4.      Plaintiff submits that there is a strong likelihood all remaining claims, in the case, will be settled.

5.     Plaintiff requests a 14-day extension for the purpose of seeking a resolution to remaining claims in this action.

WHEREFORE, Plaintiff respectfully moves the Court for a fourteen (14) day extension of time in which to respond to Defendants' Motion for Summary Judgment.

DONE this the 26th day of  January, 2007.

Respectfully submitted,

/s/ Dwayne Brown_____
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax:  (334) 277-3613
E-Mail: dbrown@dbrownatty.com

/s/ Terry G. Davis_____
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax      :  334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the

same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 26th

day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


/s/Terry G. Davis_____
Of Counsel