IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| v.     ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY,     ) | |
| et al.,     ) | |
| ) | |
| Defendants.     ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 135) is granted.

(2) The motions for summary judgment (doc. nos. 117 & 118) are reset for submission, without oral argument, on February 9, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 29th day of January, 2007.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE