IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND
DISCOVERY DEADLINE**

COMES NOW, Plaintiff Terry G. Davis in the above-styled case, by and through counsel and hereby moves the Court to extend the Discovery Deadline to February 9, 2007. And as grounds therefore submits the following:

1. The current discovery deadline is January 31, 2007.

2. The Court on January 29, 2007 extended the time for responses to Motions for Summary Judgment until February 9, 2007, in order that the parties have time to attempt to settle remaining claims in the case.

3. Plaintiff and Defendant Montgomery Housing Authority are still awaiting a response from the U. S. Department of Housing and Urban Development (HUD) regarding approval of the settlement between said parties. Approval or denial of the settlement by HUD has an impact as to whether all remaining claims in the case will be settled.

4. An extension of the discovery deadline will obviate the necessity of the submission of discovery disputes to the Court relating to witnesses Plaintiff seeks to depose.

5. The parties remain in good faith negotiations and there is a good likelihood remaining issues will be resolved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to extend the discovery deadline to February 9, 2007.

DONE this the 30th day of January, 2007.

Respectfully submitted,

/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

/s/ Terry G. Davis
Terry G. Davis, Esq.,
ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone: (334) 270-0592
Fax     :  334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the  30th day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

-4-

      /s/Terry G. Davis
       Of Counsel