IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT (DOC. 136)

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court to withdraw Plaintiff's Memorandum Brief in response to Defendants' McInnish and Sprayberry's Motion for Summary Judgment (Doc. 136)

As grounds therefore submit the following:

1. The Court has granted an extension of time to file responses to Defendants' Motion for Summary Judgment until February 9, 2007.

2. This pleading (Doc. 136) was filed in haste and a corrective pleading was forthcoming.

WHEREFORE, Plaintiff respectfully moves the Court to withdraw and strike this pleading from the docket.

-2-

Respectfully submitted,


/s/ Dwayne Brown_____
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax:  (334) 277-3613
E-Mail: dbrown@dbrownatty.com


 /s/ Terry G. Davis_____
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax       :  (334) 270-0362



OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 30th day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis_____
Of Counsel

-4-