## Dubois, James J. (USAALM)

| | |
|---|---|
| **From:** | Terry Davis [tdavis@dhlaw1.com] |
| **Sent:** | Tuesday, January 30, 2007 4:35 PM |
| **To:** | Wayne Sabel; Dubois, James J. (USAALM) |
| **Cc:** | Mike Cohan; dwayne brown; arogers@bradleyarant.com; Cstewart@bradleyarant.com |
| **Subject:** | Depositions - Discovery |
| **Attachments:** | Notice of Deposition- Carol S. Harmon [1].pdf; Notice of Deposition- H. Rick Hamblin.pdf; Notice of Deposition- Holly Poteete [1].pdf; Notice of Deposition-Dan Labrie.pdf; Notice of Deposition-Douglas G. Dzema [1].pdf |

Dear Counsel,

I have just filed a motion with the court seeking an extension of the discovery deadline so that the Plaintiff will have an opportunity to seriously consider settling all claims in this case. If the case is not resolved, attached you will find re-notices of depositions of persons we have previously sought to depose as well as notices for Ms. Carol Harmon and Holly Poteete. I have filed the motion for an extension to avoid filing a motions to compel in order to preserve our ability to depose these people if the case is not resolved.

Thank you.

Terry Davis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRY G. DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:05cv1235MHT** |
| | ) | |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DEPOSITION

TO:

Holly Poteete
Public Housing Revitalization Specialist
U.S. Department of Housing & Urban Development
Medical Forum Bldg., Suite 900
Birmingham, AL 35203

Please take notice that on February 9, 2007 beginning at 1:00 p.m. CST, plaintiff will begin taking the deposition of defendants at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1.     Any and all rules, regulations, laws, contracts, agreements or authority what ever which grants a regional director, specifically R. Edmond Sprayberry, authority to ignore and override official action of a local PHA board of directors, specifically the Housing Authority of the City of Montgomery, Alabama.

2.     Any and all reports, documents, recommendations, emails or exhibits of any nature received from R. Edmond Sprayberry to you or any supervisor of Sprayberry relating, in any way, to the Housing Authority of the City of Montgomery, Alabama in the following areas:

   (a) The declaratory judgment litigation involving appointment of commissioners in 1994;

   (b) The action of the Board of Commissioners in placing of C. Michael McInnish on leave on November 16, 2004;

   (c) The action of the Board of Commissioners on December 21, 2004 to employ Terry G. Davis as legal counsel and Sprayberry action in refusing to approve the Board's decision to employ Terry G. Davis;

   (d)     All files relating to the reduction and refusal of R. Edmond Sprayberry to reduce the invoice of Terry G. Davis as expressed in Sprayberry's March, 2005 letter.

DONE this the _____ day of June, 2006.

Respectfully submitted,

_____

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail:dbrown@dbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the

same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the

_____ day of June, 2006.

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

_____
Of Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:05cv1235MHT** |
| | ) | |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITION

TO:

Carol S. Harmon
U.S. Department of Housing & Urban Development
Medical Forum Bldg., Suite 900
Birmingham, AL 35203

Please take notice that on July 18, 2006 beginning at 1:00 p.m. CST, plaintiff will begin

taking the deposition of defendants at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael

Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery

or for use as evidence in this action pursuant to Rule 30, the *Federal  Rules of Civil Procedure*,

and shall be taken before a court reporter and notary public, or some other person who is

authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1.    Any and all rules, regulations, laws, contracts, agreements or authority what ever which grants a regional director, specifically R. Edmond Sprayberry, authority to ignore and override official action of a local PHA board of directors, specifically the Housing Authority of the City of Montgomery, Alabama.

2.    Any and all reports, documents, recommendations, emails  or exhibits of any nature received from R. Edmond Sprayberry to you or any supervisor of Sprayberry relating, in any way,  to the Housing Authority of the City of Montgomery, Alabama in the following areas:

    (a) The declaratory judgment litigation involving appointment of commissioners in 1994;

    (b) The action of the Board of Commissioners in  placing of  C.  Michael McInnish on leave on November 16, 2004;

    (c) The action of the Board of Commissioners on December 21, 2004 to employ Terry G. Davis as legal counsel and Sprayberry action in refusing to approve the Board's decision to employ Terry G. Davis;

    (d)    All files relating to the reduction and refusal of R. Edmond Sprayberry to reduce  the invoice of Terry G. Davis  as expressed in Sprayberry's March, 2005 letter.

DONE this the 30<u>th</u> day of January, 2007.

Respectfully submitted,

<u>/s/ Dwayne Brown</u>
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

<u>/s/ Terry G. Davis</u>
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone: (334) 270-0592
Fax        :  (334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax: (334)  727-5877

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 30th day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis
Of Counsel

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**TERRY G. DAVIS**                                    )
                                                      )
      **Plaintiff,**                          )
                                                      )
**vs.**                                               )    **Case No.: 2:05cv1235MHT**
                                                      )
                                                      )
**R. EDMOND SPRAYBERRY, et al.**                      )
                                                      )
      **Defendants.**                         )

## NOTICE OF DEPOSITION

TO:

      Mr. H. Rick Hamblin
      U.S. Department of Housing and Urban Development
      Federal Office Building, Room 239
      210 Walnut Street
      Des Moines, IA  50309

Please take notice that on  February 9, 2007 beginning at 3:00 p.m. CST, plaintiff will

begin taking the deposition of defendants at the law office of *Dwayne L. Brown*, P.C., 5925

Carmichael Road, Montgomery, Alabama 36117.  Said Deposition will be taken for the purpose

of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal  Rules of Civil*

*Procedure*, and shall be taken before a court reporter and notary public, or some other person

who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1.  Any and all rules, regulations, laws, contracts, agreements or authority what ever which grants a regional director, specifically R. Edmond Sprayberry, authority to ignore and override official action of a local PHA board of directors, specifically the Housing Authority of the City of Montgomery, Alabama.

2.  Any and all reports, documents, recommendations, emails  or exhibits of any nature received from R. Edmond Sprayberry to you or any supervisor of Sprayberry relating, in any way,  to the Housing Authority of the City of Montgomery, Alabama in the following areas:

    (a)  The declaratory judgment litigation involving appointment of commissioners in 1994;

    (b)  The action of the Board of Commissioners in  placing of  C.  Michael McInnish on leave on November 16, 2004;

    (c)  The action of the Board of Commissioners on December 21, 2004 to employ Terry G. Davis as legal counsel and Sprayberry action in refusing to approve the Board's decision to employ Terry G. Davis;

    (d)  All files relating to the reduction and refusal of R. Edmond Sprayberry to reduce  the invoice of Terry G. Davis  as expressed in Sprayberry's March, 2005 letter.

DONE this the 30th day of January, 2007.

                                       Respectfully submitted,


                                       /s/ Dwayne Brown
                                       Dwayne Brown
                                       ASB-9396-B59D
                                       Attorney for Plaintiff
                                       **Law Office of Dwayne L. Brown, PC**
                                       Post Office Box 230205
                                       Montgomery, Alabama 36123-0205
                                       Telephone: (334) 277-3757
                                       Fax:  (334) 277-3613
                                       E-Mail: dbrown@dbrownatty.com


                                       /s/ Terry G. Davis
                                       Terry G. Davis, Esq.,
                                       ASB-1565-A64-T
                                       **Davis & Hatcher, L.L.C.**
                                       4183 Carmichael Road, Suite B
                                       Montgomery, Alabama 36106
                                       Telephone:  (334) 270-0592
                                       Fax     :  (334) 270-0362


OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the

same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the  30th

day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


/s/Terry G. Davis
Of Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:05cv1235MHT** |
| | ) | |
| | ) | |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RE-NOTICE OF DEPOSITION

TO:

      Dan Labrie, CEO
      **Housing Authority Insurance Group**
      P.O. Box 189
      Cheshire, CT 06410

      Please take notice that on February 8, 2007 beginning at 9:00 a.m. CST, plaintiff will begin taking the deposition of defendants at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Alabama Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1.    Any and all invoices for payment,  correspondence, emails, recommendations, memoranda, or written communication of any nature received from  Charles A. Steward, III and/or the law firm of Bradley Arant Rose & White, LLP,  C. between January 1, 2004 and December 31, 2005.  This request includes all communications of any during the requested period, including communication with any individual or any law firm relating to the Housing Authority of the City of Montgomery.

2.     Any and all correspondence, emails, and document of any nature, including, payment of any settlement of claims made by C. Michael McInnish to C. Michael McInnish or his attorneys made between January 1, 2004 to the present.

3.    A  copy of any and all policies for the Housing Authority of Montgomery of the City of Montgomery.

4.    Any and all memo, recommendations, or documents of any nature, updating the board of directors of HAIG as to the status of the claim of C. Michael McInnish, including authorization of the board of directors to pay any claims of C. Michael McInnish.

DONE this the 30th day of January, 2007.

Respectfully submitted,


/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com


/s/ Terry G. Davis
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax        :   (334) 270-0362


OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the

same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the  30th

day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


/s/Terry G. Davis
Of Counsel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. DAVIS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )     **Case No.: 2:05cv1235MHT** |
| | ) |
| | ) |
| **R. EDMOND SPRAYBERRY, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### RE-NOTICE OF DEPOSITION

TO:

      Douglas G. Dzema
      **Housing Authority Insurance Group**
      P.O. Box 189
      Cheshire, CT 06410-0189


      Please take notice that on February 8, 2007 beginning at 3:00 p.m. CST, plaintiff will begin taking the deposition of defendants at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Alabama Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1.  Any and all invoices for payment,  correspondence, emails, recommendations, memoranda, or written communication of any nature received from  Charles A. Steward, III and/or the law firm of Bradley Arant Rose & White, LLP,  C. between January 1, 2004 and December 31, 2005.  This request includes all communications of any during the requested period, including communication with any individual or any law firm relating to the Housing Authority of the City of Montgomery.

2.   Any and all correspondence, emails, and document of any nature, including, payment of any settlement of claims made by C. Michael McInnish to C. Michael McInnish or his attorneys made between January 1, 2004 to the present.

3.  A  copy of any and all policies for the Housing Authority of Montgomery of the City of Montgomery.

4.  Any and all memo, recommendations, or documents of any nature, updating the board of directors of HAIG as to the status of the claim of C. Michael McInnish, including authorization of the board of directors to pay any claims of C. Michael McInnish.

DONE this the 30th day of  January, 2007.

Respectfully submitted,


/s/ Dwayne Brown_____
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com


/s/ Terry G. Davis_____
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax       :   (334) 270-0362


OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone: (334) 727-4830
Fax: (334)  727-5877


## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing has been served upon the following by placing the

same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the  30th

day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


/s/Terry G. Davis
Of Counsel