IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS McINNISH AND SPRAYBERRY'S
OPPOSITION TO EXTENSION OF
DISCOVERY DEADLINE**

COMES NOW, Plaintiff in the above-styled case by and through counsel and hereby submits the following response to Defendants McInnish and Sprayberry's Opposition to Extension of the Discovery Deadline. (Docs 140, 141)

As grounds therefore submit the following:

1. Contrary to Defendant McInnish's claim that "Plaintiff has failed to exercise diligence in conducting discovery," Plaintiff submits that ten (10) depositions have been taken in this case. Some were noticed by Plaintiff and others by Defendants. Plaintiff has participated extensively in each of the depositions taken. Plaintiff has been extremely diligent in his participation of these depositions.

2. While Defendants McInnish and Sprayberry have rejected Plaintiff's offer of settlement, both Defendants have made specific offers of settlement which

involves considerable financial considerations, if accepted by Plaintiff. McInnish's offer is confirmed in emails between counsel for Defendant McInnish and Plaintiff Davis, dated January 26, 2007.

3. Plaintiff continues to maintain that his ability to consider settlement of claims against Defendants McInnish and Sprayberry is directly tied to whether the Department of Housing and Urban Development approves or denies the settlement between Plaintiff and Defendant Montgomery Housing Authority.

4. Plaintiff will not respond to Defendant McInnish's self-serving statements which exhibit disdain for the Defendant Montgomery Housing Authority and its decision to settle claims which were created, in large part, by Defendants McInnish and Sprayberry.

5. Regarding Defendant McInnish's apparent lack of knowledge of any discovery disputes, Defendant McInnish has apparently overlooked the long-standing dispute Plaintiff has had with Defendant Sprayberry, in making Rick Hamblin available for a deposition. Mr. Hamblin is the supervisor of Defendant Sprayberry. Mr. Hamblin was noticed for a deposition on November 1, 2006 and requested to produce certain documents under his control. Defendant McInnish was served with Notices of Deposition and correspondence between counsel for Plaintiff and Defendant Sprayberry. ( Exhibit 1)

6. Defendant McInnish has also apparently overlooked Plaintiff Notices of Depositions to Dan Labrie, Stefanie Warner, and Douglas G. Dzema, who are employed by the Housing Authority Insurance Group. The Housing Authority Insurance Group does business in the State of Alabama and in Montgomery,

      Alabama. The depositions of these individuals was noticed on June 13, 2006. The individuals did not appear and no objection to their appearance was filed. (Composite Exhibit 2)

7. Plaintiff submits that an extension of the discovery deadline to February 9, 2007, may obviate the need for the Court to rule on a Motion to Compel if the Department of Housing and Urban Development approves the settlement between Plaintiff and Montgomery Housing Authority, and the claims against remaining parties are settled.

8. Defendants McInnish and Sprayberry will not be prejudiced by an extension of the discovery deadline, however, Plaintiff will be prejudiced.

9. The cloud of uncertainty regarding the settlement between Plaintiff and Defendant Montgomery Housing Authority should be removed, as the Department of Housing and Urban Development stated in a letter dated January 4, 2007. This decision regarding approval of the settlement would occur anywhere "from two (2) weeks to thirty (30) days". Thirty (30) days would expire on February 3, 2007.

10. In view of objections to extending the discovery deadline filed by Defendants McInnish and Sprayberry, Plaintiff is filing contemporaneous herewith, a Motion to Compel the attendance of Rick Hamblin, Dan Labrie, Stefanie Warner, and Douglas G. Dzema.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to extend the discovery deadline to February 9, 2007.

Done this the 31st day of January, 2007.

                Respectfully submitted,

                /s/ Dwayne Brown_____
                Dwayne Brown
                ASB-9396-B59D
                Attorney for Plaintiff
                **Law Office of Dwayne L. Brown, PC**
                Post Office Box 230205
                Montgomery, Alabama 36123-0205
                Telephone: (334) 277-3757
                Fax:  (334) 277-3613
                E-Mail: dbrown@dbrownatty.com


                /s/ Terry G. Davis_____
                Terry G. Davis, Esq.,
                 ASB-1565-A64-T
                **Davis & Hatcher, L.L.C.**
                4183 Carmichael Road, Suite B
                Montgomery, Alabama 36106
                Telephone:  (334) 270-0592
                Fax         :  (334) 270-0362


OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 31st day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis_____
Of Counsel

-6-

-6-