EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRY G. DAVIS** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No.: 2:05cv1235MHT** |
| **R. EDMOND SPRAYBERRY, et al.** | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITION

TO:

**James DuBois,Esq.**
**U.S. Attorney's Office**
**Post Office Box 197**
**Montgomery, AL 36101**

Please take notice that on November 14, 2006 beginning at 2:00 p.m. CST, plaintiff will begin taking the deposition of defendants at the U.S. Department of Housing and Urban Development office of Rick Hamblin Des Moines, Iowa. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1. Any and all rules, regulations, laws, contracts, agreements or authority what ever which grants a regional director, specifically R. Edmond Sprayberry, authority to



(WED)JAN 31 2007 13:57/ST. 13:54/No. 6880228705 P 13 FROM

ignore and override official action of a local PHA board of directors, specifically the Housing Authority of the City of Montgomery, Alabama.

2. Any and all reports, documents, recommendations, emails or exhibits of any nature beginning November 1, 2004 to date, received from R. Edmond Spraybeny to you or any supervisor of Spraybeny relating, in any way, to the Housing Authority of the City of Montgomery, Alabama in the following areas:

(a) The declaratory judgment litigation involving appointment of commissioners in 1994;

(b) The action of the Board of Commissioners in placing of C. Michael McInnish on leave on November 16, 2004;

(c) The action of the Board of Commissioners on December 21, 2004 to employ Terry G. Davis as legal counsel and Spraybeny action in refusing to approve the Board's decision to employ Terry G. Davis;

(d) All files relating to the reduction and refusal of R. Edmond Spraybeny to reduce the invoice of Terry G. Davis as expressed in Spraybeny's March, 2005 letter.

DONE this the 1st day of November, 2006.

Respectfully submitted,

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613



(WED)JAN 31 2007 13:57/ST. 13:54/No. 6880228705 P 14

FROM

E-Mail:dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 1st day of November, 2006..

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Of Counsel



FROM (WED)JAN 31 2007 13:57/ST. 13:54/No. 6880228705 P 15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**TERRY G. DAVIS**

**Plaintiff,**

**vs.** — **Case No.: 2:05cv1235MHT**

**R. EDMOND SPRAYBERRY, et al.**

**Defendants.**

# NOTICE OF DEPOSITION

TO:

Dan Labrie, CEO
Housing Authority Insurance Group
P.O. Box 189
Cheshire, CT 06410

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Please take notice that on July 21, 2006 beginning at 9:00 a.m. CST, plaintiff will begin taking the deposition of **Dan Labrie** at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.



FROM (WED)JAN 31 2007 13:55/ST. 13:54/No. 6880228705 P 1

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1. Any and all invoices for payment, correspondence, emails, recommendations, memoranda, or written communication of any nature received from Charles A. Steward, III and/or the law firm of Bradley Arant Rose & White, LLP, between January 1, 2004 and December 31, 2005. This request includes all communications of any nature during the requested period, including communication with any individual or any law firm relating to the Housing Authority of the City of Montgomery.

2. Any and all correspondence, emails, and document of any nature, including, payment of any settlement of claims made by C. Michael McInnish to C. Michael McInnish or his attorneys made between January 1, 2004 to the present.

3. A copy of any and all policies for the Housing Authority of Montgomery of the City of Montgomery.

4. Any and all memo, recommendations, or documents of any nature, updating the board of directors of HAIG as to the status of the claim of C. Michael McInnish, including authorization of the board of directors to pay any claims of C. Michael McInnish..

DONE this the 13th day of June, 2006.



FROM (WED)JAN 31 2007 13:55/ST. 13:54/No. 6880228705 P 2

Respectfully submitted,

Dwayne Brown
ASB-9796-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
**E-Mail:** dbrown@dbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 13th day of June, 2006.

Dan Labrie, CEO
**Housing Authority Insurance Group**
P.O. Box 189
Cheshire, CT 06410

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104



(WED)JAN 31 2007 13:55/ST.13:54/No.6880228705 P 3 FROM

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Of Counsel



FROM (WED)JAN 31 2007 13:55/ST.13:54/No.6880228705 P 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**TERRY G. DAVIS** )
)
**Plaintiff,** )
)
**vs.** ) **Case No.: 2:05cv1235MHT**
)
)
**R. EDMOND SPRAYBERRY, et al.** )
)
**Defendants.** )

**NOTICE OF DEPOSITION**

TO:

Stefanie Warner, Claims Manager
Housing Authority Insurance Group
P.O. Box 189
Cheshire, CT 06410

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Please take notice that on July 21, 2006 beginning at 1:00 p.m. CST, plaintiff will begin taking the deposition of **Stefanie Warner** at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.



FROM (WED)JAN 31 2007 13:55/ST. 13:54/No. 6880228705 P 5

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1. Any and all invoices for payment, correspondence, emails, recommendations, memoranda, or written communication of any nature received from Charles A. Steward, III and/or the law firm of Bradley Arant Rose & White, LLP, between January 1, 2004 and December 31, 2005. This request includes all communications of any nature during the requested period, including communication with any individual or any law firm relating to the Housing Authority of the City of Montgomery.

2. Any and all correspondence, emails, and document of any nature, including, payment of any settlement of claims made by C. Michael McInnish to C. Michael McInnish or his attorneys made between January 1, 2004 to the present.

3. A copy of any and all policies for the Housing Authority of Montgomery of the City of Montgomery.

4. Any and all memo, recommendations, or documents of any nature, updating the board of directors of HAIG as to the status of the claim of C. Michael McInnish, including authorization of the board of directors to pay any claims of C. Michael McInnish.

DONE this the 13th day of June, 2006.

Respectfully submitted,

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 13th day of June, 2006.

Stefanie Warner, Claims Manager
Housing Authority Insurance Group
P.O. Box 189
Cheshire, CT 06410

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104



FROM (WED)JAN 31 2007 13:56/ST. 13:54/No. 6880228705 P 7

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Of Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**TERRY G. DAVIS** )
)
**Plaintiff,** )
)
**vs.** ) **Case No.: 2:05cv1235MHT**
)
)
**R. EDMOND SPRAYBERRY, et al.** )
)
**Defendants.** )

**NOTICE OF DEPOSITION**

TO: Douglas G. Dzema
Housing Authority Insurance Group
P.O. Box 189
Cheshire, CT 06410-0189

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Please take notice that on July 21, 2006 beginning at 3:00 p.m. CST, plaintiff will begin taking the deposition of **Douglas G. Dzema** at the law office of *Dwayne L. Brown*, P.C., 5925 Carmichael Road, Montgomery, Alabama 36117. Said Deposition will be taken for the purpose of discovery or for use as evidence in this action pursuant to Rule 30, the *Federal Rules of Civil Procedure*, and shall be taken before a court reporter and notary public, or some other person who is authorized to administer oaths under the laws of the State of Alabama.



(WED)JAN 31 2007 13:56/ST. 13:54/No. 6880228705 P 9 FROM

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Please produce and make available for copying and inspection, at the time and date indicated above, the following documents:

1. Any and all invoices for payment, correspondence, emails, recommendations, memoranda, or written communication of any nature received from Charles A. Steward, III and/or the law firm of Bradley Arant Rose & White, LLP., between January 1, 2004 and December 31, 2005. This request includes all communications of any nature during the requested period, including communication with any individual or any law firm relating to the Housing Authority of the City of Montgomery.

2. Any and all correspondence, emails, and document of any nature, including, payment of any settlement of claims made by C. Michael McInnish to C. Michael McInnish or his attorneys made between January 1, 2004 to the present.

3. A copy of any and all policies for the Housing Authority of Montgomery of the City of Montgomery.

4. Any and all memo, recommendations, or documents of any nature, updating the board of directors of HAIG as to the status of the claim of C. Michael McInnish, including authorization of the board of directors to pay any claims of C. Michael McInnish.

DONE this the 13th day of June, 2006.



FROM (WED)JAN 31 2007 13:56/ST. 13:54/No. 6880228705 P 10

Respectfully submitted,

Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
**E-Mail:** dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 15th day of June, 2006.

Douglas G. Dzema
**Housing Authority Insurance Group**
P.O. Box 189
Cheshire, CT 06410-0189

M. Wayne Sabel, Sr.,Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104



(WED)JAN 31 2007 13:56/ST. 13:54/No. 6880228705 P 11
FROM

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

Of Counsel



FROM (WED)JAN 31 2007 18:57/ST. 13:54/No. 6880228705 P 12