**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO COMPEL

COMES NOW, Plaintiff in the above-styled case, by and through counsel and hereby moves the Court to compel the attendance of the following witnesses: Rick Hamblin, Dan Labrie, Stefanie Warner, and Douglas G. Dzema. As grounds therefor, Plaintiff submits the following:

1. Rick Hamblin was originally noticed for a deposition on November 1, 2006. Mr. Hamblin is the supervisor of Defendant R. Edmond Sprayberry. (Exhibit 2)

2. Defendant Sprayberry has refused to make Mr. Hamblin available and has informed Plaintiff that Mr. Hamblin will only be made available through the use of administrative procedures, and not through the normal procedure as provided in the Federal Rules of Civil Procedure. (Exhibit 1)

3. A Motion for Protective Order has not been filed on behalf of Mr. Hamblin.

4. Plaintiff noticed the depositions of Dan Labrie, Stefanie Warner, and Douglas G. Dzema on June 13, 2006. (Exhibit 1) Said persons are employed by the Housing

Authority Insurance Group, which does business in the State of Alabama, including Montgomery, Alabama.

5. Service was made upon said individuals, however, the witnesses did not appear and no objection was filed on their behalf.

6. Plaintiff will be prejudiced if he is not given the opportunity to depose said witnesses as the discovery deadline is due to expire on today's date, January 31, 2007.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to conduct a hearing and thereafter issue an order directing the appearance of said witnesses.

Done this the 31st day of January, 2007.

Respectfully submitted,

/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

/s/ Terry G. Davis
Terry G. Davis, Esq.,
ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone: (334) 270-0592
Fax      : (334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the  31st day of January, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis_____
Of Counsel

-4-