IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to extend discovery deadline (doc. no. 138) is denied. First, the parties have had enough time to complete discovery. Second, as this court made clear to the parties at the outset, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 24), § 9(B).

DONE, this the 1st day of February, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE