IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TERRY G. DAVIS,                )
                               )
      Plaintiff,               )
                               )        CIVIL ACTION NO.
      v.                       )         2:05cv1235-MHT
                               )
R. EDMOND SPRAYBERRY,          )
et al.,                        )
                               )
      Defendants.              )

                        ORDER

      It is ORDERED that the motion to withdraw (doc. no.

139) is denied.

      DONE, this the 1st day of February, 2007.


                       /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE