IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:05-cv-01235-MHT-DRB |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
|    Defendants. ) | |

**DEFENDANT SPRAYBERRY'S MOTION TO FILE A REPLY
TO PLAINTIFF'S JANUARY 26, 2007, RESPONSE TO DEFENDANTS MCINNISH'S
AND SPRAYBERRY'S MOTIONS FOR SUMMARY JUDGMENT**

COMES NOW Defendant Sprayberry, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Motion for Leave to File a Reply to Plaintiff's January 26, 2007, Response to Defendants McInnish's and Sprayberry's Motions for Summary Judgment. In support of this Motion, Defendant Sprayberry submits the following:

1.

This is a <u>Bivens</u> and 42 U.S.C. § 1983 action for alleged violations of Plaintiff's First, Fifth, and Thirteenth Amendment rights. Plaintiff names as defendants R. Edmond Sprayberry, Director of Public Housing for the United States Department of Housing and Urban Development ("HUD") in his individual capacity; the Montgomery Housing Authority ("MHA"); and M. McInnish, the MHA's former Executive Director, in his individual capacity.

2.

The Court's summary judgment deadline in this case was January 7, 2007, and on that day Defendants Sprayberry and McInnish both filed separate motions for summary judgment. This Court issued an Order on January 9, 2007, directing Plaintiff to file any response by January 26, 2007. The

Order did not provide any due date for any Reply brief by Defendants.

3.

On January 26, 2007, Plaintiff filed a last-second motion for a two-week extension of time to file a response to Defendants McInnish's and Sprayberry's Motion for Summary Judgment. Plaintiff represented that settlement talks required this extension. Contrary to Section 9(b) of Court's February 21, 2006, Uniform Scheduling Order, Plaintiff did not indicate in his Motion whether any counsel to the other parties opposed his motion. After filing his motion for an extension, Plaintiff subsequently proceeded to file his Response to Defendant McInnish's and Sprayberry's Motions for Summary Judgment on January 26, 2007, apparently mooting Plaintiff's request for an extension.

4.

On January 29, 2007, this Court granted Plaintiff's Motion for an extension of time to file a response to Defendant McInnish's and Sprayberry's Motions for Summary Judgment, stating that any response must be filed by February 9, 2007. The Court did not indicate whether Plaintiff could file a second response brief in addition to the one he already filed on January 26, 2007.

5.

On January 30, 2007, Plaintiff, citing to this Court's Order granting his request for an extension of time to file a response, filed a Motion to Withdraw his January 26, 2007, Response. The Court denied this Motion on February 1, 2007.

6.

Sprayberry submits that it would serve the interests of justice and aid the Court's resolution of the issues in this case if he were allowed to file a reply to Plaintiff's January 27, 2007, Response. Accordingly, he requests leave to file a copy of the Reply attached hereto as Exhibit A.

Respectfully submitted this 9th day of February, 2007.

                                    LEURA G. CANARY
                                    United States Attorney

By:    s/James J. DuBois
        JAMES J. DUBOIS
        Georgia Bar No. 231445
        Assistant United States Attorney
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:  james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff, Dwayne Brown, Ernestine Sapp, Dorman Walker, Charles Stewart, Angela Rogers, Philip Carroll, Michael Cohen, Randall Morgan, Marcia Woodham, Kelly Pate and Wayne Sabel.

                                      s/James J. DuBois
                                    Assistant United States Attorney

**EXHIBIT A**