1   A.   Yes.

2   Q.   Okay. Let me show you that -- a
3   copy of that charge of discrimination. In
4   that charge he says that he had filed another
5   charge of discrimination on April the 23rd.
6   Let me turn you to the page.

7        MR. DAVIS: I'm going to mark
8   this as Plaintiff's Exhibit 1, and it's
9   marked Sprayberry Exhibit 680.

10

11       (Whereupon, Plaintiff's Exhibit No. 1
12       was marked for identification and
13       copy of same attached hereto.)

14

15  Q.   If you would turn to page 680,
16  please. Now, in this exhibit, do you see
17  that paragraph that says, "On April 23, 2004,
18  I made a written complaint to the Board about
19  the discrimination against me"?

20  A.   Yes.

21  Q.   Now, Mickey McInnish never filed a
22  complaint of discrimination with the Board,
23  did he?

Page 101

1      MR. SABEL: Object to the form.
2   A.   No.
3   Q.   And so if he says in this letter
4  -- in this formal complaint of discrimination
5  that he filed a complaint with you and the
6  Board, then he's -- that's not a true
7  statement is it?
8      MR. SABEL: Object to the form.
9      MR. DUBOIS: Object to the
10 form.
11  A.   No. No.
12  Q.   Now, I'm going to show you the
13 document that Mr. McInnish says he filed on
14 April 23rd.
15     MR. DAVIS: I'm going to mark
16 this as Plaintiff's Exhibit No. 2.
17
18     (Whereupon, Plaintiff's Exhibit No. 2
19     was marked for identification and
20     copy of same attached hereto.)
21
22  A.   This is awful.
23  Q.   I understand. Let me just ask you

FREEDOM COURT REPORTING

Page 120

1    A.    Mickey just did what he wanted to
2  do.
3         MR. SABEL: Object to the form.
4  Move to strike.
5    Q.    Now, you mentioned earlier in your
6  testimony in response to one of Mr. Sabel's
7  questions that Ms. West got a raise without
8  bringing it to the Board. Is that your
9  recollection?
10   A.    Yes.
11   Q.    Did he ever give you an
12 explanation as to why she got a raise?
13   A.    On one occasion, I asked Mickey
14 something about Jill. He said -- I said
15 something and he said, She's good; she does
16 so much. I never saw anything she did. But
17 the Board was upset about that raise. See I
18 would have voiced my opinion. Others talked
19 behind their backs. I would voice my opinion
20 about what I thought about that. I'd do it
21 now.
22   Q.    Because that was an out-of-step
23 raise; is that correct?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 121

1  A.  We didn't know about it until it
2  was done and asked somebody -- Mickey said he
3  talked to Ed Sprayberry.  Everything he said,
4  Ed Sprayberry okay'd.  So it's Mickey's way.
5  We -- Ed Sprayberry sat up there in Florida
6  and said the only person that we was the boss
7  of was the executive director.  But not with
8  that one we wasn't.
9  Q.  What do you mean by that?
10  A.  Because we couldn't do him like
11  that because he does what he wanted and he
12  would bring in Sprayberry.  We couldn't do
13  anything about that.
14  Q.  So did he use his relationship
15  with Mr. Sprayberry to get the -- to force
16  the Board to do what he wanted to do?
17          MR. DUBOIS:  Object to the
18  form.
19          MR. SABEL:  Object to the form.
20  A.  He would just say, I've talked it
21  over with Ed; Ed knows this; you feel free to
22  call him.  So I called Ed.  It didn't do any
23  good.

1   Q.   Did he have a close relationship
2   with Mr. Sprayberry?
3           MR. SABEL:  Object to the form.
4           MR. DUBOIS:  Object to the
5   form.
6   A.   Yes, he did.
7   Q.   And you said he constantly brought
8   up Mr. Sprayberry's name when he wanted to do
9   something?
10  A.   When you asked him something like
11  why this person got this raise or why he did
12  this, he would say that Ed says that it's
13  okay.  Blah-blah-blah.  My thing is, I'm
14  under the impression that I'm a Board member
15  and he should bring it to us before he makes
16  these moves, but he does just the opposite.
17  I'm not the only one to think that, but they
18  was afraid to tell it.
19  Q.   Now, did Mr. McInnish tell you how
20  many committees he had gotten Ms. West
21  appointed to?
22  A.   Oh, God, no.
23  Q.   Okay.  So when she travels, she

**FREEDOM COURT REPORTING**

Page 126

1    MR. DUBOIS: Object to the
2  form.
3    A.   Not until I found out that you
4  didn't get paid, and then all that came up.
5    Q.   All right. Okay. Now, let me ask
6  you about the rates that I was being paid
7  which was $175 an hour. You were not aware
8  that Mr. McInnish was paying Mr. Stewart --
9  Chuck Stewart of Bradley, Arant $270 an hour,
10 were you?
11   MR. SABEL: Object to the form.
12   A.   Yes.
13   Q.   No. My question was that you were
14 not aware that you were paying him more than
15 you were paying me. You didn't authorize him
16 to pay him more than you paid me?
17   A.   I didn't authorize it, but I found
18 out about it.
19   Q.   And he was not suppose to be doing
20 that; is that correct?
21   MR. SABEL: Object to the form.
22   A.   No.
23   Q.   Were the attorneys suppose to be

1  making the same thing as far as the Board was
2  concerned?
3      A.   That was my understanding that
4  they were.
5      Q.   And you didn't find out about it
6  until after I did an investigation; is that
7  correct?
8      A.   Sure didn't.  No.
9      Q.   And were you surprised to find out
10 how much he was paying that firm as compared
11 to paying me -- this firm?
12     A.   I was outraged by it.  I still am.
13     Q.   And some other members were
14 concerned about that as well is that correct?
15     A.   Yes.
16     Q.   Now, is that consistent with
17 Mr. McInnish's conduct of doing things on his
18 own?
19          MR. SABEL:  Object to the form.
20          MR. DUBOIS:  Object to the
21 form.
22     Q.   And not being responsive to the
23 Board?

1            MR. SABEL:  Object to the form.
2       A.   Yes.
3       Q.   Now, did the Board have a general
4  sense that was just not responsive to them as
5  a whole Board?
6            MR. SABEL:  Object to the form.
7       A.   Yes.
8       Q.   Now, Mr. Drinkard had a problem
9  with him too in terms of not being
10 responsive; is that correct?
11           MR. SABEL:  Object to the form.
12      A.   Yes.
13      Q.   And Mr. Drinkard expressed that,
14 did he not?
15      A.   He did.
16      Q.   And what is Mr. Drinkard's race?
17 What's his race?
18      A.   Same as his.
19      Q.   Okay.  He's white -- white male?
20      A.   Yes.
21      Q.   And what about Ms. Upchurch, did
22 she have concerns about that -- about
23 Mr. McInnish not being responsive to the

FREEDOM COURT REPORTING

Page 129

1  Board?
2         MR. DUBOIS:  Object to the
3  form.
4         MR. SABEL:  Object to the form.
5     A.   She did.
6     Q.   And doing things his way as
7  opposed to being responsive to the Board?
8         MR. DUBOIS:  Object to the
9  form.
10    A.   Yes, she really did.
11    Q.   And is it the Board's
12 responsibility to be concerned about your
13 Executive Director following your directives
14 or being responsive to your -- to the needs
15 of the Board?
16    A.   Yes.  That was in the book of
17 bylaws I had.
18    Q.   He's suppose to report to you; is
19 that correct?
20    A.   Yes, sir.
21    Q.   Now, the Board voted six to three
22 to suspend to -- no, I'm sorry.  They voted
23 six to one at that meeting.  Six Board

**FREEDOM COURT REPORTING**

Page 156

1  -- we bossed him. But instead of we bossing
2  him, he tried to boss us.
3           MR. SABEL: I don't have
4  anything further. Thank you.
5           MR. DAVIS: I have a couple of
6  quick questions.
7
8  RE-EXAMINATION BY MR. DAVIS:
9       Q.   Ms. Barnett, you mentioned earlier
10 that the Board did not authorize Mr. McInnish
11 to pay me a lower rate than he paid
12 Mr. Stewart and his firm, did you? Correct?
13          MR. SABEL: Object to the form.
14      Q.   Do you recall that?
15          MR. SABEL: Object to the form.
16      A.   That's right. Yes. Yes.
17      Q.   And Mr. Stewart, for the record,
18 is a white male?
19      A.   Yes.
20      Q.   And for the record, Mr. Davis is
21 an African-American?
22      A.   Yes.
23      Q.   And so the Board didn't authorize

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Page 157

1  Mr. McInnish to discriminate at all?
2       A.    Mr. Davis, discrimination was not
3  mentioned until McInnish mentioned it.
4       Q.    And if he was out -- if he paid --
5  if he decided to pay rates differently then
6  he made that decision on his own?
7       A.    Yes.
8       Q.    And also in terms of reviewing
9  records and invoices that were submitted, did
10 the Board direct him to treat me any
11 differently in terms of reviewing my rates
12 and my invoices than Mr. Stewart -- Chuck
13 Stewart?
14            MR. SABEL:   Object to the form.
15      A.    No.
16      Q.    And so if he were out -- if he
17 were treating Davis differently than he was
18 treating Stewart at his firm, then he was
19 doing that on his own; is that correct?
20            MR. SABEL:   Object to the form.
21      A.    Yes.
22      Q.    And so if there was any
23 discrimination going on, he was doing that on

**FREEDOM COURT REPORTING**

Page 158

1  his own; is that correct?
2              MR. SABEL:  Object to the form.
3      A.     Yes, sir.  Yes.
4      Q.     The Board would not have condoned
5  that, would you?
6      A.     We didn't.
7              MR. SABEL:  One other question.
8
9  RE-EXAMINATION BY MR. SABEL:
10     Q.     Were you aware that Mr. Davis
11 received $1000 for the first three hours of
12 work that he did every month, which would
13 be -- which would boil down to $333 per
14 hour?  Were you aware of that?
15             MR. DAVIS:  Object to the form.
16     A.     I don't know.  I can't recall.  I
17 can't speak on that because I can't recall
18 that.  But may I say something?
19             MR. DAVIS:  It's probably best
20 that you don't.
21     A.     I got to say this.  I'm going to
22 bust up if I don't.
23             MR. COHAN:  Why don't you tell