IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TERRY G. DAVIS,                )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:05cv1235-MHT
                               )
R. EDMOND SPRAYBERRY,          )
et al.,                        )
                               )
        Defendants.            )

ORDER

It is ORDERED that the motion to file a reply (doc. no. 147) is granted.

DONE, this the 12th day of February, 2007.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE