**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TERRY G. DAVIS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )     **Case No.: 2:05cv1235MHT** |
| | ) |
| | ) |
| **R. EDMOND SPRAYBERRY, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO PLACE EXHIBITS UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER OF THE COURT  (DOC.  53)**

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the court  for a order placing the following exhibits, under seal in accordance with the August 8, 2006 Protective Order (Doc. 53) Said Exhibits were previously filed as a part of Plaintiff's Brief in Opposition to Motions for Summary Judgment of Defendants McInnish and Sprayberry. (Doc 148) The exhibits to be place under seal are  PX 16, 17, 18[1], 20 and 21[2].

Defendants have no objection to this motion.

DONE this the 15th day of  February, 2007.

Respectfully submitted,

/s/Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax:  (334) 277-3613
E-Mail: dbrown@dbrownatty.com

---

[1] (PX Exhibits 16, 17 and 18, Doc. 148, Part 3  pp.  34-39)
[2] (PX Exhibits 20-21, Doc. 148, Part 4, pp  3-9)

/s/Terry G. Daivis_____
Terry G. Davis, Esq.,
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax        :  334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 15th day of February, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis
Of Counsel