IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | |
| R. EDMOND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to seal (doc. no. 151) is granted.

DONE, this the 16th day of February, 2007.

                      /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE