IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR HEARING AND REQUEST FOR ORAL ARGUMENT

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court for a hearing and requests oral argument on issues raised in brief of Defendants Sprayberry (Doc. 120) and McInnish (Doc. 127) on Motions for Summary Judgment, and on Plaintiff's response filed thereto (Doc. 148). As grounds therefor, Plaintiff submits the following:

1. Defendants Sprayberry and McInnish have raised several complex issues which Plaintiff submits oral argument will greatly assist the Court in clarifying.

2. Plaintiff submits that oral argument will assist the Court in determining whether summary judgment is appropriate on the issue of qualified immunity and on Plaintiff's claims under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), as well as Plaintiff's claims of discrimination based upon disparate treatment, including pay, and based upon Defendants Sprayberry conduct in actively refusing to

permit the MHA to rehire Plaintiff and further creating a completely new process by which to evaluate applicants.

3. Oral argument will further assist the Court in clarifying issues raised by Defendants McInnish and Sprayberry which overlap and are complicated by the pending settlement of claims between Plaintiff and Defendant Housing Authority for the City of Montgomery, Alabama (MHA).

4. The resolution of issues raised by the pending settlement between Plaintiff and Defendant MHA, in some instances, directly affect issues raised by defendants McInnish and Sprayberry on summary judgment. Examples include Plaintiff's breach of contract claim and discrimination claim based upon disparate treatment, including pay. Plaintiff submits that judicial economy will be served greatly served if oral arguments are granted on issues before the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court for a hearing and request that the Court grant oral arguments in this matter.

DONE this the 20th day of February, 2007.

Respectfully submitted,

/s/Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757

        Fax:  (334) 277-3613
        E-Mail: dbrown@dbrownatty.com

        /s/Terry G. Davis
        Terry G. Davis, Esq.,
        **Davis & Hatcher, L.L.C.**
        4183 Carmichael Road, Suite B
        Montgomery, Alabama 36106
        Telephone:  (334) 270-0592
        Fax       :  334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 20th day of February, 2007.

        M. Wayne Sabel, Sr., Esq.
        Sabel & Sabel
        Hillwood Office Center
        2800 Zelda Road, Suite 100-5
        Montgomery, AL 36106

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104


Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


                                    /s/Terry G. Davis_____
                                     Of Counsel