IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,              ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 2:05cv1235-MHT |
|                              ) | |
| R. EDMOND SPRAYBERRY,        ) | |
| et al.,                      ) | |
|                              ) | |
|     Defendants.              ) | |

### ORDER

It is ORDERED that the motion for hearing and request for oral argument (doc. no. 153) are denied. If the court should conclude that either hearing or oral argument is needed, the court will schedule such.

DONE, this the 21st day of February, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE