IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:05-cv-01235-MHT-TFM ) |
| R. EDMOND SPRAYBERRY, et al. | ) ) |
|     Defendants. | ) |

**<u>DEFENDANT SPRAYBERRY'S MOTION FOR LEAVE TO FILE A REPLY
TO PLAINTIFF'S SECOND, FEBRUARY 9, 2007, RESPONSE TO DEFENDANTS
MCINNISH'S AND SPRAYBERRY'S MOTIONS FOR SUMMARY JUDGMENT</u>**

COMES NOW Defendant Sprayberry, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Motion for Leave to File a Reply to Plaintiff's second, February 9, 2007, Response to Defendants McInnish's and Sprayberry's Motions for Summary Judgment. In support of this Motion, Defendant Sprayberry submits the following:

1.

The Court's summary judgment deadline in this case was January 7, 2007, and on that day Defendants Sprayberry and McInnish both filed separate motions for summary judgment. This Court issued an Order on January 9, 2007, directing Plaintiff to file any response by January 26, 2007.

2.

On Friday, January 26, 2007, Plaintiff filed a motion for a two-week extension of time to file a response to McInnish's and Sprayberry's Motions for Summary Judgment. Plaintiff subsequently fled a Response to Defendant McInnish's and Sprayberry's Motions for Summary Judgment late on the evening of January 26, 2007, apparently mooting Plaintiff's request for an extension.

3.

On January 29, 2007, this Court granted Plaintiff's Motion for an extension of time to file a response to Defendant McInnish's and Sprayberry's Motions for Summary Judgment, stating that any response must be filed by February 9, 2007. The Court did not indicate whether Plaintiff could file a second response brief in addition to the one he already filed on January 26, 2007.

4.

On January 30, 2007, Plaintiff, citing to this Court's Order granting his request for an extension of time to file a response, filed a Motion to Withdraw his January 26, 2007, Response. The Court denied this Motion on February 1, 2007. Accordingly, on February 9, 2007, Sprayberry sought leave to file a reply to Plaintiff's January 26, 2007, Response. This leave was subsequently granted by the Court, and Sprayberry's Reply to Plaintiff's January 26, 2007, Response was filed.

5.

At approximately 11:57 p.m. on February 9, 2007, Plaintiff inexplicably filed a second Response to Defendant McInnish's and Sprayberry's Motions for Summary Judgment. This second Response contains material that was not included in Plaintiff's first January 26, 2007, Response.

6.

To the extent the Court allows Plaintiff to file two response briefs and considers Plaintiff's second, February 9, 2007, Response when ruling on Sprayberry's Motion for Summary Judgment, Sprayberry submits that it would serve the interests of justice and aid the Court's resolution of the issues in this case if he were allowed to file a reply to Plaintiff's second Response.

7.

Accordingly, Sprayberry requests leave to file a copy of the Reply to Plaintiff's February 9, 2007, Response, attached hereto as Exhibit A.

Respectfully submitted this 22nd day of February, 2007.

                LEURA G. CANARY
                United States Attorney

By:   s/James J. DuBois
        JAMES J. DUBOIS
        Georgia Bar No. 231445
        Assistant United States Attorney
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:  james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel for Plaintiff, Counsel for Defendant McInnish, and Counsel for Defendant MHA.

                s/James J. DuBois
                Assistant United States Attorney