IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,               ) | |
| )  | |
| Plaintiff,              ) | |
| )  | CIVIL ACTION NO. |
| v.                    ) | 2:05cv1235-MHT |
| )  | |
| R. EDMOND SPRAYBERRY,  ) | |
| et al.,                ) | |
| )  | |
| Defendants.           ) | |

ORDER

It is ORDERED that the motion for leave to file a reply (doc. no. 156) is granted.

DONE, this the 5th day of March, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**