```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TERRY G. DAVIS,                )
                               )
    Plaintiff,                 )
                               )          CIVIL ACTION NO.
    v.                         )           2:05cv1235-MHT
                               )
R. EDMOND SPRAYBERRY,          )
et al.,                        )
                               )
    Defendants.                )
```

                              ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 157) is granted.

(2) The uniform scheduling order (doc. no. 24) is modified in the following respects:

   (A) The pretrial is reset for June 15, 2007, and the trial is reset for the term of court beginning on July 23, 2007, with all

deadlines expressly tied to these two dates adjusted accordingly.

(B) All other deadlines are unchanged.

DONE, this the 5th day of March, 2007.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE