**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRY G. DAVIS** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| **R. EDMOND SPRAYBERRY, et al.** ) | |
| ) | |
|     **Defendants.** ) | |

**PLAINTIFF'S MOTION TO ENFORCE
SETTLEMENT AGREEMENT**

COMES NOW, Plaintiff Terry G. Davis, hereby moves the Court enforce the settlement agreement reached between Plaintiff and Defendant Housing Authority of the City of Montgomery (MHA). As grounds therefor Plaintiff submits the following:

1. On December 29, 2006, Plaintiff and Defendant MHA reached a settlement of all claims against MHA.

2. On January 4, 2007, Defendant MHA moved the court for an extension of the summary judgment deadline based upon the fact that MHA and Plaintiff had reached a settlement regarding claims against MHA (DOC 116).

3. After the settlement agreement was reached, MHA sought to have the agreement approved by HUD, and so notified the Court.

4. The settlement agreement between Plaintiff and MHA was not conditioned upon approval from HUD and Plaintiff reserved the right to seek enforcement of the settlement agreement if HUD did not provide approval it a timely manner. (Doc. 116, fn 1.).

5.   HUD notified MHA that the approval process would take anywhere between two weeks and thirty (30) days. (See Exhibit 1, Doc. 116). More than sixty (60) days have elapsed and HUD has not granted the approval MHA sought.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to set a deadline by which parties may file briefs and supporting documents in response to this motion and thereafter enter an Order granting Plaintiff's Motion to Enforce the Settlement Agreement with MHA.

DONE this the **6th** day of March, 2007.

Respectfully submitted,

/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

/s/ Terry G. Davis
Terry G. Davis, Esq.,
ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone: (334) 270-0592
Fax     : (334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing the same in the U.S. Mail, first class, postage prepaid, properly addressed as follows on this the 6th day of March, 2007.

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106


Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

/s/Terry G. Davis_____
Of Counsel

-4-