IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1235-MHT |
| ) | |
| R. EDMOND SPRAYBERRY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that defendant Housing Authority of the City of Montgomery show cause, if any there be, in writing by March 23, 2007, as to why plaintiff Terry G. Davis's motion to enforce settlement agreement (Doc. No. 161) should not be granted.

DONE, this the 9th day of March, 2007.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE