IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-cv-1235-T |
| | ) | |
| R. EDMOND SPRAYBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MCINNISH'S SECOND SUPPLEMENTAL
EVIDENTIARY SUBMISSION**

Comes now Defendant C. Michael McInnish, and submits the following Second Supplemental Evidentiary Submission in conjunction with his Reply Memorandum and in support of his Motion for Summary Judgment:

1. DEX 37    10-15-04 Memo from McInnish to Taylor re Barnett's attempts to embarrass McInnish.

2. DEX 40    10-19-04 Letter from McInnish to Davis re his September 2004, bill.

3. DEX 45    11-15-04 Memo from McInnish to Taylor and MHA Board re Riverside Heights.

4. DEX 53    12-30-04 McInnish Request to MHA for details of charges against him and Boggs' response.

5. DEX 139   10-15-04 Memo from McInnish to MHA Board re travel issues.

6. DEX 206   6-15-04 Memo from McInnish to Barnett re travel issues.

  7.  DEX 207  9-23-04 Letter from McInnish to Barnett re her request to evict neighbors.

  8.  DEX 208  10-18-04 Letter from Barnett to Taylor re her complaints about McInnish.

  Respectfully submitted this 13th day of March, 2007.

            /s/ M. Wayne Sabel
            M. Wayne Sabel (SAB002)
            Mark Sabel (SAB004)
            Maricia Woodham (BEN050)
            Attorneys for Defendant McInnish

**OF COUNSEL:**

SABEL & SABEL, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL  36106
Telephone:  (334) 271-2770
Facsimile:  (334) 277-2882

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the 13th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dwayne Brown, Esq.
5925 Carmichael Road
Post Office Box 230205
Montgomery, Alabama 36123-0205
E-Mail: dbrown@dbrownatty.com

Ernestine S. Sapp
Gray, Langford, Sapp, McGowan, Gray and Nathanson
P.O. Box 830239
Tuskegee, AL
E-Mail: esapp@glsmgn.com

Dorman Walker
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
E-Mail: dwalker@balch.com

Charles A. Stewart, III
Angela R. Rogers
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

Leura Garrett Canary
James J. DuBois
U.S. Attorneys Office
P.O. Box 197
Montgomery, AL 36101
Email: Leura.canary@usdoj.gov
Email: james.dubois2@usdoj.gov

Michael J. Cohan
Randall C. Morgan
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL  36101
Email:  mcohan@hillhillcarter.com
Email:  rmorgan@hillhillcarter.com

    Respectfully submitted this the <u>13th</u> day of March, 2007.


                                    <u>/s/ Maricia Woodham           </u>
                                    Maricia Woodham (BEN050)