IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:05cv1235MHT |
| | ) | |
| | ) | |
| R. EDMOND SPRAYBERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO STRIKE

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court to strike the pleading entitled "Plaintiff's Memorandum Brief In Response to Defendants McInnish and Sprayberry Motion for Summary Judgment" (Doc. 136). Defendants have no objection to the Court granting this motion to strike said pleading.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to grant this Motion to Strike "Plaintiff's Memorandum Brief In Response to Defendants" McInnish and Sprayberry Motion for Summary Judgment" (Doc. 136).

DONE this the **22nd** day of March 2007.*/

/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

/s/ Terry G. Davis
Terry G. Davis, Esq.,
 ASB-1565-A64-T
**Davis & Hatcher, L.L.C.**
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
Telephone:  (334) 270-0592
Fax         :  (334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama  36083-0239
Telephone:  (334) 727-4830
Fax:  (334)  727-5877

### CERTIFICATE OF SERVICE

I hereby certify that on March 22nd , 2007**,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101


          /s/Terry G. Davis_____
           Of Counsel

-3-