IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cv1235MHT |
| ) | |
| ) | |
| R. EDMOND SPRAYBERRY, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW, Plaintiff Terry G. Davis by and through counsel and hereby moves the Court to dismiss all defendants in this action, with prejudice, and to further dismiss this action, with prejudice, with each party bearing their own costs and attorney fees. Defendants have no objection to the dismissal of this action, with each party bearing their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to dismiss this action, with prejudice, with each party bearing their own costs.

DONE this the **22nd** day of March 2007.

/s/ Dwayne Brown
Dwayne Brown
ASB-9396-B59D
Attorney for Plaintiff
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Fax: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

        /s/ Terry G. Davis_____
        Terry G. Davis, Esq.,
        ASB-1565-A64-T
        **Davis & Hatcher, L.L.C.**
        4183 Carmichael Road, Suite B
        Montgomery, Alabama 36106
        Telephone: (334) 270-0592
        Fax     : (334) 270-0362

OF COUNSEL:

Hon. Ernestine S. Sapp
**Gray, Langford, Sapp, McGowan, Gray & Nathanson**
P.O. Box 830239
108 Eastside Street
Tuskegee, Alabama 36083-0239
Telephone: (334) 727-4830
Fax: (334) 727-5877

## CERTIFICATE OF SERVICE

I hereby certify that on March 22nd , 2007**,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Wayne Sabel, Sr., Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

-3-

Micheal Cohan, Esq.
Hill, Hill, Carter, Franco, Cole & Black
Post Office Box 116
Montgomery, AL 36101-0116

James DuBois, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101

      /s/Terry G. Davis_____
       Of Counsel