IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY G. DAVIS,        )<br>                       )<br>    Plaintiff,       )<br>                       )<br>    v.                 )<br>                       )<br>R. EDMOND SPRAYBERRY,  )<br>et al.,                )<br>                       )<br>    Defendants.        )   | CIVIL ACTION NO.<br>2:05cv1235-MHT |

ORDER

It is ORDERED as follows:

(1) The motion for leave to withdraw (doc. no. 165) is granted.

(2) The motion to enforce settlement agreement (doc. no. 161) is withdrawn.

DONE, this the 23rd day of March, 2007.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE