IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1235-MHT |
| | ) | (WO) |
| R. EDMOND SPRAYBERRY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss with prejudice (doc. no. 167) is granted.

(2) This action is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

It is further ORDERED that all other outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of March, 2007.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE